**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Reed v. Zuley et al          Case Number: 1:23-cv-17186

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Carl Reed

Attorney name (type or print): Roshna Bala Keen

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen, 3rd FL

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6284469          Telephone Number: 312-243-5900
(See item 3 in instructions)

Email Address: roshna@loevy.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  10/22/2025

Attorney signature:          S/ Roshna Bala Keen _____
                             (Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023