**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Reed v. Zuley et al.                    Case Number: 23-cv-17186

An appearance is hereby filed by the undersigned as attorney for:

Carl Reed

Attorney name (type or print): Frank Newell

Firm: Loevy and Loevy

Street address: 311 N. Aberdeen St., 3rd Floor

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6290332                    Telephone Number: 312-243-5900
(See item 3 in instructions)

Email Address: frank@loevy.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  April 2, 2026

Attorney signature:     S/ Frank Newell _____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023