**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARL REED, | |
| Plaintiff, | Case No. 1:23-cv-17186 |
| v. | Judge John F. Kness |
| RICHARD ZULEY, TIMOTHY THOMPSON, the CITY OF CHICAGO, NANCY GALASSINI ADDUCI, and COOK COUNTY, | Magistrate Heather K. McShain |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiff, Carl Reed, and Defendants Richard Zuley, and Geri Lynn Yanow, as Special Representative of the Estate of Timothy Thompson, and the City of Chicago ("City Defendants"), by their respective undersigned counsel, submit the following status report:

On January 5, 2026, Plaintiff and City Defendants filed a status report advising the Court that Plaintiff and the City of Chicago had reached a settlement agreement regarding any and all claims against City Defendants, subject to City Council approval.

On January 5, 2026, this Court ordered Plaintiff and City Defendants to either file a stipulation to dismiss or a joint status report on their settlement efforts by April 6, 2026. (Dkt. No. 176).

On February 17, 2026, Plaintiff and City Defendants executed a Release and Settlement Agreement regarding City Defendants. The City's obligations under the Release and Settlement Agreement are conditioned upon approval of the settlement agreement by the Chicago City Council. The case has not yet been presented to City Council. The City of Chicago Finance

Committee agenda will be published Thursday, April 9, 2026, at which time the parties will know whether it will be considered by the Committee on April 13, 2026.

Accordingly, Plaintiff and City Defendants seek leave to file a status report or stipulation of dismissal as to the claims against City Defendants in 30 days, on May 6, 2026.

Plaintiff's claims against Nancy Galassini Adduci and Cook County remain pending.

Wherefore, Plaintiff and City Defendants request this Court grant their them leave to file a status report or stipulation of dismissal as to the claims against City Defendants by May 6, 2026.

Dated: April 6, 2026

Respectfully submitted,

By: */s/ Elizabeth A. Ekl*
Special Assistant Corporation Counsel

Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Elizabeth A. Ekl
Dhaviella N. Harris
Burns Noland LLP
311 South Wacker Dr., Suite 5200
Chicago, IL 60606
Tel: (312) 982-0090

*Attorneys for Defendant City of Chicago*

By: */s/ Jon Loevy*

Jon Loevy
Steven Edwards Art
Heather Lewis Donnell
Roshna Bala Keen
Julia Quinn
Frank T. Newell
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

*Attorneys for Plaintiff*

By: */s/ Misha Itchhaporia*
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Molly E. Boekeloo
Emily Schnidt
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60302
Tel: (312) 580-1030

*Attorneys for Defendants Richard Zuley and Geri Lynn Yanow, as Special Representative of the Estate of Timothy Thompson*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **April 6, 2026**, I electronically filed the **Joint Status Report** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

*/s/ Elizabeth A. Ekl*