**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CARL REED,** | |
| **Plaintiff.** | |
| **v.** | **Case No. 1:23-cv-17186** |
| **RICHARD ZULEY, et al.,** | **Judge John F. Kness** |
| **Defendants.** | **Magistrate Heather K. McShain** |

**PLAINTIFF'S EXHIBIT LIST**

Exhibit 1: Carl Reed Deposition Transcript II

Exhibit 2: Carl Reed Deposition Transcript IV

Exhibit 3: Kim Reed Deposition Transcript I

Exhibit 4: Kim Reed Deposition Transcript II

Exhibit 5: Pam Reed Deposition Transcript II

Exhibit 6: Ruth McBeth Deposition Transcript

Exhibit 7: Carl Reed 1993 Social Security Disability Insurance Records (UNDER SEAL)

Exhibit 8: Dr. Jessica Pearson 2019 Psychological Assessment of Carl Reed (UNDER SEAL)

Exhibit 9: Carl Reed CPD Investigative File (CITYREED 1-142)

Exhibit 10: Carl Reed Deposition Transcript I

Exhibit 11: 10-13-2005 Motion to Suppress Hearing Transcript

Exhibit 12: Carl Reed Deposition Transcript III

Exhibit 13: Ruth McBeth Deposition Transcript

Exhibit 14: Maureen Gainer Deposition Transcript

Exhibit 15: DeLong Reed Deposition Transcript I

Exhibit 16: Delong Reed Grand Jury Testimony

Exhibit 17: SUB RESPONSE 1139-1260

Exhibit 18: Delong Reed Deposition Transcript II

Exhibit 19: 04-27-2005 Motion to Suppress Hearing Transcript

Exhibit 20: Burns Dep

Exhibit 21: 04-22-2005 Motion to Suppress Hearing Transcript

Exhibit 22: Delong Reed Polygraph

Exhibit 23: Nancy G. Dep Transcript

Exhibit 24: Dr. Reich DNA Report

Exhibit 25: Post-Conviction Petition

Exhibit 26: Post-Conviction Transcript , 5/26/2023

Exhibit 27: Order Vacating Conviction

Exhibit 28: Order for DNA Testing

Exhibit 29: Carl Reed ER Records (Under Seal)

Exhibit 30: Carl Reed Psych Evaluation Records (Under Seal)

Exhibit 31: 10-20-2005 Motion to Suppress Hearing Transcript

Exhibit 32: Notice of Intent to Seek Death Penalty

Exhibit 33: Letter of Clemency

Exhibit 34: Roseland Health Records (Under Seal)

Exhibit 35: Mt. Sinai Medical Records (Under Seal)

*/s/ Julia Quinn*

***Counsel for Plaintiff Carl Reed***
Jon Loevy
Julia Quinn
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
jquinn@loevy.com