IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL REED,<br>Plaintiff,<br><br>-vs-<br><br>RICHARD ZULEY, et al.,<br>Defendants. | No. 2023 CV 17186 |

(PART 3)

The continued videotaped deposition of CARL REED, called by the Defendant for examination, pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts, taken before Marcie A. Haw, CSR in and for the County of Cook and State of Illinois, taken April 29th, 2025, at 13259 Central Avenue, Crestwood, Illinois, at 10:06 a.m.

FORTZ Legal

Fortz Legal Support

www.FortzLegal.com

844.730.4066

FORTZ Legal

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARL REED, )
Plaintiff, )
)
-vs- ) No. 2023 CV 17186
)
RICHARD ZULEY, et al., )
Defendants. )

(PART 3)

The continued videotaped deposition of CARL REED, called by the Defendant for examination, pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts, taken before Marcie A. Haw, CSR in and for the County of Cook and State of Illinois, taken April 29th, 2025, at 13259 Central Avenue, Crestwood, Illinois, at 10:06 a.m.

Page 2

There were present at the taking of this deposition the following counsel:

LOVEY & LOVEY by
MS. ISRAA ALZAMI
311 North Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
Phone: (312) 243-5900
E-mail: israa@lovey.com

on behalf of the Plaintiff;

BORKAN & SCAHILL, by
MS. MISHA ITCHHAPORIA
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
Phone: (312) 580-1030
E-mail: mitchhaporia@borkanscahill.com

Appearing remotely on behalf of the individual officers;

BURNS NOLAND, LLP, by
MS. ELIZABETH A. EKL
311 South Wacker Drive, Suite 5200
Chicago, Illinois 60606
Phone: (312) 878-1297
E-mail: eekl@burnsnoland.com

on behalf of the City of Chicago;

O'CONNOR & BATTLE, LLP, bY
MS. TERRIE C. SULLIVAN
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Phone: (312) 786-4600
E-mail: tsullivan@mokblaw.com
on behalf of Defendant, Nancy Aducci.

VIDEOGRAPHER: MARVIN OLTMAN

Page 3

I N D E X


| WITNESS | PAGE |
|---|---|
| Carl Reed (Part 3) | |
| Examination by Ms. Ekl | 5 |
| Examination by Ms. Sullivan | 110, 131 |
| Examination by Ms. Itchhaporia | 131 |


E X H I B I T S


| | PAGE |
|---|---|
| Deposition Exhibit No. 8 (Offender Visiting List) | 49 |
| Deposition Exhibit No. 9 (Booking Photo No. 6664785) | 60 |
| Deposition Exhibit No. 10 (Booking Photo No. 7670310) | 64 |
| Deposition Exhibit No. 11 (Booking Photo No. 14132350) | 70 |
| Deposition Exhibit No. 12 (Booking Photo No. 14598193) | 71 |
| Deposition Exhibit No. 13 (Booking Photo No. 1463705) | 72 |
| Deposition Exhibit No. 14 (Payee Selection Document) | 76 |
| Deposition Exhibit No. 15 (Parolee Letter/No Gun Possession) | 78 |
| Deposition Exhibit No. 16 (Parolee Letter/Reporting to Agent) | 79 |
| Deposition Exhibit No. 17 (Offender Visiting List) | 81 |


Page 4

E X H I B I T S
C O N T I N U E D


| | PAGE |
|---|---|
| Deposition Exhibit No. 18 (Activities of Daily Living Questionnaire) | 95 |
| Deposition Exhibit No. 19 (Guest Register) | 98 |


* * * * *

Page 5

THE VIDEOGRAPHER: We are now going on the record on April 29th, 2025 at 10:06 a.m. This is Volume 3 in the deposition of Carl Reed. Will the court reporter please swear in the witness again.

CARL REED,

called as a witness herein, having been first duly sworn, was examined upon oral interrogatories and testified as follows:

EXAMINATION

BY MS. EKL:

Q. Good morning, Mr. Reed. How are you?

**A. Good morning.**

Q. Just to remind you again, my name is Elizabeth Ekl. I represent the City of Chicago. So I'm gonna be asking you most of the questions today, okay?

**A. Okay.**

Q. I'm gonna jump around a little bit, but I'm gonna kind of start kind of at the end, and then -- and then go back to the beginning, if that makes sense, so --

**A. Yeah.**

Q. -- I want to talk to you a little bit about what your life is like today. So if you could kind of describe for me how you're -- what your daily life is like today.

**A. I'm glad to be at home, but it's not like it would have been like when I left, you know, went to the penitentiary. A whole lot of things change, though. My health got bad and they wasn't taking care of me enough to know what the reasons was. They knew I was a diabetic, but they didn't -- they gave me medicine that was too much, over -- my medicine was too high for me. I wasn't supposed to take all that insulin twice a day on pills like that, you know? So really when I got home, my body really wasn't the same. It was kind of used to having bad stuff in it. And I got sick, you know. I was getting sick while I was in the place, but they didn't know it because they never ask or they never took me to the doctor to check.**

**So I got home and all these problems start happening to me. And I was talking to a doctor and he told me reason why because some of that you been gone and you wasn't getting the right care, so I didn't know what was wrong with me. If I would have stayed at home, I would have knew what was wrong with me because I would have been going to the doctors.**

**But any old way, my life was just -- now I gotta put it back together, because I lost my feet, both of my feet, and my hands are messed up pretty bad.**



**And life now, it's -- it's good I'm at home and everything, but it's just stuff I missed, my grandkids, my kids and all that, you know. They always ask about they grandpa. They want to see they grandpa, but I was gone, you know. I talked to them on the phone and stuff like that sometime, but they missed all that. And I missed going to graduations.**

**My oldest granddaughter, she in college now, my other two ones that I have, the boy and the girl, they still in -- they hasn't went to college yet. And my life was just -- it's kind of strange now because I -- you know, I can't get around like I used to could. I used to get around a lot, you know what I'm saying? As in taking my grandkids places and stuff, and it kind of put a dent -- a dent in me, but I'm holding on. I'm making it.**

Q. Let me ask you some more specific questions. What year did you -- what year did you get released from custody?

**A. I think it was two years ago.**

Q. Okay. And when you were first released, where did you go live?

**A. I went to my sister's.**

Q. Which sister was that?

**A. That was Kim.**



Q. Kim. And where was Kim living when you went to go live with her?

**A. Kim was living on -- right off 115th and Halsted.**

Q. And we are currently in a location in Palos Heights, correct?

**A. Yeah.**

Q. And when did you move here? This is a rehabilitation center, correct?

**A. Yes.**

Q. And when did you move here?

**A. I moved here -- I been here about maybe five months, something like that.**

Q. Did you live with Kim from the --

**A. No. I -- I move from Kim. And I met my wife in dialysis. I was in dialysis before -- I met my wife in dialysis because she's a dialysis patient. And I got married. I got married. I been with my wife about -- about five years now.**

Q. I'm just going -- I know we -- this is the third time we've asked you questions --

**A. Okay.**

Q. -- and so I'm just gonna remind you, everyone forgets, but just make sure you let me ask the full



question --

**A. Okay.**

Q. -- before you start answering so we can get a full record --

**A. All right.**

Q. -- okay?

**A. I got you.**

Q. All right. So when you got out, you first lived with your sister Kim?

**A. Yeah.**

Q. And you said you lived there -- so how -- how long did you live with Kim, then, before you met your wife in dialysis?

**A. I stayed with my sister about a month and a half.**

Q. Month and a half?

**A. Uh-huh.**

Q. Okay. And then where's the next place you lived after you left your sister's place?

**A. I moved in with Darlene.**

Q. Okay. Darlene?

**A. Yeah.**

Q. And that's your wife's name?

**A. Yes.**

Page 10

Q. Okay. And what is the reason why you left living with Kim and moved in with Darlene?
**A. Because I wanted to marry Darlene, and I -- I wasn't -- I ain't ever been married before.**
Q. So is it fair to say you -- you had a pretty quick romantic relationship --
**A. Yeah.**
Q. -- with Darlene after you got out?
**A. Yeah. Well, I seen Darlene at dialysis every day, and we talk --**
Q. Okay.
**A. -- you know. We was in the same thing. She was down and she had -- and I was across from her, so we talked a lot.**
Q. Okay. Where is it that you lived when you lived with Darlene?
**A. We live at Darlene at her house.**
Q. But where is that located?
**A. This was on -- that's right off Halsted.**
Q. Okay. And what city or town is that in?
**A. That's in Chicago.**
Q. Okay. Do you remember the address?
**A. I don't remember the address.**
Q. Okay. How long did you live with Darlene

Page 11

before the two of you got married?
**A. I stayed with her five years before I got married.**
Q. And how would you -- how would you describe your relationship when you first met -- met and started living with Darlene?
**A. Good.**
Q. Is your relationship still good?
**A. Still good.**
Q. Okay. Do you and Darlene have plans now for the future after you get out of the rehabilitation center?
**A. Yes. We wanna move down where her daughter stays in -- in Georgia, where my son stays in Georgia, too. So we plan on, when we get through with everything that we doing here, to go live down there.**
Q. Okay. And I think during one of your earlier depositions you mentioned that you also want to spend some time once you get yourself together going to visit your son; is that correct?
**A. Yeah, he stay in Georgia. Yeah.**
Q. Oh. And is that -- your son has some children as well? Those are your grandkids?
**A. Them my grandkids. He got three of them.**

Page 12

Q. Okay. Have you met them yet?
**A. Yeah, I met them before. But a long time ago when it was real -- coming up, before I got locked up, and then I didn't see them no more for over 20-some years. I didn't see them. I haven't -- I haven't seent them yet, because I'm not through with this court stuff, so I told them they had -- they have to wait until I get through with this to come down there and see them.**
Q. How old are your grandkids?
**A. They about -- my boy, he's about -- he about eight. He got a sister behind him, about 12. And then he got a bigger sister behind him. She in college. She's about -- she's grown. Yeah, she's grown.**
Q. So they were each born when you were in --
**A. Yeah.**
Q. -- the Department of Corrections, correct?
**A. Yes, they were.**
Q. When did you first meet them then? Was it when you were locked up you met them?
**A. I met them when I was locked up.**
Q. Okay. So your son would bring them to see you?
**A. Yeah.**
Q. In addition -- well, let me ask you this. How often would you see them when you were locked up?

Page 13

**A. I seen them every once in a while because he stayed at a distance, you know, so it was, you know -- like on holidays and stuff, he'll bring them up to see me, you know.**
Q. And then would you also talk to them on the phone when you were locked up?
**A. Yeah, I talked to them on the phone.**
Q. How often did you talk to your grandkids on the phone?
**A. Not too much, because they was really uncomfortable about they grandfather being locked up like that, so they say -- they ask their father could they see me in person. They really didn't wanna talk on the phone, you know. When was I coming home, you know, stuff like that.**
Q. You doing okay?
**A. Yeah, I'm doing okay.**
Q. Okay.
**A. It's this chair.**
Q. Gotcha.
**A. I'm doing okay.**
Q. Okay. Let me know if you're not, okay?
**A. Okay.**
Q. Your -- you talk to your grandkids now on the

Page 14

phone, now that you're --
**A. Yeah --**
Q. -- released?
**A. -- I talk to them.**
Q. And how often do you talk to them now?
**A. I call them every Saturday. Ever Saturday I call them make sure, you know, they okay, stuff like that.**
Q. And would you say you have a good relationship with them now?
**A. Yeah, I gotta good relationship. I -- all the time I never lost my relationship with them. They just wanted me to come home. You know, they didn't understand what -- well -- what was I doing locked up that long. And my son had explained to them, sit them down and explained to them, you know, what it was. But they came up out of the -- and most of them found out I was at home, you know.**
Q. How would you describe your relationship with your sister Kim today?
**A. I got -- I got six sisters.**
Q. Right.
**A. All of them, the same.**
Q. Okay.

Page 15

**A. Good.**
Q. Good. And did you have a good relationship with them before you got locked up?
**A. Sure did.**
Q. And would they come and visit you when you were locked up?
**A. They came and visit me when I was at the County. That's when my mother was alive. As a matter of fact -- yeah, that's when my mother was alive. And she gotta chance to talk to me before she died and that was it.**
**You know, they came -- they came all the time after that, after my mother passed.**
Q. They came to visit you in the Department of Corrections?
**A. Yes, they did. Excuse me.**
Q. Would you also talk to them on the phone?
**A. Yes.**
Q. And when you talked to them on the phone, did you tell them about how you were doing in the Department of Corrections?
**A. Yes, I told them I was a -- I was pretty cool because I stayed to myself. I ain't never go to the day room unless I went to the laundry room. The laundry room**

Page 16

**was close to the day room. So I didn't do nothing. I -- I stayed in the -- as I called it, a living room and washroom. I stayed in my room, you know. And I -- I didn't come out much, you know. I went to the gym sometime, something like that, but I -- I really felt bad because I was locked up for something I didn't do.**
**I really felt bad, but, you know, eventually, I came up out of there a little bit. And still haunts me a little bit, but I came up out of that, you know. But I -- I pretty much -- I'm like I am now. I don't -- I'm the same way, you know. I don't -- I don't judge with too many people, you know. I just stay to myself. You know, one of them type of guys, you know. I just stay to myself.**
Q. Let's talk a little bit about that time period. So when you were locked up, I want to talk to you a bit about your life while you were locked up, okay?
**A. Okay.**
Q. So when you first left Count -- so you were in County for how long?
**A. Been so long, I didn't know. I can't even remember how long I was in that County, but I was in there for a pretty long time.**
Q. It's for years, correct?

Page 17

**A. Yeah, before they transferred me.**
Q. Okay. When you got transferred, where was the first institution you went to in the -- in the prison?
**A. I went to Stateville.**
Q. How long were you at Stateville?
**A. I stayed in Stateville -- couldn't remember how long I stayed there, but I know I stayed there. It was a good little while. Yeah, it was a good little while.**
Q. Did you have a roommate when you were in Stateville?
**A. Sure I did.**
Q. And did you have the same roommate or -- the --
**A. No.**
Q. -- entire time?
**A. Yeah, I had the same roommate until they transferred me to another penitentiary.**
Q. Okay. And how would you describe your relationship with him?
**A. At -- at Stateville?**
Q. At Stateville.
**A. Well, I ain't do him because he mind his own business, I mind mine.**
Q. Did you ever...
**A. Go ahead. I listening to you.**

Page 18

Q. Okay. Did you ever get in any fights when you were at Stateville?

**A. Yeah, I got into one fight, I think. Well, I really -- I didn't fight back because I didn't have a chance to. But, yeah, I got in one. I was -- a maintenance man, help -- help keep the place clean. I was downstairs cleaning up and one guy, he wanted all the bleach that we sterilize the toilets and seat and stuff. He wanted all the bleach and I told him no. He couldn't have it all. That's for everybody else to use, too. So he got mad and I walked away from him. And when I walked away from him, he hit me in the back of my head. And he came in the cell, and I was talking to him through the door. And I say, no, man, you gotta share. That's for everybody to share. And he said where that bleach at? I said, man, that's for everybody. Shit. That's not exactly for you. That's not your personal stuff, man. I say everybody else gotta clean their room.**

**And then when I turned around for the sink, to get something off the sink -- something I had spilled on the sink -- he hit me in the back of my head and ran out the door, ran back to his cell and locked his door, so...**

Q. This was back in about January of 2013? Does that sound right?

Page 19

**A. Yeah, I think so.**

Q. Okay. This was the only fight you were involved in --

**A. Yeah.**

Q. -- the whole time you were in the Department of Corrections, correct?

**A. Yeah.**

Q. And is it fair to say that during this fight he accused you of pushing him first?

**A. No. He came in my cell. The officers was in the bubble. They seen when I came out with blood all in the back of my head. Then they call the rest of the -- their guys in. They pulled me out. Then all the nurses who knew me, they ran over to the thing and put me in a wheelchair, you know.**

Q. Do you remember him saying that you had pushed him first?

**A. No. No. He pushed me first. He came in my cell, and when I turned my head down at the sink, he bust me upside the back of my head, ran out of my room, ran back to his cell down the hall and locked his self in. You know, once you shut them doors, you locked in. Can't nobody open the door but the officers.**

Q. You got written up for that fight, right?

Page 20

MS. ALZAMI: Objection; leading.

BY THE WITNESS:

**A. I don't -- I don't think so. I didn't start it. He did it.**

BY MS. EKL:

Q. Do you remember --

**A. He hit me.**

Q. Do you remember having to spend a month in segregation?

**A. Oh, yeah, he did -- he did go to seg. Sure did. I don't know if he went. But I went. I didn't start the fight, though. I think he went, too, but I don't think -- both of us went to seg that day. Sure did.**

Q. Okay. And that's because they thought that you had started the fight, right?

**A. Right. Right.**

Q. Okay. Can you describe for me what it was like in seg -- in segregation?

**A. Miserable. You know, nothing to do, nothing to -- you know, just serve your time for whatever they said you did. You know, and this guy was much bigger than me back then.**

**Like I say, I don't know why they believed in him. I really don't, because he told a tale from the first -- everything he said, you know. When I -- when I came up out the room after he hit me in the back of my head, the officers seen blood in the back of me, just pouring out my head. So they call all of the people over there. And they told me to sit, sit down right here until the nurse come.**

Page 21

Q. Was that the only time you'd ever been to seg?

**A. Yeah, the only time I ever been to seg in my life.**

Q. Okay. And how is it different from being in your regular cell?

**A. It really ain't too much different, but it's -- seg, you just be in the room by yourself. Or sometime they give you a celly, and you just gotta sit there and -- no nothing. No TV, no nothing. No TV, no -- no music, no nothing. You gotta -- you gotta lot of time to think, you know. That's it. Seg. That's what seg is. You know, you can't do nothing like that.**

**You can't -- you ain't got no free movement like you would in the -- as you would -- as you -- upstairs. Upstairs is free movement. That's where I left from and went to seg.**

Q. What do you mean by free movement? So let's --

Page 22

**A. I mean --**
Q. -- talk -- let's talk about that a little bit. I'm gonna break -- I'm gonna slow you down a little bit.
How big was your room that you stayed in when you were not in seg, your regular room? And we'll start with Stateville.
**A. All them littles rooms. Small rooms, not -- not big at all. Living like -- like living in a bathroom. It's a bathroom. Like living in a bathroom in a house. Little rooms. They real little, you know. You got no privacy really, because if you wanna use the bathroom, you got a celly up over you or down low. He had to put a curtain on.**
**The lieutenant didn't want no curtains on. He'll go on the deck and say -- tell every man to smash them curtains down. Whenever I'm on the deck, I don't wanna see no curtains up, you know. If he gotta shit on the stool naked, that's what he do. Take them down. So he had the guards to take them down, you know.**
Q. So what -- what all was in your room? You had -- you had a toilet, correct?
**A. Had a toilet.**
Q. Did you have --
**A. And a sink --**

Page 23

Q. -- a sink?
**A. -- on to the toilet.**
Q. Okay. And then were your beds in the room?
**A. Yeah, bunk beds. They up against the wall.**
Q. And was there anything else in the room besides the bunk beds and the sink and the toilet?
**A. I think it was somewhere they had a little desk in there. It was to the wall where you could write at. You had that in the back of your bunk bed. Yeah. You had a little thing where you could sit down and write your letters.**
Q. Okay. When you were in Stateville did you have a TV in your room?
**A. I had a TV. I bought a TV.**
Q. Okay. And what kind of programs would you watch on your TV?
**A. I watch mostly news. Sometimes I watch a picture, but I -- I was interested in the news going on in the world.**
Q. Okay.
**A. You know.**
Q. Did you also have a radio?
**A. Yeah, I had a radio.**
Q. Okay. And so would you sometimes listen to

Page 24

music?
**A. Yeah, sometime I had a Walkman.**
Q. Okay.
**A. Sometime I listen to music. You know, put my earplugs in.**
Q. And what other things would you do in your room besides watch TV and listen to music?
**A. That was it. That was it.**
Q. And then you said you could move around freely. So where would you go --
**A. We --**
Q. -- when you were in your room?
**A. We -- we go out of the room. The doors will pop. That means we could go downstairs, play cards if you do that. You know, stuff like that. Talk, sit down, whatever you, then, until it's time for us to go back in to our cells. They'll say it on the intercom.**
Q. Okay.
**A. Yeah.**
Q. So was there a certain point in the time -- in the day when you had to go back to your cell to go to bed to go to sleep?
**A. Yeah, but we was gone -- after dinner.**
Q. Okay.

Page 25

**A. Yep.**
Q. But between, say, morning and dinnertime, that's when you were allowed to walk downstairs and --
**A. Yeah --**
Q. -- go play cards?
**A. -- we go down to the day room.**
Q. Okay.
**A. Yeah.**
Q. And how big was the day room?
**A. Pretty big. From one wall back to the other. That's how the cells was, pretty big.**
Q. Okay. Were there tables down there?
**A. Yeah, tables and chairs, you know, stuck down, nailed down -- I mean, screwed down. Tables couldn't move, chairs couldn't move.**
Q. What kind of card games would you play down there?
**A. I don't know. They play cards. I never got play cards before.**
Q. What did you do -- do down there?
**A. I didn't do nothing. But if I wanted to get some air, I would take a walk around the deck. I walk around, you know, about -- do me about five, seven to -- seven, eight, nine, ten laps, and then I'll have a seat**

Page 26

**by myself. And then I get through sitting down, I go back to my room. Tell officers to pop me in.**

Q. You said there were times when you'd go to the gym?

**A. Yeah, sometime I'll go to the gym.**

Q. Could you go to the gym pretty much whenever you wanted or were there --

**A. No, certain --**

Q. -- only certain time?

**A. -- days everybody had to go. Certain times they had days they could go to the gym.**

Q. And I just want to make sure. We're kind of talking over each other a little bit, okay?

**A. Okay.**

Q. So just let me finish --

**A. All right.**

Q. -- the question.

**A. All right.**

Q. Because she can't take us both down --

**A. Okay.**

Q. -- at the same time.

**A. I got you.**

Q. Okay. So you had set days when you could go to the gym?

Page 27

**A. Yes.**

Q. How many days a week could you go to the gym?

**A. Twice a week.**

Q. Okay. What did you do when you would go to the gym?

**A. I didn't do nothing. I just walked around. Walked around the gym. I didn't -- I didn't play no ball or nothing. Guys too wild for me. I can't stand be hit in my eyes or my head, so I didn't play.**

Q. Okay. Were there times when you could go out to the yard?

**A. Yeah.**

Q. What was the -- could you describe the yard?

**A. The yard is a fenced-in sun beamer. Wanna go out there and get you some good sun on your body, you could. That's what I used to go out there and do, just where the guys play ball and everything at. I go off to a bench myself and just lay back and stretch my back, just lay there, let the sun beam on me.**

Q. Okay.

**A. You know.**

Q. And how often were you allowed to go into the yard?

**A. Everybody had to have a turn to go to the yard,**

Page 28

**so I really -- I really didn't know that. All I know is they call us to go out. But every yard supposed to have a turn to go out. But I don't -- I don't know the days, though.**

Q. Okay. After you left Stateville, where was -- what was the next facility that you went to?

**A. I went to -- I can't remember the name. But I got real close and working with the office -- I mean, with the man that was in charge of the kitchen. His name was Freddy. And I worked at -- I worked the kitchen -- I worked the officer kitchen. They put me in the officer kitchen, so I worked officer kitchen until I -- until they transferred me. No. I went home. I went home from that joint. Sure did. Yeah.**

Q. Okay. So let's back up a little bit. Let me ask you this. So when you were in Stateville, you mentioned that you worked in maintenance?

**A. I worked in maintenance, yeah.**

Q. Okay. What -- what kind of jobs did you have in maintenance at Stateville?

**A. Clean up, you know, work the kitchen, stuff like that, you know. Wasn't much.**

Q. Okay.

**A. Did that.**

Page 29

Q. Did you have any other jobs other than maintenance?

**A. Nah.**

Q. Did -- was that considered a good job to have maintenance?

**A. I just had it because it made me relax.**

Q. Okay.

**A. You know.**

Q. You were receiving -- you were receiving treatment for your diabetes when you were at Stateville, correct?

**A. No.**

Q. They didn't give you any medicine?

**A. No. All they did was -- oh, you mean that. All they gave me was medicine, and they gave me too much medicine. It wasn't the right medicine and I had to take it. They gave me -- I was -- I was telling them that's too much insulin and that's too many -- that's too many pills. I ain't supposed to have that much.**

**Because when -- when I was in the world, I didn't have that much, you know. So they gave me too much, and they kept giving it to me.**

Q. And then --

**A. So --**

Page 30

Q. Oh, I'm sorry. I didn't mean to cut you off.
**A. No.**
MS. ALZAMI: Could we briefly just go off the record?
THE VIDEOGRAPHER: We are now going off the record at 10:32 a.m.
(Short break taken.)
THE VIDEOGRAPHER: We are now going back on the record at 10:34 a.m.
MS. EKL: Can you just read my last question back? Sorry.
(Record read back as requested.)
BY MS. EKL:
Q. All right. So the institution that you went to after Stateville, but not the one that you were -- that you left from -- so there was -- there was one in between, right?
**A. Yeah, one in between. The Stateville the one that gave me the wrong kind of medication. It was the right medicine, but it was too much. They were giving me too much of it, too many doses.**
Q. Okay. Let's talk about that second one. So when you left Stateville.
**A. Uh-huh.**

Page 31

Q. Do you remember that time period when you went to a new institution?
**A. Yeah, I went to a new institution.**
Q. And you don't remember the name of it?
**A. No, I don't remember the name of it.**
Q. Okay. That's okay. Did you have a cellmate when you were at the next place?
**A. Yes, I did.**
Q. And did you have the same cellmate the whole time you were there or did you have more than one?
**A. I had him the whole time I was there, until the warden came around and told me to pack my things up.**
Q. And how would you describe your relationship with your cellmate --
**A. It was --**
Q. -- at the second prison?
**A. It was pretty cool because he help me write, and he was into the -- to church a lot. And he helped me out a lot, you know, while I was there. Pretty good -- pretty good celly.**
Q. Did you go to church with him?
**A. No, I never went to church with him. I went to church, but I didn't go with him. Some days he didn't go and I did. We didn't go to church together. We didn't**

Page 32

**go to church together, but we had a good relationship inside the cell together. We never got into any arguments or fights or nothing like that.**
Q. What --
**A. No.**
Q. Was your cell very much the same as the first cell you had at Stateville or was it different?
**A. Same.**
Q. Okay. And was it the same situation where you could come and go during the day into the day room?
**A. Yes.**
Q. Okay. When you were in the day room at the second institution, what would you do in that day room?
**A. Just walk around. Ain't nothing else to do. Just walk around and think. You know what I mean? I did. I don't know how the other fellows felt -- like they -- they play cards, shot basketball. I wasn't into none of that. No. I just walk around, think. Think about how did I get here, you know? Stuff like that. You know, my family and everybody. I thinking about them, you know. Think about my mom a lot. She called me. I talked to her a lot. I called her a lot before she left.**
Q. Did you go to the gym at the second

Page 33

institution?
**A. Yeah, I went to the gym.**
Q. How often would you go to the gym when you were in the second place?
**A. Sometime I went, sometime I just stay in my room. My celly went. He went all the time. Sometime I stayed back, just didn't feel like it. Excuse me.**
Q. Did you go -- did you also go outside?
**A. Yeah, I went outside.**
Q. Okay. Into the yard?
**A. Yeah.**
Q. And you get some sunshine there, too?
**A. Yeah. I like that sun, yeah.**
Q. Okay. Is there anything else that you would do when you were -- to -- to pass the time when you were in that second institution?
**A. Not really, just go out. I -- I -- I -- I wasn't no one that stayed in the day room unless I was bringing my laundry up there. That's about it.**
Q. Did you continue to -- you had -- you had a TV at the second place as well, correct?
**A. Yes, I had my TV.**
Q. And did you watch your TV sometimes to pass the time?

Page 34

**A. Yeah, I watched TV a lot.**
Q. Did you listen to your Walkman?
**A. Yeah. I come out and listen to my Walkman. Sit there -- there's a bench there. While waiting for my cloths, I listen to my Walkman right there.**
Q. Okay. And did you have any jobs when you were in the second place?
**A. Yeah, I worked for the officer. I worked in the officer kitchen.**
Q. And was that considered kind of a good -- a good job to be able to work in the officers' kitchen?
**A. Yes, it was.**
Q. And was that because you had a good relationship with the officers?
**A. No. It's because they just all -- supervisor, he put me in there. He said I want you to work in the officer kitchen. Put me in an officer kitchen. Got to know all the officers, you know. Pretty cool with me, you know. And -- yeah.**
Q. And then were you a cook in the officers' kitchen?
**A. I was a cook. I was a -- yeah. Me and another guy, we did -- we ran the kitchen like that full of officers. We cooked for them what they wanted.**

Page 35

Q. Okay.
**A. You know.**
Q. Did you like having that job?
**A. Sure I did. I could sit down when I get through working. And if I wasn't doing nothing for the kitchen, I sit down until we get through and wait for them to come in for lunch. Some of them come for dinner. Like that, you know. They knew us, both of us. You know, by name real good. We knew them.**
Q. What was the name of the person that you worked with?
**A. Freddy.**
Q. Freddy. Okay. Do you remember Freddy's last name?
**A. I don't remember his last name. His name was Freddy.**
Q. How would you describe your relationship with Freddy?
**A. Real good guy. Real good guy. He didn't mean take no mess. He's a real good guy.**
Q. What do you mean by that?
**A. Well, if you wasn't doing your job right, you would hear from him. And if you wasn't doing it right, he'll let you go, you know. So like I say, he seen me**

Page 36

**come in one day. First he put me on the dishwasher side. Then he said, no. I will put you in the officer kitchen. And that's where I was until the day I left. He came up and seen me and wished me fair well. And said you take care of yourself out there, Reed. Do you hear me? I say, yes, sir. Get up and they took me on outside, and I was on my way coming home.**
Q. Were you at that second institution the longest of the three or did you stay -- which one --
**A. I stayed at --**
Q. -- were you at the longest?
**A. -- Stateville the longest.**
Q. Okay. Okay.
**A. Yeah.**
Q. And then the last one you went to, do you know why you were transferred from the second one to the third one?
**A. What third one was I at? I thought I was just at Stateville and this one --**
Q. Okay.
**A. -- where Freddy at.**
Q. Okay.
**A. That's it.**
Q. Okay. I thought you said that there was

Page 37

another one.
**A. No.**
Q. Okay.
**A. No, I was just them two.**
Q. All right. When you were at the second institution did you also continue to talk to your mom -- excuse me -- and --
**A. Yeah.**
Q. -- your sisters on the phone?
**A. Yeah, I talked to my sisters and mom. Talked to my mom until the day she passed away.**
Q. What year did she pass away?
**A. I'm not sure. Mom been gone about -- shoot. About six, seven years now. I think so, yeah. Maybe lesser than that. I'm not sure. But I know I got a chance to talk to her before she passed away. Yeah.**
Q. Did your mom also have diabetes?
**A. No, my dad did.**
Q. Your dad did. Excuse me. Did your mom have any health issues before she passed?
**A. Yeah, she have -- her legs went bad. She stopped doing a lot of stuff she used to do, you know. She have problems, too.**
Q. As long as she was able to physically, did she

Page 38

come visit you at that second institution?

**A. No, she couldn't come visit. My sister came for her. She couldn't. Her walking wasn't too good, so she just delay messages and talk to me on the phone, you know.**

Q. How often would your sisters come to see you at the second place?

**A. They come see me about every -- every two weeks or every week and a half or something like that. Yeah. If they could -- if they could make it, they come visit me. If they couldn't, they talk to me on the phone.**

Q. Did you see your son at all at that second place?

**A. My son never came to the penitentiary.**

Q. Okay.

**A. Or the jail.**

Q. Okay.

**A. Never came. Stayed in Georgia. He didn't -- yeah, he was working. He never came up, no. But I talked to him on the phone.**

Q. And how often would you talk to him on the phone?

**A. Every once in a while because he's so busy. Too busy working, you know. I catch him -- reach him**

Page 39

**when I catch him -- I catch him at home. Call him around that time and catch him.**

Q. Okay.

**A. He was always working.**

Q. When you were in the Cook County jail, so while you -- before you pled guilty and went to the Department of Corrections --

**A. Uh-huh.**

Q. -- do you remember -- just -- I'm just saying generally. Do you remember your time there in the Cook County jail? Do you remember being there?

**A. Yeah, I remember I went there first.**

Q. Right.

**A. And then after a while -- no, I can't remember just when but they transferred me on to Stateville.**

Q. Right. So let's talk about your time in the Cook County jail, okay?

**A. Uh-huh.**

Q. Do you -- you had actually been to the Cook County jail before you got taken there for the -- for the murder charges, correct? You'd been there before?

MS. ALZAMI: Objection; leading.

BY THE WITNESS:

**A. I don't remember --**

Page 40

BY MS. EKL:

Q. Okay.

**A. -- going there. What was it?**

Q. All right. When you went -- when you got arrested for the murder and you went to the Cook County jail --

**A. Uh-huh.**

Q. -- do you remember having to be processed into the jail?

**A. Do I remember being processed in there?**

Q. Right.

**A. When I got there -- oh, for being arrested, right?**

Q. Right.

**A. Yeah.**

Q. Okay. And what do you remember about how that -- how that worked? What did they do to process you?

**A. They took me to the strip search and put me down in the basement. Made us all line up against the wall butt naked. Told us to spread our cheeks, bend over, and they checked us like that. And then guys that were act up, didn't want to strip, they whooped them and made them strip. You know what I'm saying?**

Page 41

**And then you have to see the -- they call him the penis doctor. He takes a real long thread -- I mean, stem-like with some cotton on it. Real little. And he sticks it in between your penis where the little hole at. He sticks it down there. And that hurt so bad. That hurt so bad. There are a lot of guys crying not to get that. But the police officers was in the room and they had to take the test. So they do this, see if you got any diseases before you go in there. That's why they did that. But that's really -- that really hurts.**

Q. You didn't fight them, right?

**A. No, I didn't fight them.**

Q. Right. So you didn't get beat by the --

**A. No. No.**

Q. -- officers there?

**A. No, they didn't beat me.**

Q. Okay.

**A. I followed the rules, you know.**

Q. And then do you remember talking to someone who asked you questions about your mental health?

**A. I can't remember. Maybe I did, but -- maybe I did. I ain't gonna say no. I may did, but I don't remember. I think so. I don't remember, though.**

Q. Okay. Give me one second here.

Page 42

(Brief pause.)
Q. Like I said, I didn't have time to get this really organized when we got here, so give me one second.
(Long pause.)
Q. When you were in the Cook County jail --
**A. Uh-huh.**
Q. -- is it fair to say they used to send someone around to kind of check on you once in a while and ask you how you were doing?
**A. I don't remember them doing that to me. Who did they send, the officer?**
Q. Well, I'm asking you if --
**A. Oh, okay.**
Q. -- you just remember like a nurse coming by and asking you or a counselor?
**A. No, she came through there, you know, check on me, because they know I had a -- yeah, but I -- they may have, but I can't remember.**
Q. Okay. Did you get in any fights when you were in the Cook County jail?
**A. No.**
Q. Anyone try to fight you?
**A. No.**
Q. Anyone try to sexually assault you in the jail?

Page 43

**A. No.**
Q. And no one tried to sexually assault you in the prison either, right?
**A. No.**
Q. Okay. Do you remember what housing block you stayed in when you were in the Cook County jail?
**A. I stayed in --**
Q. What division?
**A. Division -- division of where the sick people, like I had diabetic and all the people that have mental problems. I stayed in that building. I didn't stay in the big building where they all was at. You know, I didn't stay in there. It was a division -- it was a new division over there. They sent all of the diabetic peoples and all the mental people over to this building.**
Q. Okay.
**A. The mental people stay -- when you first come in the door, they stay down that aisle. The diabetics stayed on the end of the door.**
Q. All right. And were you staying on that -- in that building with the diabetics or with the people with mental illness?
**A. I stayed in the building with the diabetics.**
Q. And so were you receiving treatment for your

Page 44

diabetes when you were in the Cook County jail?
**A. Sure.**
Q. Okay. I want to go ahead and just show you real quick -- well, actually, no. Let's wait on that one.
When you were in the Cook County jail, how would you spend your days? Can you just kind of describe for me what kinds of things you did there.
**A. I really stayed in my room. I didn't go out hardly none. I stayed in and watched TV. Had my own fan. I had my own food box. I stayed in -- I stayed in. I didn't mess with people, you know.**
Q. I didn't hear you. You said your fan, your TV and then what was the box?
**A. My food and groceries.**
Q. Oh, food box. Gotcha.
**A. Yeah.**
Q. I thought you said fooze box. I thought...
**A. No. No.**
Q. Okay. All right. And so would you buy food at the commissary and keep it in your food box?
**A. Yes, I would.**
Q. Okay. Were you allowed to go out to the yard during the time that you were in the Cook County jail?

Page 45

**A. Sure.**
Q. Okay. And how often did you do that?
**A. Ever once in a while.**
Q. Did they also have a gym at the Cook County jail?
**A. Sure they did.**
Q. And did you ever go to the jail at the Cook County jail?
**A. Sometimes, yes.**
Q. You were allowed to have visitors at the Cook County jail?
**A. Yes.**
Q. And so who came to visit you at the Cook County jail?
**A. My sisters and them came --**
THE COURT REPORTER: Who came? I'm sorry. I didn't hear what you said.
BY MS. EKL:
Q. She didn't -- who came?
**A. My sisters came and I was going with a lady. Me and her was real close. Her name was Mary. She pass away now, but I was going with her before I met my wife. And the grandbabies -- her babies, the grandbabies, I raised them. And they was crazy about me, because I used**

Page 46

**to take them to school every day. I used to feed them while she was at work. The mother was at work. She wasn't -- she wasn't sick then. And they was talking about that the other day. They -- they came to see me here and telling my wife how I took care of them when they was little.**

Q. Was that Mary Grant?

**A. Yeah, it was Mary Grant.**

Q. Okay. And so that was someone you knew before you got locked up, correct?

**A. Yeah, that was before I got locked -- no. That was before -- yeah, I -- I met Mary Grant first.**

Q. Okay.

**A. Yeah. But she pass away. Then I end up running into my others -- my second wife.**

Q. And you said that her -- you've seen her grand -- Mary Grant's grandbabies recently?

**A. Yeah, they came to see me.**

Q. Okay.

**A. Yeah.**

Q. And how would you describe your relationship with them?

**A. Real good.**

Q. Before you were locked up, did you also know a

Page 47

person by the name of Joanne Claus -- I don't know if I'm saying this right -- Clausell -- Clausell?

**A. Joann?**

Q. Joann.

**A. I don't know who that is. I don't know who Joanne is.**

MS. EKL: And just for the record, it's Joann, J-o-a-n-n. Last name C-l-a-u-s-e-l-l.

BY THE WITNESS:

**A. I don't even know anybody by that name. Wonder who that was? Joann. No.**

BY MS. EKL:

Q. Do you know a person by the name of Daisy Clark?

**A. Yeah.**

Q. Daisy Clark?

**A. That my auntie.**

Q. So you were never married to -- to Daisy Clark --

**A. No.**

Q. -- correct?

**A. No.**

Q. Okay. I'll just represent to you there's some telephone lists and visiting lists that list Daisy Lee

Page 48

Clark as your wife.

**A. No.**

Q. So that would be incorrect?

**A. Incorrect. No.**

Q. Okay. If you -- when you were in the Department of Corrections, if you wanted someone to be on -- you wanted to be able to talk to someone on the telephone --

**A. Uh-huh.**

Q. -- what steps did you have to take to be able to talk to them?

**A. On the phone?**

Q. Correct.

**A. Well, you have -- she have to give you they number and you could call her.**

Q. Did you have to put them on a special list?

**A. No. Didn't put them on a list. They didn't have to be on no special list.**

Q. Okay. I have -- I have a piece of paper that's called an Offender Telephone Number List Request. And it lists Kim Reed, Dorothy Reed and Daisy Clark on here. You don't remember anything about having to have a list of names of people that you were allowed to talk to?

**A. No, I don't.**

Page 49

Q. Okay.

MS. EKL: I'm gonna go ahead -- we'll mark this -- I don't know what the next number is.

THE COURT REPORTER: Oh --

MS. EKL: Or if we want to.

THE COURT REPORTER: -- let me go back. I have the other dep here.

MS. EKL: Okay. Sorry.

THE COURT REPORTER: No. It's okay.

MS. EKL: I should have looked.

THE COURT REPORTER: No problem. Just give me one second.

MS. EKL: Sure. No problem.

THE COURT REPORTER: It looks like 8.

(Side conversation regarding exhibits.)

MS. EKL: Okay. I'm just gonna mark all three of these as a group. So, for the record, it's -- I have marked as Exhibit No. 8, BS Reed 7286, 7294 and 7418.

(Document marked as requested.)

BY MS. EKL:

Q. Mr. Reed, I just have a couple questions about this. Can you take a look at the bottom of the one that's Bate stamped 7286, and let me know if you see your

Page 50

signature at all?
**A. I think I see my signature right here (indicating.)**
Q. Okay. So on the bottom?
**A. Yeah, on this side right there.**
Q. Okay. Did you see your handwriting anywhere else on that piece of paper?
**A. No.**
Q. Then I'll show you what's been marked as BS Reed 7294. Do you see your signature on that page?
**A. I think I see my signature right there (indicating.)**
Q. Okay. So on the bottom, left-hand side?
**A. Yes.**
Q. Okay. And this is a document that is titled Offender Visiting List. And I'll just tell you it has on here Pam Reed, Kim Reed, Daisy Clark and Tony Winston. Who is Tony Win -- Winston?
**A. Tony Winston my nephew, but he ain't never came to visit me.**
Q. Okay.
**A. Either him or Daisy. Only one came to visit me was Pam.**
Q. So you -- do you remember -- remember having to

Page 51

put people on a list to come visit you?
**A. Yeah, but I -- they ain't never came to see me, though.**
Q. Okay.
**A. Wonder how they got on there. They ain't never came to see me. My nephew -- no, that's Daisy, my -- no. I talked to her on the phone, him on the phone. That was it.**
Q. Okay. So we got some records from when you were in the Department of Corrections. And so I just want to ask you if some of these are accurate.
According to this record, back in 2014 to about 2015, it says that you worked as -- in the dietary department as a worker. Do you know if -- is that in reference to when you worked with the officers --
**A. Yeah.**
Q. -- as a cook? Okay. It also says that you were a participant in a bible class in 2011. Do you remember participating in a bible class?
**A. Yeah.**
Q. So that's accurate?
**A. Yeah.**
Q. It says on this particular document that in 2011 you were waitlisted for an anger management program.

Page 52

Do you remember trying to get into an anger management program?
**A. No.**
Q. Did you eventually attend that program?
**A. No, I don't -- I don't think -- I was mad, but I wasn't -- I don't remember getting in no program.**
Q. It also has you in 2011 waitlisted for a substance abuse program. Do you remember being waitlisted for a substance abuse program?
**A. No.**
Q. Did you attend a substance abuse program at any time when you were in the Department of Corrections?
**A. I think I went to one of them meetings one time with a guy.**
Q. Do you remember when that was?
**A. I don't remember.**
Q. Okay. And why did you go to the substance abuse --
**A. I wanted --**
Q. -- program?
**A. -- to see what it was like, you know. What they was saying and all that, so he talked me into going. I -- I went with him.**
Q. Okay. Before you became a janitor, did you

Page 53

have to go to a school within the prison to learn how to do your janitor duties?
**A. No, I already knew how to do it.**
Q. Is it fair to say that your life now that you're -- now that you're out and you're married, is -- you're doing better than you were doing right before you went into --
**A. Yeah.**
Q. -- into the jail, right?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. Yeah, I'm doing better.**
BY MS. EKL:
Q. Okay. There was a time period before you went into the jail when you were doing a bunch of drugs, right?
**A. I never did drugs, never. Drugs never been in my system.**
Q. Never?
**A. Never. Who would the doctor say I had drugs in my system?**
Q. Okay. Do you remember being arrested a number of times for --
**A. A number of times?**

Page 54

Q. -- for drugs? Right.
**A. No.**
Q. You weren't arrested?
**A. No, I don't remember nothing like that. Arrested with drugs? Numbers of times? No.**
Q. All right. Let's -- let's go through some documents then.
**A. No. Uh-uh. Numbers of times? Uh-uh.**
Q. All right. Do you remember telling anyone in the Cook County jail that you had been doing drugs since you were a young boy?
**A. No, I don't.**
Q. Is it fair to say that in 1979 you were arrested for a burglary and unlawful use of weapon?
**A. I don't remember that.**
Q. Do you remember the police arresting you after they said that they observed you going in and out of a building with the door kicked in?
MS. ALZAMI: Objection; leading, misstates the record.
BY THE WITNESS:
**A. No, I don't remember that.**
BY MS. EKL:
Q. Do you remember pleading guilty to burglary?

Page 55

MS. ALZAMI: Objection; leading.
BY THE WITNESS:
**A. I don't remember that.**
BY MS. EKL:
Q. And you received two -- two years' probation for the burglary?
MS. ALZAMI: Objection; form, leading.
BY THE WITNESS:
**A. I don't remember.**
BY MS. EKL:
Q. You're not denying that it happened, you just don't remember it, correct?
**A. I don't remember it.**
Q. Okay. Do you remember being arrested in 1982 for -- when you were a driving a 1970 Buick without a plate on -- without plates on it?
MS. ALZAMI: Objection; form.
THE COURT REPORTER: I'm sorry?
MS. ALZAMI: Form.
BY THE WITNESS:
**A. Yeah, I remember that.**
BY MS. EKL:
Q. Okay. What do you remember about that incident?

Page 56

**A. I remember I coming from work and I took Ashland. I was driving my car. I think the plates was right. I didn't know -- I must of was driving some kind of way. I don't -- anyway, the officer pulled me over, and I was just coming from work and they stopped me. I ask them what they was stopping me for, and I think they said the light or something. You must have ran a light or something like that. Anyway, they start asking me a bunch of questions, and then they start shaking my car, like that (indicating.) Just shaking it back and forth. And I ask what was that for? And they say that they think this -- this car's been stolen, because it's been reported. A '70 Duce, brown on the outside, black top.**
**So I bought this car from a dude named Windy, off 106th Street. He sold me the car, and he told me that he was gonna get the title in a few days. So I been knowing him a long time so I trusted him. And he gave me the car. I say yeah. I gave him the money. And found out the police said the car was stolen, and they say this VIN number is not matching something -- transmission. They say the VIN number should match the transmission if it ain't stolen, Mr. Reed.**
**I said it ain't stolen as far as I know it. I know this guy for a long time and I gave him the money**

Page 57

**for the car. And they took the car to the pound, put it on the rack, put it in the air, said the numbers didn't match. So the car was stolen that he sold me. And they took the -- where the steering wheel at, took the serial number out. And it didn't take much to get it out. They hit it with a screwdriver a couple of times from the out -- from the inside, and it fell out.**
**And so I -- I got charged with that. And, boy, did I boil him out for doing that to me. But any old way, yeah, the car was stole. I had dressed it up, fixed it up, put new tires on it and everything and that guy did that to me.**
Q. How long did you have that car?
**A. I had that car for about at least a month. I had fix -- fixing it up and everything. Park it in front of my mother's house and getting out of it, going inside the house. And then they just -- they just pulled everything out of me about cars. I didn't want to buy anything. I didn't want to drive no car no more. You know, just took everything out of me once he did me like that. I -- I didn't feel the same way about cars as I did.**
**I had everybody drop me off or drive me somewhere I went. Didn't trust nothing. So I was like**

**that. I'm still like that today. Because I had a license and they suspended my license, you know, for that. You know, I could have went back to get him, but I just said forget driving, you know. I'm not even gonna drive no more. Glad I did. How they driving today, I'm glad I stopped.**
Q. When you were talking about the loose tag, that was the VIN tag, right?
**A. Yeah.**
Q. The VIN tag was loose and you could actually move it, take it off with your hands because it was so loose, right?
**A. No, you couldn't take it off with your hands. He had that some kind of way. When the officer took it and put it on the rack, it wasn't -- it wasn't really tight like it supposed to be, the VIN number. The office got it off.**
Q. After you were first charged with that, with theft and fictitious plates, is it fair to say that the owner came forward and said that that was his car and it was stolen?
**A. I never seen all -- I never seen the man who said it was his car. I never seent him. He never came in -- he never came in front of me about it or nothing.**



**I never seen him.**
Q. They upgraded your charges, though, right?
**A. I don't think so. They didn't tell me they upgraded.**
Q. So you got charged with a felony, possession of s motor vehicle?
**A. They didn't tell me that.**
Q. Did you plead guilty to that offense?
**A. I might have did. Back then I didn't know what I was doing. You know, I don't -- I don't know -- I don't think -- I don't think I did. I might have did. Back then, yeah. I didn't know too much no way. You know, about no reading or nobody -- nobody giving me no charges, so I really don't know.**
Q. I'm going to show you what I'll mark as Exhibit No. 8.
**A. I signed something again?**
Q. I'm sorry. 9.
THE COURT REPORTER: I'm sorry?
**THE WITNESS: No. I say I sign something again?**
MS. EKL: Nope. Hold on.
MS. ITCHHAPORIA: Was the visiting list Exhibit 9?
MS. EKL: Hold on. Hold on one second.
(Side conversations regarding



exhibits.)
MS. EKL: I had colored copies and they're all missing, so we'll just deal with these.
(Side conversations regarding colored copies of exhibits.)
(Long pause.)
(Document marked as requested.)
MS. EKL: For the record, I am showing the witness Exhibit No. 9, which is City Reed -- I think it's 2860.
BY MS. EKL:
Q. Mr. Reed, I'm showing you a photograph that purports to be a booking photograph.
MS. EKL: And for the record, it's CB or Central Booking No. 6664785 -- I'm sorry. 6 -- yeah. What's that? Yeah, let me say it again.
For the record, it's Central Booking No. 6664785. These were produced last week.
BY MS. EKL:
Q. Do you recognize this photograph?
**A. I don't know neither one of those guys with beards.**
Q. Is that you?
**A. No, that ain't none of me. I ain't never had a beard that long. No, that ain't me. That ain't me.**



**Neither one of them is me.**
Q. Okay. There you go.
(Tendering.)
Q. Do you remember being arrested again in 1984 after officers said that they saw you drop a bag of cannabis?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I don't.**
BY MS. EKL:
Q. Back in 1984 is when you were working as a janitor at Spiegel, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. Uh-huh.**
BY MS. EKL:
Q. I'm sorry. Is that yes?
**A. Yes.**
Q. Okay. And you were living at 10228 South Union, correct?
**A. That's my mother's address. Yes, ma'am.**
Q. Okay. And so if someone said that they were Carl Reed, they gave your correct occupation and your correct residence to the police, correct?

Page 62

**A. They -- they should haven't done that. That's not me. That ain't me. That don't look nothing like me.**
Q. Well, I haven't shown you a picture for this arrest yet.
**A. Oh.**
Q. In 1984 do you remember pleading guilty to unlawful possession of a controlled substance?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I could have because I couldn't read. I could have. I could have. I don't know. I never could read, so I -- I could have did anything out of being frightened. Yeah. I could have did that. I not gonna say wasn't none of me because I couldn't read at all.**
BY MS. EKL:
Q. Well, pleading guilty has nothing to do with being able to read. Did you ever stand in front of a judge and say that you were pleading guilty to unlawful possession of a controlled substance in 1984?
**A. I can't remember.**
Q. You were put on probation for the incident with the car, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:

Page 63

**A. Yeah, I guess.**
BY MS. EKL:
Q. Did you ever violate that probation?
**A. I don't think so.**
Q. When you were arrested for unlawful possession of a controlled substance and unlawful possession of cannabis, were you also held for violating your probation?
**A. I --**
MS. ALZAMI: Objection --
BY THE WITNESS:
**A. -- can't remember.**
MS. ALZAMI: Just give me a second to object, okay? Before you answer.
**THE WITNESS: Okay. Excuse me.**
MS. ALZAMI: No, you're good.
BY MS. EKL:
Q. In 1986 do you remember being arrested another time for possessing marijuana?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No.**
BY MS. EKL:
Q. This would have been on October 3rd of 1986.

Page 64

MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I don't remember.**
BY MS. EKL:
Q. I'm going to show you what we'll mark as Exhibit No. 10.
(Document marked as requested.)
MS. EKL: For the record, it's City Reed 2861.
BY MS. EKL:
Q. And this -- I'm going to show you another booking photo, which has a Central Booking No. 7670310, and was taken on October 3rd, 1986.
Do you recognize the person in this photograph, Mr. Reed?
(Long pause.)
**A. That one look like me a little bit, but I can't really tell. My eyes is -- you know, like I say, I'm blind in one eye and then poor vision in another eye, so I can't really tell, but that one look like me a little bit.**
Q. You're talking about the -- there's two pictures here. One --
**A. I'm talking about that one right there where you just pointed at.**

Page 65

Q. Let me just finish the question first.
**A. Okay. All right.**
Q. There's one picture that has -- looks at a person face on, correct?
**A. Okay.**
Q. And one picture's from the side, correct?
**A. Right.**
Q. And the one that you -- that's face on, that's the one you said looks like you a little bit?
**A. Yeah.**
Q. Okay. In 1989 --
**A. Wow.**
Q. -- did you know a person by the name of Susie Simmons?
**A. No. I don't know no Susies.**
Q. Were you arrested on October 15th of 1989 after being told by someone, whose name was Susie Simmons, to leave her garage?
**A. No.**
MS. ALZAMI: Objection; form.
BY MS. EKL:
Q. Do you remember being arrested again on March 6 of 1991 for criminal trespass to vehicle and theft?
MS. ALZAMI: Objection; form.

Page 66

BY THE WITNESS:
**A. No. No.**

BY MS. EKL:
Q. Have you ever used the name Tony Winston when you were stopped by the police?
**A. No. That's my nephew's name, no.**
Q. Do you remember being chased by the police when you were in a -- in a car one time?
**A. No.**
Q. If your fingerprints came back to the person who gave the name Tony Winston, how would you explain that?
**A. I don't -- I would never put my -- if I was doing something, if I had, I wouldn't put my nephew in it. I know -- I know I was young and did a lot of things stupid, but I didn't do nothing that stupid to blame him for something that I know he wasn't there. No.**
**And, excuse me, I may have did some things when I was young, but when I got grown, all that little stuff there, no. If it was me, no. I may have take some wrong choices when I was young maybe, like all young boys do, but, no. When I got up in age, no, no.**
Q. Well, 1994, do you know how old you were then?

Page 67

**A. No, I don't know.**
Q. You were charged with unlawful possession of a controlled substance on April 29th of 1994, correct?
**A. Uh-huh.**
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. You say?**
BY MS. EKL:
Q. I'm sorry? I couldn't hear --
**A. I say you -- is that what you just read to me, how old was I?**
Q. Well, that's what I asked you. I have to ask the questions to you.
**A. Oh, okay. I don't know how old I was there.**
Q. Okay. Do you remember being stopped by police and putting drugs in the -- a bag of drugs in your mouth to hide it --
**A. No.**
Q. -- from the police?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No. Don't remember. No.**
MS. ALZAMI: Just remember to --
BY THE WITNESS:

Page 68

**A. That's crazy.**
MS. ALZAMI: Just remember to wait until I --
**THE WITNESS: Oh. I'm sorry.**
MS. ALZAMI: -- object first. Okay?
**THE WITNESS: I'm sorry.**
MS. ALZAMI: It's okay, though. You're doing good. Just keep...
BY MS. EKL:
Q. Back in around 1999 and 2000, you were doing crack cocaine in that -- during that time period, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No.**
BY MS. EKL:
Q. Do you remember being arrested on March 2nd, 1999, for unlawful possession of a controlled substance, being cocaine, and then being -- well, do you remember being arrested for crack cocaine on March 2nd of 1999?
**A. No --**
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I don't.**
BY MS. EKL:

Page 69

Q. Did you ever hang out around the area of 10201 South Lafayette?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I don't. That's a -- across the bridge from the Harlem high school. No, I never hung out over there.**
BY MS. EKL:
Q. That was an aban -- abandoned building?
**A. I don't know. Don't know for sure.**
Q. People used to hang out there and -- and do drugs?
**A. No. Not me. No, I don't remember that.**
Q. You never told the police when you were trying to get into that building that you just wanted to go in there to smoke your -- your rock inside the building?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. Rock? No.**
BY MS. EKL:
Q. Did you plead guilty to unlawful possession of controlled substance for that arrest?
**A. I can't --**
MS. ALZAMI: Objection; form.

Page 70

BY THE WITNESS:
**A. -- remember. Excuse me.**
MS. ALZAMI: It's okay.
BY MS. EKL:
Q. You can't remember?
**A. No.**
(Document marked as requested.)
Q. I'm going to show you what we'll mark as City Reed 2864.
MS. EKL: And this is going to be Exhibit No. 11. And I'll represent that this is from Central Booking No. 14132350.
BY MS. EKL:
Q. Do you recognize the person in that photograph?
**A. That's gotta be me by the eyebrows and the mustache. That gotta be me.**
Q. Okay. That was you on March 2nd of 1999 when you got arrested for crack cocaine going into that abandon building, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. I don't remember.**
BY MS. EKL:
Q. Do you remember getting arrested for crack

Page 71

cocaine again on December 3rd of 1999?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I don't. Wow.**
BY MS. EKL:
Q. In October -- on October 2nd of 2000, you were arrested again for unlawful possession of a controlled substance. This time it was PCP, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. I don't remember nothing like that.**
BY MS. EKL:
Q. Okay.
MS. EKL: I'm gonna mark this as Deposition Exhibit No. 12. And we'll mark -- this is City Reed 2873. And I'll represent, for the record, it's Central Booking No. 14598193.
BY MS. EKL:
Q. Do you recognize this photograph?
**A. From the eyebrows, it look like me.**
Q. Okay. This was a photograph of you after you were arrested for possession of PCP, correct?
MS. ALZAMI: Objection; form.
BY THE WITNESS:

Page 72

**A. Don't remember.**
BY MS. EKL:
Q. Before you were arrested for Mr. VanVo's murder, is it fair to say that on April 19th of 2001, you were, again, arrested for unlawful possession of controlled substance being more crack co -- crack cocaine?
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. Don't remember.**
MS. EKL: We'll mark this as Exhibit No. 13.
(Document marked as requested.)
MS. EKL: Which is Bate stamped City Read 2877, and it's Central Booking No. 1463705.
BY MS. EKL:
Q. Mr. Reed, do you recognize the person in that photograph?
**A. Look like me from the eyes.**
Q. Okay. And, again, this was a photograph of you taken by the police after you were arrested in April of 2001, for possessing crack cocaine, correct?
**A. I don't --**
MS. ALZAMI: Objection; form.
BY THE WITNESS:

Page 73

**A. -- remember.**
**THE WITNESS: Oh, excuse me.**
MS. ALZAMI: That's okay.
BY MS. EKL:
Q. And this is what you looked like back in 2001, correct?
**A. All I can see is by the eyebrows it look like me.**
Q. Okay.
MS. EKL: Why don't we take a quick break and I'll reorganize.
MS. ALZAMI: Okay.
THE VIDEOGRAPHER: We are now going off the record at 11:22 a.m.
(Short break taken.)
THE VIDEOGRAPHER: We are now going back on the record at 11:41 a.m.
MS. EKL: You doing okay, Mr. Reed?
**THE WITNESS: Yes.**
MS. EKL: Okay. Great.
BY MS. EKL:
Q. We talked during your last couple of depositions about the different places that you lived before you were arrested. Obviously you were living at

Page 74

the SRO Lake Front -- or -- Lake Front SRO at the time of your arrest, correct?
**A. Uh-huh. Uh-huh. Yes.**
Q. Is that yes? And before that, we talked about -- I think you testified that you were living at 10228 South Union with your family, correct?
**A. Yes.**
Q. You've actually lived other places in your life before being incarcerated other than those two --
**A. Uh-huh.**
Q. -- places, correct?
**A. Uh-huh.**
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. Yes.**
BY MS. EKL:
Q. Okay. Where else have you lived?
**A. I lived at 101 South Benzley [sic] with my girlfriend, which is not -- she's dead now, so she's not here, but I lived there.**
Q. When did you live there?
**A. I lived there, raised my grandkids. They had to be -- they was all little, so that been some years ago. They grown now.**

Page 75

Q. It was before you were arrested, correct?
**A. Yeah.**
Q. And did you say it was 101 South Bentley?
**A. 101 -- 1012, I believe, South Benzley.**
Q. What was your girlfriend's name or what -- at that time?
**A. Her name was Mary Akins.**
Q. Do you remember about what year it was that you lived there?
**A. Mary been gone about 15 years now. Ten, more, something like that. She been dead. It's been a long time ago. When my grandkids was little. They was little crumb snatchers. They was little.**
Q. How long did you live with Mary?
**A. I stayed with Mary for a good little while. Had to be over -- I know it was over seven years.**
Q. Fair to say that before you were arrested for murder, there were times when you were living on the street?
**A. I was living on the streets?**
Q. Right.
MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No.**

Page 76

BY MS. EKL:
Q. Were there times when you were living in shelters?
**A. No.**
Q. Do you remember spending time in a drug rehabilitation facility?
**A. No.**
Q. Did you ever live in Virginia?
**A. No.**
Q. I am going to show you what we'll mark as Deposition Exhibit No. 14.
(Document marked as requested.)
MS. EKL: This is EP Response 22376 and 22377.
BY THE WITNESS:
**A. Excuse me.**
BY MS EKL:
Q. And I'm gonna show you the second page of this document, Mr. Reed.
**A. Uh-huh.**
Q. Do you recognize the signature next to the -- the signature on that page?
**A. No, I don't remember this one. That's too -- that's too fine for me. I'm way sloppier than that.**

Page 77

Q. So you don't think this is your signature?
**A. No.**
Q. Okay. So this is back in August 7th of 1996. Was your handwriting better back then than it is now?
**A. No, my handwriting ain't never been that good.**
Q. Oh, okay. Did you ever have Crossroads as your payee for your -- for your Social Security benefits? Or, I mean -- sorry. For your disability benefits?
**A. I don't remember. I don't remember.**
Q. This document says that you were living at 3918 Chamberlain Avenue, Apartment 49 in Richmond, Virginia. Do you remember that?
**A. Yeah, I remember that.**
Q. Okay. When did you live at that address?
**A. I remember my oldest brother came and got me and brought me down there. I -- I don't remember the address, but I know I used to stay next door to him.**
Q. In Virginia?
**A. Yeah.**
Q. Okay. What year was that?
**A. Been so long ago I can't remember.**
Q. Is that 1996, about?
**A. Probably so. Been a long time ago.**
Q. All right. So when you said you hadn't lived

Page 78

in Virginia, did you just forget that you had lived there?
**A. I forget, yeah.**
Q. Okay. Okay. Do you remember how long you lived there?
**A. I don't -- I don't remember that, how long I was down there.**
Q. I'm going to show you a couple other documents and see if you recognize your signature.
MS. EKL: So we'll mark this one as Exhibit No. 15.
(Document marked as requested.)
MS. EKL: For the record, it's B.S. Reed 7098.
BY MS. EKL:
Q. Do you recognize the signature on that page?
**A. It look like my sloppy writing.**
Q. Okay. And I'll represent to you that this is dated April 10th, 2020. And it was a letter that was telling you that as of -- as a parolee you can't possess a gun. Do you remember signing this document in 2020?
**A. I may have. They told me I couldn't have it. I may have. Yeah.**
Q. Even though you couldn't read it, you --
**A. Right.**
Q. -- still signed it?

Page 79

**A. Yeah.**
Q. Okay. And let me show you what's been marked -- after I show your counsel -- as Deposition Exhibit No. 16, which is B.S. Reed 7093.
(Document marked as requested.)
BY MS. EKL:
Q. Do you recognize the signature on the bottom of that document?
**A. A little bit. It ain't sloppy enough.**
Q. You don't think it's yours?
**A. No, I don't think so.**
Q. Okay. Well, I'll represent this is another document from the same date, on April 10th of 2020, and it's related to instructions to -- purportedly to you, about how you're supposed to report to your parole agent when you were released from prison. Do you remember having to sign a document related to that?
**A. I may so. I don't remember, though.**
Q. Is it fair to say that you've signed a number of documents --
**A. Yeah, but I -- yeah. Yes.**
Q. Do you tell everyone when you -- before you sign documents that you're not able to read?
**A. Yes, I tell them. They have me sign it**

Page 80

**anyways.**
Q. Every time?
**A. Every time. Every one I sign, they made me sign -- told me to sign. You gonna be all right. It's nothing. Sign. You know, let's get you out of here. You know, just stuff like that, you know.**
Q. The police didn't -- the Chicago police officers that you're suing in this case, they weren't the ones that told you to just go ahead and sign this and it will be all right, correct?
MS. EKL: And I'm referring to Exhibit No. 16.
BY THE WITNESS:
**A. Right. But some more officers told me that, too, before. Not just them.**
BY MS. EKL:
Q. So is that every time your -- we see your signature, people -- someone told you it'll be okay to --
**A. Not every time. Not every time, because I tell them that I can't read and they still make me sign it. Regardless of what, they don't want to hear nothing. Just sign here.**
Q. Okay.
**A. No, not every time. Not one every time, but mostly every -- you know, they make me sign it.**

Page 81

MS. EKL: I'm gonna mark this as Group Exhibit No. 17.
BY THE WITNESS:
**A. What?**
MS. EKL: And it's Bates stamped B.S. Reed 7269. You know what, I'll just -- we'll just mark this first page here, 7269.
(Document marked as requested.)
BY MS. EKL:
Q. Mr. Reed, could you take a look at this document and tell me whether there is any handwriting on that document that is yours?
**A. Doesn't look neat to me.**
THE COURT REPORTER: I'm sorry?
**THE WITNESS: Looks neat. Neat.**
BY THE WITNESS:
**A. Doesn't look like my handwriting.**
BY MS. EKL:
Q. Is that your signature on the bottom?
**A. It don't look -- let me see. It look like it a little bit on here.**
Q. Okay.
**A. Yeah.**
Q. Can you tell --

Page 82

**A. Kind of sloppy.**
Q. Can you tell if any other handwriting on there is yours?
**A. Let me see. Thank you. No.**
Q. Would you sometimes print your name?
**A. No, I would never print it. I always sign it. Excuse me.**
MS. ALZAMI: Are you okay?
**THE WITNESS: I'm all right. Yeah.**
BY MS. EKL:
Q. I want to talk a little bit about your mental health before you were -- before you were arrested -- in the years before you were arrested. And I'm only asking you these questions -- I'm not trying to make you feel uncomfortable, but I'm --
**A. I understand.**
Q. -- asking these questions based on what you're alleging in this case.
**A. Yeah.**
Q. Is it fair to say that before your arrest, in the years before your arrest, you had multiple occasions -- so more than one occasion -- where you tried to kill yourself?
**A. Never.**

Page 83

Q. You never did?
**A. Never.**
Q. Did you ever tell anyone in a hospital that you went to that you had tried to kill yourself?
**A. Never.**
Q. So if doctors or nurses documented in medical records that you had said that you had tried to commit suicide, you're saying that would be a lie?
**A. Yes, it would.**
Q. Okay. In March -- on March 5th of 2000, do you remember going to the emergency room at Mount -- Mount Sinai Hospital?
**A. No, I don't.**
Q. Do you remember at that time that you were having problems because you were hearing voices in your head?
**A. No, I don't remember. Hearing voices? I don't remember. I don't remember that.**
Q. Do you remember ever hearing voices before you were in jail? So some time in --
**A. I heard them when I was a little boy.**
Q. Okay.
**A. Little boy, something like that. Other than that, as I got older, no. No.**

Page 84

Q. How old were you when you would hear voices?
**A. Maybe about ten, eight, something like that.**
Q. Did you receive treatment for that?
**A. I think I did.**
Q. Where did you receive treatment?
**A. It was a hospital -- I forgot the name of the hospital where I was born at. But the doctor died. His name was -- dang. I can't even remember his name. Dr. Parson, I think. I can't remember. It been so long.**
Q. Do you remember any doctors ever telling you that they were diagnosing you with schizophrenia?
**A. May have. I'm not sure. May have. May have when I was a little boy. They may have. I don't remember.**
Q. Do you remember that in 2000, a doctor at Bethany Hospital diagnosed you with schizophrenia?
**A. He did? I forgot. I don't know. I didn't know he did that.**
Q. What -- what is your understanding of what it means to be schizophrenic?
**A. Schizophrenic, when you always moving. I don't -- I don't move. You always jumping around. No, I don't do that, so I don't know what he talking about.**
Q. Did you ever hear voices telling you to hurt

Page 85

yourself?
**A. No, ma'am.**
Q. Did you tell doctors or nurses in April of 2000 that you heard voices telling you to hurt yourself?
**A. No, ma'am.**
Q. Do you remember telling doctors or nurses at Bethany Hospital in April of 2000 that you heard voices telling you -- telling you to hurt others?
**A. No, ma'am.**
Q. Do you remember telling the doctors and nurses at Bethany Hospital during an April 2000 visit that you had taken heroin the night before?
**A. No, ma'am. Don't remember.**
Q. Do you remember ever taking heroin in your whole life?
**A. No, ma'am.**
Q. You don't remember ever doing that?
**A. No.**
Q. Did you ever take cocaine in your entire life?
**A. No. No cocaine. I mean, if it was a record of something like that saying it was in me, but I ain't never been -- I ain't never messed with it.**
Q. So you're aware that when you went -- you went to Saint Bernard Hospital in December of 2000, right?

Page 86

**A. I -- I -- I don't remember.**
Q. The record that you're talking about, it's where they put in the record in that -- from that visit in December of 2000 that you had a positive drug screen for cocaine, correct?
**A. I don't remember.**
MS. ALZAMI: Object.
BY MS. EKL:
Q. Where did you see the record that you were positive for cocaine?
MS. ALZAMI: Objection; form. Misstates the record.
BY THE WITNESS:
**A. I never seen a record of that. I never -- I never see a record say I had no cocaine in me. I don't remember that. No.**
BY MS. EKL:
Q. Do you remember in December of 2000, a doctor telling you that you had to take Haldol?
**A. No, I don't remember.**
Q. Do you know what Haldol is?
**A. No, I don't.**
Q. Have you -- back in December of 2000, is it fair to say that the doctor said you also suffered from depression?

Page 87

**A. I don't remember, ma'am.**
Q. Were you depressed back in December of 2000?
**A. I can't remember. It was too far back. I can't remember, ma'am.**
Q. So you might have been but you just don't remember?
**A. I can't remember.**
Q. Who was it that first diagnosed you with diabetes? Do you remember who that was?
**A. I can't remember that neither.**
Q. Do you remember how old you were?
**A. Young. Young. Young man. Wasn't 21. I was younger than that. Had to be about 14, 15, something like that.**
Q. When you were first diagnosed with diabetes, did they immediately put you on medication?
**A. Yeah.**
Q. Was that insulin?
**A. That was insulin and pills.**
Q. Okay. And did -- how is it that you took your insulin when you first were diagnosed when you were 14 or 15 years old?
**A. I took it by mouth, and I got the shot, too.**
Q. And did you continue to have medication both by

Page 88

pill and by shot for your diabetes up until your --
**A. Yeah.**
Q. -- arrest?
**A. Yeah.**
Q. Okay. In 2001, so I'm talking about the -- the year that you were arrested.
**A. Uh-huh.**
Q. Who was your doctor at that time?
**A. I don't remember.**
Q. Do you remember where it was that you would pick up your diabetes medicine?
**A. I don't remember. I'm taking it now. I'm taking the shot now and the pills, sometime when my stuff is high. I take it now at this place.**
Q. Were you taking pills and the shots just before your arrest for your diabetes?
**A. Yes.**
Q. Okay. And how often would you take them?
**A. Every day.**
Q. You were supposed to take them every day, right?
**A. I took them every day.**
Q. Did you always take them when you were supposed to?

Page 89

**A. I take my pills because they -- they help me. I take my pills and my shot. You know, if I -- if I don't, my -- my whole -- when I have my feet, they start getting like they was frozen, and I took my shot. I wouldn't -- I wouldn't play with that.**
Q. Do you know why in December of 2000, when you were at Saint Bernard Hospital, they would put in your medical records that you were noncompliant or that you weren't taking your medication?
**A. I don't remember that. I remember taking my medicine all the time, because I get sick if I don't take it. Yeah, I don't remember -- I don't know what they talking about.**
Q. Are you okay?
**A. Yeah, I'm okay.**
Q. Okay.
**A. Just these chairs are uncomfortable.**
Q. Okay.
**A. I'm all right.**
Q. You'll let me know, right?
**A. Yeah.**
Q. Okay. You've never been a smoker, right?
**A. No, ma'am.**
Q. But you -- you have -- you did drink alcohol

Page 90

before you got arrested, correct?
**A. No drink. No drink. My father was an alcoholic. Scared me to death. No, no drinking. No drinking, no smoking, no nothing.**
Q. Do you remember being hospitalized another time at Saint Bernard Hospital -- this is now when you're 40 years old -- on March 10th, 2001?
**A. With what?**
Q. On March 10th of 2001 --
**A. I went to a hospital?**
Q. Right. Do you remember that?
**A. No, ma'am.**
Q. Do you remember going to the Saint Bernard Hospital in March of 2001 because you were both hearing hallucinations or things that weren't there and you were seeing things that weren't there?
**A. I can't remember now.**
Q. Is it possible that was happening?
**A. No, I don't think so. I would have remembered.**
Q. So if that's in a medical record that you said that you were hearing and seeing things that weren't there, are you saying that that would be a lie?
**A. I don't remember.**
Q. Do you remember having anxiety before you were

Page 91

arrested in March of 2001?
**A. I don't remember.**
Q. So is it possible that you told hospital staff that you were feeling anxious or that you had anxiety?
**A. I don't remember, ma'am.**
Q. During your criminal proceedings, so when you were represented by your two public defenders, do you remember signing papers that would allow them to get your medical records?
**A. I mean, I did sign a lot of stuff I didn't mean to because I told them I couldn't -- would you please read it to me before I sign it? And they -- they wouldn't do it. I told you -- I say they told me just to sign. It's okay, so...**
Q. So you're saying your public defenders also had you just sign things without telling you what was in it?
**A. Yeah. They didn't tell me the truth.**
Q. What do you think they lied to you about?
**A. About the -- the paperwork. And them letting me go all kind of stuff. You know, they used to tell me and I used to go for it. Like a fool, I went for it. That's all.**
Q. So you think that they weren't representing your interests?

Page 92

**A. No, they wasn't. No, they had -- they had to send me away for something that I -- you know, they didn't have -- no. They didn't have my interest. No. Uh-uh.**
Q. They hired a doctor to look at your medical records and to talk to you, correct?
**A. I don't remember.**
Q. You don't remember talking to a doctor who was gonna help you in court?
**A. No, I don't remember that. Excuse me. Help me to do what? Are you gonna explain it to me? I'm sorry.**
Q. Let me -- I'll ask you a different question.
**A. Uh-huh.**
Q. Do you remember your public defenders telling you that they were gonna hire a doctor to try to help you get a -- like a lighter sentence?
**A. Uh-uh. No. Nah. No.**
Q. You testified in one of your earlier days of your deposition that you applied for disability a couple of times, correct?
**A. Yes.**
Q. And was one of those times in 1993?
**A. I can't remember.**
Q. When you applied for disability --

Page 93

**A. Uh-huh.**
Q. -- were you always truthful in -- in what you were telling --
**A. I can't remember.**
Q. So is it possible you lied to try to get disability?
**A. I can't remember that. What I -- what I don't know about disability is some of the -- most of the things was true in -- back then I was going through. So I don't know what it was, but I was going through a little something, and I was telling the truth about that.**
Q. So did you -- do you remember telling -- saying in your application in 1993 that you were staying in a shelter?
**A. No. I used to work in a shelter.**
Q. Do you remember saying in an application for disability in 1993 that you had received treatment in 1990 at Haymarket for drug -- a drug treatment program?
**A. I can't remember.**
Q. If you put that in your application, then, would it be truthful?
**A. It had to be.**
Q. Right. If you said in your application in 1993 that there were times when you heard voices, would that

Page 94

have been truthful?
**A. I can't remember that, ma'am.**
Q. You had to be truthful in your application, right?
**A. Sure. But I can't remember that, though.**
Q. If you said in your application that you were using cocaine, heroin and marijuana, was that a truthful statement?
**A. No, because a lot of guys said that to get in the program.**
Q. So did you lie on your application to get in the program?
**A. No, but I never used no cocaine.**
Q. Did you say in your application that you used cocaine and heroin and marijuana?
**A. I can't remember.**
Q. Did you say in your application that you were fired from drug -- sorry. Fired from jobs because of your drug use?
**A. No, ma'am.**
Q. Have you ever been fired from a job based on your drug use?
**A. No, ma'am.**
Q. Have you ever lost any girlfriends because of

Page 95

your drug use?
**A. No, ma'am.**
Q. If you said in your application that you were fired from jobs and lost girlfriends because of your drug problem, that had to be truthful, correct?
**A. I don't remember. I don't remember saying nothing like that. So long -- this stuff was a long time ago. I can't remember all that.**
MS. EKL: I'm gonna go ahead and mark this as Exhibit No. 18. And it is Bate stamped EP 22390 through 22393.
(Document marked as requested.)
BY MS. EKL:
Q. And I'm going to show you the second page of this document, which is EP Response 22391, and have you take a look at the bottom of this page and tell me if you see your signature anywhere on there?
**A. That ain't none of my handwriting. Can't remember that. I never write that good.**
Q. So you're saying you don't think that's your signature?
**A. No, I don't think that is.**
Q. Okay. You were living at 10228 South Union back in June of 1993, correct?

Page 96

**A. Sure was.**
Q. Back when you were living at the SRO -- and I'm just kind of jumping around.
But back when you were living at the SRO, when you wanted someone to come and visit you, what was the process for them to come into the building and get up to your apartment? What did they have to do?
**A. They had to buzz. They just couldn't walk in. There was a lady at the front desk. They had to buzz to get in, but I wouldn't never have to guests come up to my place no way, because I didn't associate like that. This up on the north side? Excuse me.**
Q. I'm sorry. What -- I didn't hear --
**A. Are you talking about on the north side?**
Q. On the north side.
**A. Yeah, I didn't -- I didn't -- I didn't mess with nobody.**
Q. Okay.
**A. I just came in and I went up to my room.**
Q. Okay. So let's slow it down a little bit. I'm -- I'm just asking you generally.
**A. Right.**
Q. If someone wanted to come visit you --
**A. Right.**

Page 97

Q. -- so they would have to get buzzed into the building, correct?
**A. That's right.**
Q. And there was a woman that always sat at the -- at the front desk down there?
**A. Uh-huh, or another lady sat at that desk.**
Q. I'm sorry. Could you say that again?
**A. Her or another lady sat at that front desk.**
Q. Okay. So there were two women --
**A. Yeah.**
Q. -- that would take turns sitting at that front desk?
**A. Right.**
Q. And they would have to buzz the person in, correct?
**A. Sure.**
Q. And then when the person entered, would they have to sign into a book?
**A. Not all the time I don't think.**
Q. Okay. So sometimes they could just come upstairs?
**A. Yeah.**
Q. Would you ever -- was the process that you would get a phone call if you had a visitor and they

Page 98

would tell you?
**A. Sometime.**
Q. So they would say, hey, Carl, you have a visitor, and then that -- and then you'd have to get permission to have that person come in?
**A. Sometime, yeah.**
Q. Okay. I'm going to show you what we'll mark as Exhibit No. 19.
(Document marked as requested.)
BY MS. EKL:
Q. Well, first, let me ask you, have you ever seen that -- that guest register at the front desk?
**A. That who?**
Q. The -- the sign-in form at the front desk, did you ever see that?
**A. No.**
Q. Okay. I'm just gonna have you take a look at this and see if it looks familiar at all.
MS. EKL: For the record, it's Bate stamped Plaintiff 2124.
BY MS. EKL:
Q. Have you ever seen this document or anything that looks like this, the one I put in front of you?
**A. Oh. No, never seen nothing like that.**

Page 99

Q. Okay. Can you think of any occasion where -- well, did -- strike that.
Did any of your family ever come visit you at the SRO?
**A. No.**
Q. Mr. Reed, do you have any tattoos?
**A. Yeah, on this arm.**
Q. On your right arm?
**A. Uh-huh, and this arm.**
Q. So you have tattoos on both shoulders, correct?
**A. Yes.**
Q. What's the tattoo on your right shoulder?
**A. Just a heart, heart and my initials in the middle, CR.**
Q. Do you want to maybe show it to the camera?
(Brief pause.)
Q. Okay. And then what's --
THE VIDEOGRAPHER: Hold on.
(Videographer is refocusing his camera towards the witness's arm.)
BY MS. EKL:
Q. Okay. And then what is the tattoo on your other arm?

Page 100

**A. Motorcycle club I was in when I was young.**
Q. Can -- are you able to show us that one, too?
**A. Sure. (Indicating.)**
Q. And that is a -- is it fair to say there's a pitchfork?
**A. Yeah, a motorcycle club. Yeah.**
Q. Okay. And it says Outlaw?
**A. Yeah.**
Q. When did you get that tattoo?
**A. When I was a little boy -- young boy, young man when I got that. Yeah.**
Q. When were you in a motorcycle club?
**A. When I was a young man I had motorcycle. A young man.**
Q. When did you have that? How old were you?
**A. I was 16.**
Q. And how -- how long did you have it?
**A. The tattoo?**
Q. No, the -- I'm sorry. You can -- you can put your sleeve down. Thank you for showing us.
**A. Uh-huh.**
Q. How long did you have the motorcycle?
**A. I got my brother to mess around with it. For about five years because he tore it up. And by the time**

Page 101

**I -- around that time, I was a -- didn't mess of them bikes no more. I was just racing in race cars. I changed up.**
Q. Okay.
**A. Yeah.**
Q. Did you ever race cars yourself?
**A. Yeah, but my oldest brother, he did. So that's why I turned away from bikes and went to race cars. Yeah.**
MS. EKL: I think I'm about done. I have a couple more questions, but -- well, let me go ahead and cover this topic. Then we'll take a quick break and --
MS. ALZAMI: His lunch break is in 15.
MS. EKL: Okay.
MS. ALZAMI: So I do -- yeah. I don't know. Do you think that you're gonna go to the lunch break and then after the lunch break?
MS. EKL: I'm done, but Terrie may have some questions. I don't know if Misha has follow-up, and I'm assuming you have some questions, too.
MS. ALZAMI: I'm gonna have probably like close to an hour or more of direct, so we'll have to see how he's feeling. But there might be a possibility that we don't finish today.

Page 102

BY MS. EKL:
Q. Mr. Reed, when you were in court -- I want to ask you some questions about that, okay?
So you came into court after you were charged with murder. Do you remember them telling you at some point that you were facing murder charges in court?
**A. Yeah.**
Q. Okay. And did they tell you when you came into court what kind of penalty you'd be looking at? And what I mean is how much time in jail you -- or --
**A. No.**
Q. -- any other penalty you would be facing?
**A. No.**
Q. Do you remember being told at any point whether or not you were facing the death penalty?
**A. No.**
Q. Okay.
**A. They didn't tell me that.**
Q. They didn't tell you that?
**A. No, ma'am.**
Q. Okay. Did they ever tell you that you might be locked up for your whole life?
**A. No.**
Q. Okay. You do -- before you pled guilty, the

Page 103

judge told you that you were facing a term of years in jail, correct?
**A. Yes.**
Q. Okay. They didn't tell you at that time that you were looking at the death penalty?
**A. No.**
Q. Okay. When you were in court, even if you didn't get along with your public defenders, you realized they were there to -- they were supposed to be there to help you, correct?
**A. Right.**
Q. And that they were there to help put on a defense for you, correct?
**A. Right.**
Q. And you understood at the time that you pled guilty that you could have had a trial, correct?
**A. Right.**
Q. And did you understand that that meant that if you had a trial there'd be 12 people in a jury box who would make the decision of whether you were guilty or innocent?
**A. No, I didn't know nothing about that back then.**
Q. Okay. But you knew that you had a chance to present some evidence to show that you weren't guilty,

Page 104

correct?
**A. Right.**
Q. And that your public defenders were there to help you put -- present that evidence --
**A. Yes.**
Q. -- correct? And I don't want to get into any -- I'm not asking for conversations --
**A. Okay.**
Q. -- with your -- with your counsel, but you knew that you could tell them about things to help show that you were innocent, correct?
**A. Yes.**
Q. You did understand all that before you pled guilty?
**A. Yes.**
Q. Okay. When you pled guilty, the police officers weren't in the room telling you that you had to plead guilty, right?
**A. In the courtroom?**
Q. In the courtroom.
**A. I think they was in the -- in the -- in the front -- no, in the back somewhere. No, I don't think they was there.**
Q. Okay. Yeah, they didn't -- they didn't talk to

Page 105

you in the courtroom, correct?
**A. No.**
MS. ALZAMI: Objection; form.
BY MS. EKL:
Q. And the judge told you that it was your choice to plead guilty, correct?
**A. I don't remember.**
Q. Did anyone tell that you that if you didn't -- if you did not plead guilty that you would be looking at even more time than what the judge sentenced you to?
**A. No.**
MS. EKL: All right. If I could just have like two quick minutes? I'm gonna just step out and confer with Misha and with Terrie, and then I -- I'm probably done.
MS. ALZAMI: Okay.
THE VIDEOGRAPHER: We are now going off the record at 12:18 p.m.
(Short break taken.)
THE VIDEOGRAPHER: We are now going on the record at 12:27 p.m.
MS. EKL: All right. Just a couple more things and then I'll pass you off to the last attorney from the defense side.
BY MS. EKL:

Page 106

Q. Your cellmate at the Department of Corrections that you said -- well, let me strike that.
The cellmate that you said you got along with really well, was that Darnel Robinson?
**A. What you say his name was?**
Q. Darnel.
**A. At house of correction?**
Q. Right.
**A. County?**
Q. No, no. At -- at the Department of Corrections.
**A. Oh, penitentiary?**
Q. Yes.
**A. What did you say his name was one more time?**
Q. Was it Darnel Robinson?
**A. I can't remember. I don't think it was Darnel. Sound something like his name, I think.**
Q. Was the person that was your cellmate, was he the one that was helping you with your petition to --
**A. Yeah, he wore glasses. He wore glasses. I remember. Kind of short. Had sisters and brothers, and -- yeah. I don't think his name was Darnel, though. It was something else.**
Q. Who was it -- well, let me ask you this.

Page 107

Did -- did one of the other inmates help you with your application to the Illinois Innocence Project?
**A. It may have been him. It may have been him, because I knew -- I don't mess with too many people, so it had to be somebody in the room with me.**
Q. Okay. And your -- your roommate? You think it was your roommate that helped you with your application to the Illinois Innocence Project?
**A. Yeah, he probably did. Yeah.**
Q. Okay. And my other question is just when you first went -- and I know I'm jumping around -- but when you first went to the Cook County jail after your arrest for murder --
**A. Uh-huh.**
Q. -- and we talked a little bit about you being processed, right?
**A. Uh-huh.**
Q. I'm sorry. Is that yes?
**A. Yes. I'm sorry.**
Q. Okay. That's okay. Did you tell them that you were diabetic?
**A. Yes.**
Q. And did you tell them that you regularly took medi -- medication?

Page 108

**A. Yes. They moved me straight to the -- where the diabetics' at. Straight to where the diabetics' at. They had a separate place. They wouldn't lock them up in the cells. They had a plantation on a County residence straight for diabetics and ill people. Ill people was first when you walked in, diabetics was down on the -- on the corner.**
Q. Did they take you to a place call Cermak to get you tested to see, you know, how much medication you needed?
**A. No, I don't remember going there.**
Q. Do you know what I'm taking about when I say Cermak?
**A. That's a hospital, right?**
Q. Was it a medical facility within the jail?
**A. Yeah, there's a medical center in there.**
Q. Okay.
**A. Yeah.**
Q. Okay. And so you went there so that they could give you your medication, correct?
**A. Yes, ma'am.**
Q. Okay. When you first went into the Cook County jail, you weren't having a medical emergency that caused you to go there, you went there for medication, correct?

Page 109

MS. ALZAMI: Objection; form.
BY THE WITNESS:
**A. No, I went there because they said I had did something that I didn't do. I didn't go there to see about no medical conditions. They took us straight downstairs and made us get strip searched.**
BY MS. EKL:
Q. I asked a confusing question. Let me --
**A. All right.**
Q. Let me ask it a different way.
**A. Okay.**
Q. I'm not -- I'm not talking about you coming into the jail. So my question is, after you got in the jail --
**A. Okay.**
Q. -- you were taken to Cermak, at some point in time, so that they could figure out about your medication, correct?
**A. Yes.**
Q. Okay. But they didn't take you there because you were having a medical emergency?
**A. No.**
Q. Okay. They just wanted to find out --
**A. Yeah.**

Page 110

Q. -- about your medication --
**A. Yes.**
Q. -- correct? All right.
MS. EKL: I don't think I have any further questions. Thank you very much for your time.
**THE WITNESS: Thank you.**
MS. ALZAMI: All right. We've gotta take him to lunch and medicine. And then -- oh.
THE VIDEOGRAPHER: We are now going off the record at 12:31 p.m.
(Lunch break taken.)
THE VIDEOGRAPHER: We are now going back on the record at 1:16 p.m.
EXAMINATION
BY MS. SULLIVAN:
Q. Mr. Reed, my name is Terrie Sullivan. I'm just gonna ask you a few questions. I represent the -- Nancy Aducci who was the Assistant State's Attorney that took your written statement in this -- in the underlying criminal case, okay?
**A. Okay.**
Q. I want to ask you a little bit about your driver's license. How did you obtain your driver's license?

Page 111

**A. Well, I went to the place back then, and I got halfway through the written test and they just passed me.**
Q. So you took a written -- you -- you did the written exam, correct?
**A. Yes, I did.**
Q. Okay. And you passed the written exam?
**A. Yep.**
Q. And then you also took the actual, physical driving test as well?
**A. Yes.**
Q. Whose car did you use, you -- if you recall?
**A. I think I used my daddy's station wagon a long time ago.**
Q. Okay. How were you able to get through the written test being unable to read?
**A. Well, I think they let me slide, because I told them I couldn't read. I think that was -- them -- them people probably gone by now, so long ago. I guess they let me slide because I told them I couldn't read at all. But they said don't worry about nothing. Gonna -- we gonna -- we gonna -- we gonna pull you through, and they did.**
Q. Okay. Did they offer you the option to take the test orally?

Page 112

**A. Like what you mean?**
Q. Like instead of doing a written exam, they would ask you -- they would ask you --
**A. Just -- just -- just don't do the test and they just do it for me you mean?**
Q. No. It's still taking the test.
**A. But --**
Q. But you don't have to do it in writing. They ask -- you know, it's the same -- same questions that are on the exam essentially --
**A. Uh-huh.**
Q. -- but they're asked verbally instead of in writing.
**A. Yeah.**
Q. Did they offer you that option?
**A. Yeah, they did. Yeah.**
Q. And did you opt to just do the written and forego the --
**A. I just went -- went with the -- the old stuff they was talking about, and it came out, it came out good to me. They passed me.**
Q. Okay. And then you mentioned earlier that you were into motorcycles -- right -- at some -- at some point when you were --

Page 113

**A. Yes.**
Q. -- much younger?
**A. Yes.**
Q. Did you also have a motorcycle license?
**A. Well, I -- I -- I retract that we had was around the house we had. I didn't have my license for like that. The big motorcycles like that. It wasn't them big motorcycle class. It was the little one like. When I was younger, you know, like 15, 14 years old.**
Q. Uh-huh.
**A. You know. It wasn't a big -- the big boys chopper club. No.**
Q. Okay.
**A. I wanted that, but by the time I get into that, you know, I had grew out of that. I had grew out of -- didn't have no patience for it no more.**
Q. Okay.
**A. And didn't want that.**
Q. How did you -- how did you get that tattoo for the motorcycle club if you were under -- under 18 it sounds like at the time?
**A. No. They -- a young boy put this on my arm. We used to watch him all the time before we started a thing in our yard. And signs like this on they arm. So**

Page 114

**I told him to put that on my arm right there and right there.**
Q. Okay. Got those tattoos at the same time?
**A. Yeah, at the same time.**
Q. Okay. And you had mentioned earlier that there was a -- an incident where you were arrested for having a stolen vehicle, right?
**A. Uh-huh. Yes.**
Q. And your license was suspended as a result -- your driver's license was suspended as a result of -- of that, right?
**A. Yes.**
Q. And did you ever -- after your license was suspended, did you ever attempt to get your license back?
**A. No, I never did. I just left it alone. I never did go back and get it renewed.**
Q. Okay.
**A. I left it alone.**
Q. And did you continue to drive --
**A. No, I didn't.**
Q. -- even after your license was suspended?
**A. No.**
Q. You had also mentioned earlier you did recall, at least a little bit, some prior arrests, and I think it

Page 115

was in the '80s and '90s as well. At any point of any of those arrests, did you ever disclose your medical condition to police officers?
**A. No, I didn't.**
Q. Why not?
**A. I don't know. Just went -- I -- I didn't think it mattered to them. That's why I really didn't bring it to them. I thought it only matter to them that they arrest me. They don't want to know about no kind of history or nothing. I mean, because they didn't ask me. That's reason why I didn't tell them. They didn't ask me.**
Q. And even for, I guess, your own just personal safety --
**A. Uh-huh.**
Q. -- you didn't feel like it was necessary to disclose something like -- serious like diabetes?
**A. No, they didn't ask so I wouldn't -- I -- I -- back then I didn't think it was they purpose to know about no diabetic. I think they didn't want to know about that. I didn't know -- I just think that they didn't want to know about how I was a diabetic, based on they wanted one thing just to arrest me. That was it.**
Q. So you didn't voluntarily offer that

Page 116

information either?
**A. No.**
Q. Okay. While you were in prison for the murder of Mr. VanVo, during your incarceration, did you ever seek medical assistance for any other mental health conditions such as depression?
**A. No.**
Q. How about anxiety?
**A. No.**
Q. How did you manage to, I guess, keep your -- keep your spirits up during all those years you were incarcerated?
**A. Just stayed to myself and -- mostly stayed to myself and just looked at TV and stuff, and just maintained myself to be like that. I was already like that so it didn't take much. I was like that in the world, so it didn't take much.**
Q. So you didn't ever feel like you needed medication to help you with symptoms of depression or anxiety?
**A. No.**
Q. No. And you never --
**A. I never --**
Q. It was never recommended to you by a physician

Page 117

that you be on medication for depression/anxiety?
**A. No.**
Q. You also had mentioned earlier that at a pretty young age -- I think you said you were 10 -- about the hallucinations, the -- the hearing voices I think is how you -- how you described it.
Did you ever disclose a diagnosis such as schizophrenia to any police officer during any time, any point you were arrested?
**A. No. I told them -- well, I didn't tell them nothing. I -- I experienced that. I just tell them I experienced that in the house I used to live at on 63rd and Champaign. Strange. A lot of people had died in that house, and I didn't know it. And my parents end up didn't know it. But I told them about that.**
Q. Who do you recall telling --
**A. My mother and my dad and my brother, which is dead. He passed away, too. All three of them passed away.**
Q. And were you ever on any medication to assist you with -- when -- when --
**A. No, ma'am.**
Q. -- when those instances would happen with hearing -- hearing voices?

Page 118

**A. No. I wasn't on no medication for that. Uh-uh.**

Q. How often did you experience those episodes?

**A. I experience it for a good little while until we moved out of the house, you know. And I found out that a lot of old people had died in that house, so I didn't know -- I know what I seent. And my brother didn't believe me, and he seen the same thing. Then he believed me.**

Q. Does -- do you have a family history of schizophrenia? Does any -- like anyone else, besides you, that you know of in your family suffer from that?

**A. No. Just me.**

Q. Just you? And you mentioned earlier, also, that your father suff -- suffered with alcoholism; that's correct?

**A. Yes, he did.**

Q. Anyone else in the family also suffer from alcoholism?

**A. No, he was the only one.**

Q. Same questions -- same question but for diabetes. Anyone else your family, besides you, suffer from diabetes?

**A. Yeah, it run on my father's side. He had it.**

Page 119

**Everyone got a touch of it. My sisters, all my sisters, and my -- my brother Rico, he didn't have. He had sickle cell anemic, and my sister Lisa had sickle cell anemic. They the only ones that didn't had that. Only four of us took that. My older sister, my other sister, and me and my baby sister. She got a touch of it.**

Q. And back in, I guess, the early 2000s, how would you -- how would you describe your health as it relates to diabetes? Were you generally managing your diabetes?

**A. I was. You know what I'm saying? I played sports and stuff like that until I couldn't do it no more, you know. Shot basketball, ran full court, everything, you know, just -- played football until I couldn't take it no more.**

Q. When did you start to notice, I guess, changes in your symptoms with diabetes where --

**A. I start -- excuse me.**

Q. Yeah, go on.

**A. I started drinking a lot of water. I was getting thirsty a lot.**

Q. Uh-huh.

**A. And they say you gotta drink a lot of water. I started drinking a lot of water. Yeah.**

Page 120

Q. Any other symptoms?

**A. Yeah. My feet got numb. My hands, you know. I noticed that, you know. Yeah.**

Q. And so you were experiencing those symptoms in the early 2000s?

**A. Yeah, it to be. Yeah.**

Q. And at the time that you were charged with the murder of Mr. VanVo, how would you describe your physical condition at that time?

**A. I was all right until they brought me downstairs, start asking me all them questions. Told me -- took me out of my apartment. Told me to turn around when I came out the door, and they handcuffed me. Then they took me downstairs. Then they took me to the station. Yeah.**

Q. And at -- at no point during that time did you tell any police officer that you had diabetes and that you were not feeling well?

**A. Yeah, I told them. They started laughing at me.**

Q. Who laughed at you?

**A. I don't know the officers. I don't even know if they alive or what. I don't know. I can't remember how they look, but they started laughing. Told me I was bull jiving.**

Page 121

Q. That you were -- I'm sorry. Could you repeat that?

**A. They told me I was bull -- you know.**

Q. Uh-huh.

**A. They was cursing. Told me I was bull jiving. You know what I saying? Ain't nothing wrong with him. Come on here. You know.**

Q. Do you recall if you -- I guess was it -- was it apparent that you were not feeling well?

**A. No, I just -- because I came in the house. I was in the house cooking and everything. I felt good. But then when they came to the door, I know I hadn't did nothing, so I didn't try to hide from them. I open my door and asked them, may I help you, please? And they says is your name Mr. Reed? I say, sure it is. They say step out the house for me. And I say for what? And they say, you'll see when you get out. And I stepped out. They say turn around, and they handcuffed me. Yep. They handcuffed me.**

Q. When you -- I guess -- this is just a general question. If you had like plans to -- to be out of your house all day, would you take your medications with you just in case you started to feel sick?

Page 122

**A. No, I leave them there because I -- I make it back in time to take them. Yeah.**
Q. So what if -- in the event that you were not gonna be home right at that time --
**A. Uh-huh.**
Q. -- your regular time, would you carry medicine with you?
**A. Yeah, I have to. Yeah. Yep.**
Q. And when you were arrested, you did not tell the police officers I need to get my medicine?
**A. Yes, I told him get -- it was right there on the dresser. You look and see for yourself. It's right there. They didn't do it.**
**All I did was, you know -- everything was knocked down when I came back up for the last time. Everything was on the floor. I couldn't find nothing. Papers, everything, everything is on the middle of the floor, and I walked past a guy -- forget his name. I don't remember. He say, man, they tore up your house, man. I say, oh, really? He say, yeah, go see. You going that way. I went that way. I seen what they did. Just shook my head. And then I told the janitor lady or whoever it was, the police, somebody, told them lock it up for me, please. And they locked it up, then took me**

Page 123

**on downstairs. Took me on out to the squad car.**
Q. Uh-huh.
**A. Uh-huh. Yep.**
Q. And only a few more questions, so just bear with me here.
How did you end up, I guess, applying for housing at the -- the -- the SRO?
**A. I think my mom had something to do with that. She sign me up because I kept on telling I'm ready for my own place, and I think she -- she found that information and wrote the people, and they answered back. They said bring him up here. You know, we'll interview with him.**
Q. What do you recall about the -- if -- if anything, about the interview for housing?
**A. Wouldn't -- they ask me a bunch of questions about what's my name, where I was born at, you know, Social Security number and a few other things that I don't remember. Few other things that I don't remember. But they asked me some questions, though, before I got -- they just wouldn't let anybody in.**
Q. Yeah, I guess that's what my -- what I'm getting to here --
**A. Yeah.**
Q. -- is it -- is the SRO, was it for people with

Page 124

disabilities?
**A. Yeah.**
Q. Okay. And so you were able to apply for housing at this SRO because you were disabled?
**A. Yeah.**
Q. And what was your disability?
**A. I got bust up -- my head was split. Other things were grown me. My body wasn't taken it right. I got beat up when I was a young boy. Come home from work, and I got jumped on. My whole head in back was busted open, wide open. So I applied for it and they gave it to me.**
Q. Okay. And over the years -- I -- I guess how long did you receive Social Security benefits?
**A. I -- I -- I get it right now today.**
Q. And when you -- because -- and I -- I'm familiar with this only because a relative of mine also --
**A. Right.**
Q. -- receives SSI. Do you recall having to like provide -- like every -- I think it's like maybe every couple years -- to provide your medical records to -- essentially for them to verify that you're still disabled? Do you recall doing that over the years?

Page 125

**A. Yeah, I had to do that. But -- yeah, I had to do that. But my wife -- like now she takes care of me, but she sick, too. I try to take some of it off of her. She got -- she waiting for a kidney.**
Q. Uh-huh.
**A. And I have to -- I have to help her, you know, just like she helps me. Yeah.**
Q. So you -- do you receive any assistance when you're with -- with the paperwork for like updating -- giving updates to -- to SSI?
**A. I ain't -- I ain't on SS. I'm on Social Security.**
Q. Okay.
**A. SSI -- it used to be SSI, then they moved it. They moved me up to -- what's that other program they moved me up to? Social Security.**
Q. Uh-huh.
**A. I don't get SSI. I --**
Q. Okay.
**A. -- that got at first.**
Q. Okay. And then --
**A. They -- then when -- excuse me. Then when I got out of prison, they put me on Social Security.**
Q. Understood. Understood. Can you tell me --

Page 126

give me some background about when you were shot in the hand. What happened?

**A. Nothing happened. The guy who shot me in the hand, he dead now. He -- he ain't not living no more, you know.**

Q. Yeah. Was -- was there a confrontation or was it --

**A. No. He just was -- we were outside in the back, in the yard. We always playing. And some kind of way he was known for carrying a pistol. He accident -- he didn't accident. He tried to do it. He -- he pulled it out and had it cocked already. Because the reason why I said he had it cocked already because he shot me to the middle of my hand, and the bullet came out -- it almost didn't make it. It came out somewhere around here somewhere (indicating.)**

**I asked him what he -- why did he do that? He said he didn't try to do it. I said you did try to do it, man. If you didn't try to do it, you wouldn't have had no pistol and you wouldn't have had it cocked. It didn't go off by itself. So after that, later on, some guys caught him and took him away.**

**He had took some -- some money from these guys on another block, so they called some guys I heard, and**

Page 127

**they came. They seen him walking down the street with his girlfriend, and they took him and they shot him. And he tell -- I heard him tell his girlfriend he ain't gonna make it this time, so he died.**

Q. So your -- so your, I guess, position is that that was intentional that --

**A. That gun?**

Q. Uh-huh. That he shot you in the hand.

**A. Yeah. Yeah, it was. He had it cocked. You wouldn't have had it cocked, man. A gun don't cock by they self. You had to have -- you had it cocked when he let it go.**

Q. Did you have a history with this -- with this person?

**A. I grew up with him.**

Q. So you --

**A. I grew up with him. I don't know. Some kind of -- they say he was real -- some people say he was real jealous how I ended up. You know, I don't -- I don't -- I didn't know nothing about that, because I didn't hang with him every day. There was no every day thing hanging out with him. You know, every once in a while we hang out for a few. It wasn't no -- it wasn't like that.**

Q. So you didn't report -- report it to the

Page 128

police?

**A. No.**

Q. Did you go to the hospital?

**A. I went to the hospital.**

Q. Did they ask you what happened?

**A. Yeah.**

Q. And what did you tell them?

**A. I told them that somebody else shot me. I didn't want -- didn't wanna say nothing about that to him -- to them about him, you know. I just had a heart and didn't report him like I should have had. I should have had reported him, but I had been knowing him so long, and I was surprised at him doing something like that. You know, it really got to me. I didn't understand it. You know, then I find out down the line he was a real jealous, hard man. But I didn't know it. You know, he got killed.**

Q. From the -- I guess, what's the long-term effect from the -- from being shot in the hand, functionality?

**A. Well --**

Q. Yeah. Yeah. So like after you were shot, what was the impact on your hand?

**A. Bullet -- they got it out. He shot between**

Page 129

**these (indicating.) They got the bullet out between there (indicating.) The bullet was stayed moving, they said if it would have got down to here (indicating) it wouldn't have been in same my hand because it would have messed with the -- some kind of vein right there.**

Q. Okay. And do you recall what year that was?

**A. I can't remember. Long time ago.**

Q. Before 2001?

**A. Before that. It was longer than that.**

Q. So in -- so it had to have been a number of years?

**A. Yeah.**

Q. And so your -- the functionality of your hand was probably, I'm assuming, a little bit better at that point --

**A. A little bit better. Go ahead.**

Q. Yeah. Than it would have been, you know, when you first -- when you first were shot; is that fair?

**A. Yeah, when it -- when he shot me -- I knew he had shot me because there's a little hole between my hand and gun powder around it. I knew the bullet had already went in there.**

Q. And you had to have surgery I assume?

**A. Yeah, that surgery -- they got it out. He --**

Page 130

**he was at the door to -- sorry, crying, you know. Talking about don't -- don't -- don't turn him in or some stuff he was saying.**

Q. Uh-huh.

**A. And I said -- I said, man, I been knowing you all my life. Why would you do that, man? What ever have I did to you? Nothing. We grew up together. No, I don't know what that was about. Uh-huh. He got on my good side. I didn't -- I didn't do nothing. I say gotta take care of that, man, you know.**

Q. Uh-huh.

**A. That was it.**

MS. SULLIVAN: Let me see. That's -- that's all the questions I -- I have right now. I might have one or two more, but I need to kind of wrap my head around how to ask it, but I'm done for the moment.

MS. ITCHHAPORIA: I just have a few follow-up.

MS. EKL: Do you wanna -- Mi -- Misha, I think Israa's gonna ask questions, too.

MS. ITCHHAPORIA: Oh, okay.

MS. ALZAMI: But you can go first if you want.

MS. ITCHHAPORIA: Yeah, I just have a few questions.

MS. ALZAMI: Go for it.

EXAMINATION

Page 131

BY MS. ITCHHAPORIA:

Q. Mr. Reed, when you were at the County -- at the Cook County jail, from time to time you would refuse medical treatment, correct?

MS. ALZAMI: Objection; form.

BY THE WITNESS:

**A. I don't -- I don't remember if there is any medicine there. I always took my shots, you know.**

BY MS. ALZAMI:

Q. Okay. And what about when you were in the penitentiary? Isn't it true that from time to time you would also refuse treatment and medication while you were in the penitentiary?

**A. No, ma'am. Never.**

Q. Okay.

MS. ITCHHAPORIA: All right. That's all I've got.

MS. SULLIVAN: I recall -- it's -- it's really about his diabetes.

FURTHER EXAMINATION

BY MS. SULLIVAN:

Q. You mentioned that you felt like you were receiving too much insulin?

**A. I was getting too much.**

Q. So what happens when you -- I guess, how do you know that you're receiving too much insulin?

Page 132

**A. It breaks your body down.**

Q. Well, how are you -- give -- tell me --

**A. I wasn't --**

Q. Tell me some symptoms.

**A. Some symptoms is, you know you feeling real sick. You throwing up. You know, you're not -- that's too much. That's overdoing it, you know. And I tell them when I go to the window, you all, I'm throwing up and stuff. You all are giving me too much. I wasn't in the world taking all that insulin twice a day like that, or them pills. They gave me the pills and the insulin twice a day, real high doses.**

Q. So if it was making you feel sick --

**A. Yeah.**

Q. -- you could have said no, like I'm not taking this, right? Like I -- it's making me ill.

MS. ALZAMI: Objection; form.

BY THE WITNESS:

**A. I mean, you know, they say take medication. They just, you know -- all a sudden -- I guess you had to take your medication. I didn't know. I didn't know you could have refused it. I didn't know.**

BY MS. SULLIVAN:

Page 133

Q. And did you tell them that you -- you -- you were telling them, right, that it was making you feel ill?

**A. Yeah, I told them they was giving me too much. I told them that.**

Q. And you still, nonetheless, accepted the same amount that they were giving you?

**A. Yeah.**

Q. Okay.

MS. SULLIVAN: That was it. That was all my questions.

MS. ALZAMI: Okay. I just wanna have a second to -- or we can go off the record.

THE VIDEOGRAPHER: We are going off the record at 1:42 p.m.

(Short break taken.)

THE VIDEOGRAPHER: We are now going back on the record at 1:50 p.m.

MS. ALZAMI: Okay. So we are going to have to continue this deposition because Mr. Reed is not feeling well. And we're discussing scheduling and other issues. Anyone have anything else to add?

MS. SULLIVAN: I'm just gonna add that while I don't object to another continuation, I would, you know, just

Page 134

ask that we try to wrap this up sooner rather than later. And given that we don't have much more to go, I would be willing to make myself available -- I know it costs more, but -- on a Saturday. If we can't -- we can't fit this into a weekday, I would be willing, you know, to adjust my schedule for -- to wrap this up sooner.

MS. ALZAMI: Thank you. That's -- that's a good idea.

MS. EKL: My preference would be to not do it on a Saturday. Since we have -- since we have time, you know, I don't think in this circumstance we really need to do a Saturday since there's so few in the month.

MS. ALZAMI: Fair enough. Okay. Anything else we need to put on the record?

MS. ITCHHAPORIA: Just real -- real quick for the record. We're continuing it for plaintiff to start their redirect.

MS. ALZAMI: Thank you.

THE VIDEOGRAPHER: The defendants have three minutes left of their seven hours. That's all I gotta say.

MS. ALZAMI: Okay. All right. So I think we can go off the record.

THE VIDEOGRAPHER: We are now going off the record at 1:52 p.m.

Page 135

STATE OF ILLINOIS)
                 ) ss:
COUNTY OF C O O K)

MARCIE A. HAW, C.S.R, being first sworn, deposes and says that she is a Certified Shorthand Reporter in Cook County, Illinois and reporting proceedings in the Courts in said County;

That she reported in shorthand and thereafter transcribed the foregoing proceedings to the best of her ability;

That the within and foregoing transcript is true, accurate and complete and contains all the evidence which was received in the proceedings upon the above-entitled cause.

I do hereunto set my hand this 13th day of May, 2023.

Marcie A. Haw

MARCIE A. HAW, C.S.R.
License No. 084-004463

**Exhibits**

**Exhibit 8** 3:8 49:19 59:15,16
**Exhibit 9** 3:10 59:22 60:9
**Exhibit 10** 3:11 64:6
**Exhibit 11** 3:13 70:10
**Exhibit 12** 3:14 71:14,15
**Exhibit 13** 3:16 72:11
**Exhibit 14** 3:17 76:12
**Exhibit 15** 3:19 78:10
**Exhibit 16** 3:20 79:4 80:11
**Exhibit 17** 3:22 81:1,2
**Exhibit 18** 4:3 95:10
**Exhibit 19** 4:5 98:8

**1**

**10** 64:6 117:4
**101** 74:18 75:3,4
**1012** 75:4
**10201** 69:1
**10228** 61:19 74:6 95:23
**106th** 56:15
**10:06** 5:2
**10:32** 30:6
**10:34** 30:9
**10th** 78:17 79:13 90:7,9
**11** 70:10
**115th** 8:3
**11:22** 73:14
**11:41** 73:17
**12** 12:11 71:15 103:19
**12:18** 105:17
**12:27** 105:20
**12:31** 110:10
**13** 72:11
**14** 76:12 87:13,21 113:9
**14132350** 70:12
**14598193** 71:17
**1463705** 72:14
**15** 75:10 78:10 87:13,22 101:13 113:9
**15th** 65:16
**16** 79:4 80:11 100:16
**17** 81:2
**18** 95:10 113:20
**19** 98:8
**1970** 55:15
**1979** 54:13
**1982** 55:14
**1984** 61:4,11 62:6,19
**1986** 63:18,24 64:12
**1989** 65:11,16
**1990** 93:18
**1991** 65:23
**1993** 92:22 93:13,17,23 95:24
**1994** 66:24 67:3
**1996** 77:3,22
**1999** 68:9,17,19 70:17 71:1
**19th** 72:4
**1:16** 110:13
**1:42** 133:15
**1:50** 133:18
**1:52** 134:24

**2**

**20-some** 12:4
**2000** 68:9 71:6 83:10 84:15 85:3, 7,11,24 86:4,17,22 87:2 89:6
**2000s** 119:7 120:5
**2001** 72:4,21 73:5 88:5 90:7,9,14 91:1 129:8
**2011** 51:18,24 52:7
**2013** 18:23
**2014** 51:12
**2015** 51:13
**2020** 78:17,19 79:13
**2025** 5:2
**21** 87:12
**2124** 98:20
**22376** 76:14
**22377** 76:14
**22390** 95:10
**22391** 95:15
**22393** 95:11
**2860** 60:9
**2861** 64:8
**2864** 70:9
**2873** 71:15
**2877** 72:13
**29th** 5:2 67:3
**2nd** 68:16,19 70:17 71:6

**3**

**3** 5:2
**3918** 77:10
**3rd** 63:24 64:12 71:1

**4**

**40** 90:6
**49** 77:11

**5**

**5th** 83:10

**6**

**6** 60:14 65:22

**63rd** 117:12

**6664785** 60:14,17

### 7

**70** 56:13

**7093** 79:4

**7098** 78:12

**7269** 81:5,7

**7286** 49:19,24

**7294** 49:19 50:10

**7418** 49:19

**7670310** 64:11

**7th** 77:3

### 8

**8** 49:14,19 59:16

**80s** 115:1

### 9

**9** 59:18,22 60:9

**90s** 115:1

### A

**a.m.** 5:2 30:6,9 73:14,17

**aban** 69:9

**abandon** 70:19

**abandoned** 69:9

**able** 34:11 37:24 48:7,10 62:17 79:23 100:2 111:14 124:3

**about** 5:21 7:3 8:12,18,19 9:14 12:10,11,13 13:11 15:20 16:15,17 18:23 22:2 25:23 30:22 32:19,20, 21 33:19 37:13,14 38:8 39:16 40:16 41:20 45:24 46:4 48:22 49:22 51:12 55:23 57:14,18,21 58:7,24 59:13 64:21,23 73:23 74:5 75:8,10 77:22 79:15 82:11 84:2,23 86:2 87:13 88:5 89:13 91:18,19 93:8,11 96:14 100:24 101:10 102:3 103:22 104:10 107:15 108:12 109:5,12,17 110:1, 22 111:20 112:20 115:9,20,21,22 116:8 117:4,15 123:13,14,16 126:1 127:20 128:9,10 130:2,8 131:10,17

**abuse** 52:8,9,11,18

**accepted** 133:6

**accident** 126:10,11

**According** 51:12

**accurate** 51:11,21

**accused** 19:9

**across** 10:13 69:5

**act** 40:23

**actual** 111:8

**actually** 39:19 44:4 58:10 74:8

**add** 133:22,23

**addition** 12:23

**address** 10:22,23 61:21 77:14,17

**adjust** 134:5

**Aducci** 110:18

**after** 9:19 10:8 11:11 15:13 21:3 24:23 28:5 30:15 39:14 54:16 58:18 61:5 65:16 71:21 72:20 79:3 101:17 102:4 107:12 109:13 114:13,21 126:21 128:22

**again** 5:4,13 59:17,20 60:15 61:4 65:22 71:1,7 72:5,19 97:7

**against** 23:4 40:20

**age** 66:23 117:4

**agent** 79:15

**ago** 7:19 12:2 74:24 75:12 77:21, 23 95:8 111:13,18 129:7

**ahead** 17:24 44:3 49:2 80:9 95:9 101:11 129:16

**ain't** 10:4 15:23 17:21 21:13,20 29:19 32:14 41:22 50:19 51:2,5 56:22,23 60:23,24 62:2 77:5 79:9 85:21,22 95:18 121:7 125:11 126:4 127:3

**air** 25:22 57:2

**aisle** 43:18

**Akins** 75:7

**alcohol** 89:24

**alcoholic** 90:3

**alcoholism** 118:15,19

**alive** 15:8,9 120:23

**alleging** 82:18

**allow** 91:8

**allowed** 25:3 27:22 44:23 45:10 48:23

**almost** 126:14

**alone** 114:15,18

**along** 106:3

**already** 53:3 116:15 126:12,13 129:21

**also** 11:18 13:5 15:17 23:22 33:8 37:6,17 45:4 46:24 51:17 52:7 63:7 86:23 91:15 111:8 113:4 114:23 117:3 118:14,18 124:18 131:12

**always** 7:3 39:4 82:6 84:21,22 88:23 93:2 97:4 126:9 131:8

**ALZAMI** 20:1 30:3 39:22 53:10 54:19 55:1,7,17,19 61:7,13 62:8, 23 63:10,13,16,20 64:1 65:20,24 67:5,20,23 68:2,4,6,12,21 69:3, 17,24 70:3,20 71:2,9,23 72:8,23 73:3,12 74:13 75:22 82:8 86:7,11 101:13,15,21 105:3,15 109:1 110:7 130:21,23 131:5,9 132:18 133:12,19 134:7,13,18,21

**am** 16:10 60:8 76:11

**amount** 133:7

**anemic** 119:3,4

**anger** 51:24 52:1

**another** 17:16 34:22 37:1 63:18 64:10,18 79:12 90:5 97:6,8 126:24 133:24

**answer** 63:14

**answered** 123:11

**answering** 9:3

**anxiety** 90:24 91:4 116:8,20

**anxious** 91:4

**any** 6:22 18:1 29:1,13 32:2 34:6 37:20 41:9 42:19 52:11 57:9 81:11 82:2 84:10 94:24 99:1,3,6 102:12,14 104:7 110:4 115:1 116:5 117:8,20 118:11 120:1,17 125:8 131:7

**anybody** 47:10 123:20

**anyone** 42:22,24 54:9 83:3 105:8 118:11,18,22 133:22

**anything** 23:5 33:14 48:22 57:19 62:12 98:22 123:14 133:22 134:13

**anyway** 56:4,8

**anyways** 80:1

**anywhere** 50:6 95:17

**apartment** 77:11 96:7 120:12

**apparent** 121:10

**application** 93:13,16,20,23 94:3, 6,11,14,17 95:3 107:2,7

**applied** 92:19,24 124:11

**apply** 124:3

**applying** 123:6

**April** 5:2 67:3 72:4,20 78:17 79:13 85:3,7,11

**area** 69:1

**arguments** 32:3

**arm** 99:7,8,9,21,24 113:22,24 114:1

**around** 5:17 7:12,13 18:19 24:9 25:22,23 27:6,7 31:12 32:14,15, 18 39:1 42:8 68:9 69:1 84:22 96:3 100:23 101:1 107:11 113:6 120:13 121:19 126:15 129:21 130:15

**arrest** 62:4 69:22 74:2 82:20,21 88:3,16 107:12 115:9,23

**arrested** 40:5,12 53:22 54:3,5,14 55:14 61:4 63:5,18 65:16,22 68:16,19 70:18,24 71:7,22 72:3,5, 20 73:24 75:1,17 82:12,13 88:6 90:1 91:1 114:6 117:9 122:9

**arresting** 54:16

**arrests** 114:24 115:2

**Ashland** 56:2

**ask** 6:13 7:3,16 8:24 12:23 13:12 28:16 42:8 51:11 56:6,11 67:12 92:12 98:11 102:3 106:24 109:10 110:17,22 112:3,9 115:10,11,18 123:15 128:5 130:16,19 134:1

**asked** 8:21 41:20 67:12 109:8 112:12 121:15 123:19 126:17

**asking** 5:15 42:12,15 56:8 82:13, 17 96:21 104:7 120:11

**assault** 42:24 43:2

**assist** 117:20

**assistance** 116:5 125:8

**Assistant** 110:18

**associate** 96:11

**assume** 129:23

**assuming** 101:20 129:14

**attempt** 114:14

**attend** 52:4,11

**attorney** 105:22 110:18

**August** 77:3

**auntie** 47:17

**available** 134:3

**Avenue** 77:11

**aware** 85:23

**away** 18:11,12 37:11,12,16 45:22 46:14 92:2 101:8 117:18,19 126:22

### B

**B.S.** 78:12 79:4 81:5

**babies** 45:23

**baby** 119:6

**back** 5:19 6:23 18:4,12,21,22,23 19:12,20,21 20:23 21:3,4 23:9 24:16,21 25:10 26:2 27:18 28:15 30:8,10,12 33:7 49:6 51:12 56:10 58:3 59:9,12 61:11 66:11 68:9 73:5,16 77:3,4 86:22 87:2,3 93:9 95:24 96:2,4 103:22 104:22 110:12 111:1 114:14,16 115:19 119:7 122:2,15 123:11 124:10 126:9 133:17

**background** 126:1

**bad** 6:4,11,24 16:5,7 37:21 41:5,6

**bag** 61:5 67:16

**ball** 27:7,17

**based** 82:17 94:21 115:22

**basement** 40:20

**basketball** 32:17 119:13

**Bate** 49:24 72:13 95:10 98:19

**Bates** 81:5

**bathroom** 22:9,12

**beam** 27:19

**beamer** 27:14

**bear** 123:4

**beard** 60:24

**beards** 60:21

**beat** 41:13,16 124:9

**became** 52:24

**because** 6:13,17,20,23 7:11 8:17 10:3 12:6 13:1,10 15:23 16:6 17:21 18:4 20:15 21:1 22:11 26:19 29:6,20 31:17 34:13,15 38:23 42:17 45:24 56:12 58:1,11 62:10,14 80:18 83:15 89:1,11 90:14 91:11 94:9,18,24 95:4 96:11 100:24 107:4 109:3,20 111:16,19 115:10 121:11 122:1 123:9 124:4,16,17 126:12,13 127:20 129:4,20 133:20

**bed** 23:9 24:21

**beds** 23:3,4,6

**been** 5:6 6:2,17,21 8:12,18 10:4 16:21 21:8,9 37:13 39:19,21 50:9 53:17 54:10 56:12,16 63:24 74:23 75:10,11 77:5,21,23 79:2 84:9 85:22 87:5 89:22 94:1,21 107:3 128:12 129:4,10,17 130:5

**before** 8:16 9:3,12 10:4 11:1,2 12:2,3 15:3,10 17:1 25:19 32:22

37:16,20 39:6,20,21 41:9 45:22 46:9,11,12,24 52:24 53:6,14 63:14 72:3 73:24 74:4,9 75:1,17 79:22 80:14 82:12,13,20,21 83:19 85:12 88:15 90:1,24 91:12 102:24 104:13 113:23 123:19 129:8,9

**beginning** 5:19

**behind** 12:11,12

**being** 13:11 21:11 39:11 40:10,12 52:8 53:22 55:14 61:4 62:12,17 63:18 65:17,22 66:8 67:15 68:16,18,19 72:6 74:9 90:5 102:14 107:15 111:15 128:19

**believe** 75:4 118:8

**believed** 20:24 118:9

**bench** 27:18 34:4

**bend** 40:21

**benefits** 77:7,8 124:14

**Bentley** 75:3

**Benzley** 74:18 75:4

**Bernard** 85:24 89:7 90:6,13

**besides** 23:5 24:7 118:11,22

**Bethany** 84:16 85:7,11

**better** 53:6,12 77:4 129:14,16

**between** 25:2 30:17,18 41:4 128:24 129:1,20

**bible** 51:18,19

**big** 22:4,8 25:9,10,11 43:12 113:7,8,11

**bigger** 12:12 20:22

**bikes** 101:2,8

**bit** 5:17,21 16:8,9,15,17 22:2,3 26:13 28:15 64:16,20 65:9 79:9 81:21 82:11 96:20 107:15 110:22 114:24 129:14,16

**black** 56:13

**blame** 66:17

**bleach** 18:8,9,15

**blind** 64:18

**block** 43:5 126:24

**blood** 19:11 21:4

**body** 6:10 27:15 124:8 132:2

**boil** 57:9

**book** 97:18

**booking** 60:12,14,16 64:11 70:11 71:16 72:14

**born** 12:14 84:7 123:16

**both** 6:23 20:13 26:19 35:8 87:24 90:14 99:10

**bottom** 49:23 50:4,13 79:7 81:19 95:16

**bought** 23:14 56:14

**box** 44:11,14,16,18,21 103:19

**boy** 7:9 12:10 54:11 57:8 83:21,23 84:13 100:10 113:22 124:9

**boys** 66:22 113:11

**break** 22:3 30:7 73:10,15 101:12,13,16,17 105:18 110:11 133:16

**breaks** 132:2

**bridge** 69:5

**brief** 42:1 99:16

**briefly** 30:3

**bring** 12:21 13:3 115:7 123:12

**bringing** 33:19

**brother** 77:15 100:23 101:7 117:17 118:7 119:2

**brothers** 106:21

**brought** 77:16 120:10

**brown** 56:13

**BS** 49:19 50:10

**bubble** 19:11

**Buick** 55:15

**building** 43:11,12,15,21,23 54:18 69:9,15,16 70:19 96:6 97:2

**bull** 121:1,4,6

**bullet** 126:14 128:24 129:1,2,21

**bunch** 53:15 56:9 123:15

**bunk** 23:4,6,9

**burglary** 54:14,24 55:6

**business** 17:22

**bust** 19:19 124:7

**busted** 124:10

**busy** 38:23,24

**butt** 40:21

**buy** 44:20 57:18

**buzz** 96:8,9 97:14

**buzzed** 97:1

## C

**C-L-A-U-S-E-L-L** 47:8

**call** 14:6,7 19:12 21:5 28:2 39:1 41:1 48:15 97:24 108:8

**called** 5:6 16:2 32:21,22 48:20 126:24

**came** 14:16 15:7,12,14 16:8,9 18:13 19:10,11,18 21:3 31:12 36:3 38:2,14,18,19 42:16 45:13,15,16,19,20 46:4,18 50:19,22 51:2,6 58:20,23,24 66:11 77:15 96:19 102:4,8 112:20 120:13 121:11,13 122:15 126:14,15 127:1

**camera** 99:15,20

**can** 9:3 20:18 30:10 44:7 49:23 73:7 81:24 82:2 99:1 100:2,19 125:24 130:21 133:13 134:21

**can't** 7:12 16:21 19:22 21:19,20 26:19 27:8 28:7 39:14 41:21 42:18 62:20 63:12 64:16,19 69:23 70:5 77:21 78:18 80:19 84:8,9 87:3,4,7,10 90:17 92:23 93:4,7,19 94:2,5,16 95:8,18 106:16 120:23 129:7 134:4

**cannabis** 61:6 63:7

**car** 56:2,9,14,15,18,19 57:1,3,10,13,14,19 58:20,23 62:22 66:9 111:11 123:1

**car's** 56:12

**card** 25:16

**cards** 24:14 25:5,18,19 32:17

**care** 6:4,18 36:5 46:5 125:2 130:10

**Carl** 5:3,5 61:23 98:3

**carry** 122:6

**carrying** 126:10

**cars** 57:18,21 101:2,6,8

**case** 80:8 82:18 110:20 121:24

**catch** 38:24 39:1,2

**caught** 126:22

**caused** 108:23

**CB** 60:13

**cell** 18:13,22 19:10,19,21 21:12 24:21 32:2,6,7 119:3

**cellmate** 31:6,9,14 106:1,3,18

**cells** 24:17 25:11 108:4

**celly** 21:15 22:12 31:20 33:6

**center** 8:9 11:12 108:16

**Central** 60:13,16 64:11 70:11 71:16 72:14

**Cermak** 108:8,13 109:16

**certain** 24:20 26:8,9,10

**chair** 13:19

**chairs** 25:13,15 89:17

**Chamberlain** 77:11

**Champaign** 117:13

**chance** 15:10 18:5 37:16 103:23

**change** 6:3

**changed** 101:3

**changes** 119:16

**charge** 28:9

**charged** 57:8 58:18 59:5 67:2 102:4 120:7

**charges** 39:21 59:2,14 102:6

**chased** 66:8

**check** 6:14 42:8,16

**checked** 40:22

**cheeks** 40:21

**Chicago** 5:14 10:21 80:7

**children** 11:22

**choice** 105:5

**choices** 66:22

**chopper** 113:12

**church** 31:18,21,22,23,24 32:1

**circumstance** 134:11

**city** 5:14 10:20 60:9 64:8 70:8 71:15 72:13

**Clark** 47:14,16,19 48:1,21 50:17

**class** 51:18,19 113:8

**Claus** 47:1

**Clausell** 47:2

**clean** 18:6,18 28:21

**cleaning** 18:7

**close** 16:1 28:8 45:21 101:21

**cloths** 34:5

**club** 100:1,6,12 113:12,20

**co** 72:6

**cocaine** 68:10,18,19 70:18 71:1 72:7,21 85:19,20 86:5,10,14 94:7, 13,15

**cock** 127:10

**cocked** 126:12,13,20 127:9,10, 11

**college** 7:8,10 12:12

**colored** 60:2,5

**come** 12:8 14:13 15:5 16:4 21:7 32:10 34:3 35:7 36:1 38:1,2,6,8, 10 43:17 51:1 96:5,6,10,23 97:20 98:5 99:3 121:8 124:9

**coming** 12:3 13:14 36:7 42:14 56:1,5 109:12

**commissary** 44:21

**commit** 83:7

**condition** 115:3 120:9

**conditions** 109:5 116:6

**confer** 105:13

**confrontation** 126:6

**confusing** 109:8

**considered** 29:4 34:10

**continuation** 133:24

**continue** 33:20 37:6 87:24 114:19 133:20

**continuing** 134:16

**controlled** 62:7,19 63:6 67:3 68:17 69:22 71:7 72:6

**conversation** 49:15

**conversations** 59:24 60:4 104:7

**cook** 34:20,22 39:5,10,17,19 40:5 42:5,20 43:6 44:1,6,24 45:4,7,10, 13 51:17 54:10 107:12 108:22 131:3

**cooked** 34:24

**cooking** 121:12

**cool** 15:22 31:17 34:18

**copies** 60:2,5

**corner** 108:7

**correct** 8:6,9 11:20 12:16 16:24 19:6 22:21 29:11 33:21 39:21 46:10 47:21 48:13 55:12 61:12, 20,23,24 62:22 65:4,6 67:3 68:11 70:19 71:8,22 72:21 73:6 74:2,6, 11 75:1 80:10 86:5 90:1 92:6,20 95:5,24 97:2,15 99:10 103:2,10, 13,16 104:1,6,11 105:1,6 108:20, 24 109:18 110:3 111:4 118:16 131:4

**correction** 106:7

**Corrections** 12:16 15:15,21 19:6 39:7 48:6 51:10 52:12 106:1,11

**costs** 134:3

**cotton** 41:3

**could** 5:22 7:12 13:12 23:8,10 24:9,14 26:6,11,23 27:2,10,13,16 30:3 32:10 35:4 38:10 48:15 58:3, 10 62:10,11,12,13 81:10 97:7,20 103:16 104:10 105:12 108:19 109:17 121:2 132:16,23

**couldn't** 17:6 18:9 25:14,15 38:2,3,11 58:13 62:10,14 67:9

78:20,22 91:11 96:8 111:17,19 119:12,15 122:16

**counsel** 79:3 104:9

**counselor** 42:15

**Count** 16:19

**County** 15:8 16:20,22 39:5,11, 17,20 40:5 42:5,20 43:6 44:1,6,24 45:4,8,11,13 54:10 106:9 107:12 108:4,22 131:2,3

**couple** 49:22 57:6 73:22 78:8 92:19 101:10 105:21 124:22

**court** 5:3 12:6 45:16 49:4,6,9,11, 14 55:18 59:19 81:14 92:9 102:2, 4,6,9 103:7 119:13

**courtroom** 104:19,20 105:1

**cover** 101:11

**CR** 99:14

**crack** 68:10,19 70:18,24 72:6,21

**crazy** 45:24 68:1

**criminal** 65:23 91:6 110:20

**Crossroads** 77:6

**crumb** 75:13

**crying** 41:6 130:1

**currently** 8:5

**cursing** 121:6

**curtain** 22:13

**curtains** 22:14,16,17

**custody** 7:18

**cut** 30:1

D

**dad** 37:18,19 117:17

**daddy's** 111:12

**daily** 5:23

**Daisy** 47:13,16,18,24 48:21 50:17,22 51:6

**dang** 84:8

**Darlene** 9:20,21 10:2,3,8,9,16, 17,24 11:6,10

**Darnel** 106:4,6,15,16,22

**date** 79:13

**dated** 78:17

**daughter** 11:13

**day** 6:8 10:10 15:23 16:1 20:13 24:21 25:6,9 32:10,12,13 33:18 36:1,3 37:11 46:1,4 88:19,20,22 121:23 127:21 132:11,13

**days** 26:10,11,23 27:2 28:3 31:23 44:7 56:16 92:18

**dead** 74:19 75:11 117:18 126:4

**deal** 60:3

**death** 90:3 102:15 103:5

**December** 71:1 85:24 86:4,17,22 87:2 89:6

**decision** 103:20

**deck** 22:15,16 25:22

**defendants** 134:19

**defenders** 91:7,15 92:14 103:8 104:3

**defense** 103:13 105:23

**delay** 38:4

**dent** 7:15

**denying** 55:11

**dep** 49:7

**department** 12:16 15:14,20 19:5 39:6 48:6 51:10,14 52:12 106:1, 10

**deposition** 5:3 71:14 76:12 79:3 92:19 133:20

**depositions** 11:18 73:23

**depressed** 87:2

**depression** 86:24 116:6,19

**depression/anxiety** 117:1

**describe** 5:23 11:4 14:19 17:17 20:18 27:13 31:13 35:17 44:7 46:21 119:8 120:8

**described** 117:6

**desk** 23:7 96:9 97:5,6,8,12 98:12, 14

**diabetes** 29:10 37:17 44:1 87:9, 15 88:1,11,16 115:17 118:22,23 119:9,10,17 120:17 131:18

**diabetic** 6:6 43:10,14 107:21 115:20,22

**diabetics** 43:18,21,23 108:5,6

**diabetics'** 108:2

**diagnosed** 84:16 87:8,15,21

**diagnosing** 84:11

**diagnosis** 117:7

**dialysis** 8:16,17 9:13 10:9

**did** 7:17,21 8:8,11,14 9:12 10:24 12:18 13:8 15:2,4,16,19 17:9,11, 12,23 18:1 20:4,10,11,14,22 22:23 23:12,22 25:20 27:4 28:14, 19,24 29:1,4,14 31:6,8,9,10,21,24 32:16,19,24 33:8,20,23 34:2,6,23 35:3,4 36:9 37:6,12,17,18,19,24 38:12 40:17 41:9,21,22 42:11,19 44:8 45:2,4,6,7 46:24 48:10,16 50:6 52:4,11,17,24 53:17 57:9,12, 13,20,22 58:5 59:8,9,11 62:12,13, 17 63:3 65:13 66:16,19 69:1,21 74:21 75:3,14 76:9 77:6,14 78:1 83:1,3 84:3,4,5,17,18,24 85:3,19 86:9 87:16,20,24 88:23 89:24 91:10 93:12 94:11,14,17 96:7 98:14 99:2,3 100:9,15,17,22 101:6,7 102:8,21 103:18 104:13 105:8,9 106:14 107:1,9,20,23 108:8 109:3 110:23 111:3,5,11, 22,23 112:15,16,17 113:4,19 114:13,14,15,16,19,23 115:2 116:4,10 117:7 118:3,17 119:16 120:16 121:13 122:9,14,21 123:6 124:14 126:17,18 127:13 128:3,5, 7 130:7 133:1

**didn't** 6:6,12,18 12:4,5 13:13 14:13 16:1,4,6,21 18:4 20:3,11 22:14 25:21 27:6,7,9 28:1 29:13, 21 30:1 31:23,24 33:7 35:19 38:18 40:23 41:11,12,13,16 42:2 43:11,13 44:9,12,13 45:16,19 48:17 56:3 57:2,5,18,19,21,24 59:3,7,9,12 66:17 80:7 84:17 91:10,17 92:3 96:11,13,16 101:1 102:18,19 103:4,8,22 104:24 105:8 109:4,20 113:6,16,18 114:20 115:4,6,7,10,11,16,18,19,

20,21,22,24 116:16,17,18 117:10, 14,15 118:7,8 119:2,4 121:14 122:13 126:11,15,18,19,21 127:20,24 128:9,11,14,16 130:9 132:22,23

**died** 15:10 84:7 117:13 118:6 127:4

**dietary** 51:13

**different** 21:11,13 32:7 73:23 92:12 109:10

**dinner** 24:23 35:7

**dinnertime** 25:2

**direct** 101:22

**disabilities** 124:1

**disability** 77:8 92:19,24 93:6,8, 17 124:6

**disabled** 124:4,24

**disclose** 115:2,17 117:7

**discussing** 133:21

**diseases** 41:9

**dishwasher** 36:1

**distance** 13:2

**division** 43:8,9,13,14

**doctor** 6:14,16 41:2 53:20 84:7, 15 86:17,23 88:8 92:5,8,15

**doctors** 6:21 83:6 84:10 85:3,6, 10

**document** 49:20 50:15 51:23 60:7 64:7 70:7 72:12 76:13,19 77:10 78:11,19 79:5,8,13,17 81:8, 11,12 95:12,15 98:9,22

**documented** 83:6

**documents** 54:7 78:8 79:20,23

**Does** 18:23 118:10,11

**Doesn't** 81:13,17

**doing** 11:16 13:16,17,21 14:14 15:20 35:5,22,23 37:22 42:9,10 53:6,12,15 54:10 57:9 59:10 66:15 68:6,9 73:18 85:17 112:2 124:24 128:13

**don't** 10:23 16:10,11 20:3,11,13, 24 21:1 22:16 25:18 28:3 31:4,5 32:16 35:15 39:24 41:22,23 42:10 47:1,5,10 48:22,24 49:3 52:5,6,16 54:4,12,15,22 55:3,9,12,13 56:4 59:3,10,11,14 60:20 61:9 62:2,11 63:4 64:3 65:15 66:14 67:1,14,22 68:23 69:5,10,13 70:22 71:4,11 72:1,10,22 73:10 76:23 77:1,9,16 78:6 79:10,11,18 80:20 81:20 83:13,17,18 84:13,17,22,23 85:13,17 86:1,6,14,19,21 87:1,5 88:9,12 89:3,10,11,12 90:19,23 91:2,5 92:7,8,10 93:7,10 95:6,20, 22 97:19 101:15,19,23 104:6,22 105:7 106:16,22 107:4 108:11 110:4 111:20 112:4,8 115:6,9 120:22,23 122:19 123:18 125:18 127:10,17,19 130:2,8 131:7 133:23 134:2,11

**done** 62:1 101:10,18 105:14 130:16

**door** 18:14,22 19:23 43:18,19 54:18 77:17 120:13 121:13,15 130:1

**doors** 19:22 24:13

**Dorothy** 48:21

**doses** 30:21 132:13

**down** 10:13 11:13,16 12:8 14:15 19:19,21 21:6 22:3,12,16,18,19 23:10 24:15 25:6,12,13,14,16,20 26:1,19 35:4,6 40:20 41:5 43:18 77:16 78:7 96:20 97:5 100:20 108:6 122:15 127:1 128:15 129:3 132:2

**downstairs** 18:7 24:14 25:3 109:6 120:11,14 123:1

**Dr** 84:9

**dressed** 57:10

**dresser** 122:12

**drink** 89:24 90:2 119:23

**drinking** 90:3,4 119:20,24

**drive** 57:19,23 58:5 114:19

**driver's** 110:23 114:10

**driving** 55:15 56:2,3 58:4,5 111:9

**drop** 57:23 61:5

**drug** 76:6 86:4 93:18 94:18,19,22 95:1,4

**drugs** 53:15,17,20 54:1,5,10 67:16 69:12

**Duce** 56:13

**dude** 56:14

**duly** 5:6

**during** 11:17 19:8 32:10 44:24 68:10 73:22 85:11 91:6 116:4,11 117:8 120:16

**duties** 53:2

**E**

**each** 12:14 26:13

**earlier** 11:17 92:18 112:22 114:5, 23 117:3 118:14

**early** 119:7 120:5

**earplugs** 24:5

**effect** 128:19

**eight** 12:11 25:24 84:2

**either** 43:3 50:22 116:1

**Ekl** 5:10,14 20:5 30:10,13 40:1 45:18 47:7,12 49:2,5,8,10,13,17, 21 53:13 54:23 55:4,10,22 59:21, 23 60:2,8,10,13,18 61:10,16 62:15 63:2,17,23 64:4,8,9 65:21 66:4 67:8 68:8,15,24 69:8,20 70:4,10,13,23 71:5,12,14,18 72:2, 11,13,15 73:4,10,18,20,21 74:16 76:2,14,17 78:10,12,13 79:6 80:11,15 81:1,5,9,18 82:10 86:8, 16 95:9,13 98:10,19,21 99:22 101:10,14,18 102:1 105:4,12,21, 24 109:7 110:4 130:18 134:9

**Elizabeth** 5:13

**else** 18:10,18 23:5 32:14 33:14 50:7 74:17 106:23 118:11,18,22 128:8 133:22 134:13

**emergency** 83:11 108:23 109:21

**end** 5:18 43:19 46:14 117:14 123:6

**ended** 127:19

**enough** 6:4 79:9 134:13

**entered** 97:17

**entire** 17:14 85:19

**EP** 76:14 95:10,15

**episodes** 118:3

**essentially** 112:10 124:23

**even** 16:21 47:10 58:4 78:22 84:8 103:7 105:10 114:21 115:13 120:22

**event** 122:3

**eventually** 16:7 52:4

**ever** 10:4 14:6 17:23 18:1 21:8,9 45:3,7 62:17 63:3 66:5 69:1 76:9 77:6 83:3,19 84:10,24 85:14,17, 19 94:21,24 97:23 98:11,15,22 99:3 101:6 102:21 114:13,14 115:2 116:4,18 117:7,20 130:6

**every** 10:9 13:1 14:6 22:15 28:2 38:8,9,23 46:1 80:2,3,16,18,23,24 88:19,20,22 124:21 127:21,22

**everybody** 18:10,15,16,18 26:10 27:24 32:20 57:23

**everyone** 8:23 79:22 119:1

**everything** 7:2 11:15 21:2 27:17 57:11,15,18,20 119:14 121:12 122:14,16,17

**evidence** 103:24 104:4

**exactly** 18:17

**exam** 111:4,6 112:2,10

**EXAMINATION** 5:9 110:14 130:24 131:19

**examined** 5:7

**excuse** 15:16 33:7 37:7,19 63:15 66:19 70:2 73:2 76:16 82:7 92:10 96:12 119:18 125:22

**Exhibit** 49:19 59:15,22 60:9 64:6 70:10 71:14 72:11 76:12 78:10 79:4 80:11 81:1 95:10 98:8

**exhibits** 49:16 60:1,5

**experience** 118:3,4

**experienced** 117:11,12

**experiencing** 120:4

**explain** 66:12 92:11

**explained** 14:15,16

**eye** 64:18

**eyebrows** 70:15 71:20 73:7

**eyes** 27:9 64:17 72:18

**F**

**face** 65:4,8

**facility** 28:6 76:7 108:15

**facing** 102:6,12,15 103:1

**fact** 15:9

**fair** 10:5 19:8 36:4 42:7 53:4 54:13 58:19 72:4 75:17 79:19 82:20 86:23 100:4 129:18 134:13

**familiar** 98:18 124:17

**family** 32:20 74:6 99:3 118:10, 12,18,22

**fan** 44:11,13

**far** 56:23 87:3

**father** 13:12 90:2 118:15

**father's** 118:24

**feed** 46:1

**feel** 33:7 57:21 82:14 115:16 116:18 121:24 132:14 133:2

**feeling** 91:4 101:23 120:18 121:10 132:6 133:20

**feet** 6:23,24 89:3 120:2

**fell** 57:7

**fellows** 32:16

**felony** 59:5

**felt** 16:5,7 32:16 121:12 131:21

**fenced-in** 27:14

**few** 56:16 110:17 123:4,17,18 127:23 130:17,22 134:12

**fictitious** 58:19

**fight** 18:3,4 19:2,8,24 20:12,16 41:11,12 42:22

**fights** 18:1 32:3 42:19

**figure** 109:17

**find** 109:23 122:16 128:15

**fine** 76:24

**fingerprints** 66:11

**finish** 26:15 65:1 101:24

**fired** 94:18,21 95:4

**first** 5:6 7:20 9:8 11:5 12:18 16:19 17:3 19:9,17,18 21:2 32:6 36:1 39:12 43:17 46:12 58:18 65:1 68:4 81:6 87:8,15,21 98:11 107:11,12 108:6,22 125:20 129:18 130:21

**fit** 134:4

**five** 8:12,19 11:2 25:23 100:24

**fix** 57:15

**fixed** 57:10

**fixing** 57:15

**floor** 122:16,18

**follow-up** 101:19 130:17

**followed** 41:18

**follows** 5:8

**food** 44:11,15,16,20,21

**fool** 91:21

**football** 119:14

**fooze** 44:18

**forego** 112:18

**forget** 58:4 78:1,3 122:18

**forgets** 8:24

**forgot** 84:6,17

**form** 53:10 55:7,17,19 61:7,13 62:8,23 63:20 64:1 65:20,24 67:5, 20 68:12,21 69:3,17,24 70:20 71:2,9,23 72:8,23 74:13 75:22 86:11 98:14 105:3 109:1 131:5 132:18

**forth** 56:10

**forward** 58:20

**found** 14:17 56:18 118:5 123:10

**four** 119:5

**Freddy** 28:10 35:12,13,16,18 36:21

**Freddy's** 35:13

**free** 21:20,22,24

**freely** 24:9

**frightened** 62:13

**from** 7:17 8:14,15 10:13 18:11,12 21:1,11,23 25:10 28:13 30:16 35:23 36:16 51:9 56:1,5,14 57:6,7 65:6 67:19 69:6 70:11 71:20 72:18 79:13,16 86:3,23 94:18,21 95:4 101:8 105:22 118:12,18,23 121:14 124:9 126:23 128:18,19 131:3,11

**front** 57:15 58:24 62:17 74:1 96:9 97:5,8,11 98:12,14,23 104:22

**frozen** 89:4

**full** 8:24 9:4 34:23 119:13

**functionality** 128:20 129:13

**further** 110:4 131:19

**future** 11:11

G

**games** 25:16

**garage** 65:18

**gave** 6:6 29:15,17,21 30:19 56:17,18,24 61:23 66:12 124:11 132:12

**general** 121:21

**generally** 39:10 96:21 119:9

**Georgia** 11:14,21 38:18

**get along** 103:8

**getting** 6:12,18 52:6 57:16 70:24 89:4 119:21 123:22 131:23

**girl** 7:9

**girlfriend** 74:19 127:2,3

**girlfriend's** 75:5

**girlfriends** 94:24 95:4

**give** 21:15 29:13 41:24 42:3 48:14 49:11 63:13 108:20 126:1 132:3

**given** 134:2

**giving** 29:22 30:20 59:13 125:10 132:10 133:4,7

**glad** 6:1 58:5,6

**glasses** 106:20

**go** 5:19 7:21 8:2 11:16 15:23 17:24 20:10 22:15 24:10,13,14, 16,21,22 25:5,6 26:1,3,5,6,10,11, 23 27:2,4,10,14,16,17,22,24 28:2, 3 30:3 31:21,23,24 32:1,10,24 33:3,8,17 35:24 41:9 44:3,9,23 45:7 49:2,6 52:17 53:1 54:6 61:2 69:15 80:9 91:20,21 95:9 101:11, 16 108:24 109:4 114:16 119:19 122:20 126:21 127:12 128:3 129:16 130:21,23 132:9 133:13 134:2,21

**going** 5:1 6:21 7:7 8:20 11:19 23:18 30:5,8 40:3 45:20,22 52:22 54:17 57:16 59:15 64:5,10 70:8, 10,18 73:13,16 76:11 78:8 83:11 90:13 93:9,10 95:14 98:7 105:16, 19 108:11 110:9,12 122:21 133:14,17,19 134:23

**gone** 6:17 7:5 24:23 37:13 75:10 111:18

**gonna** 5:14,17,18 8:23 22:3 41:22 49:2,17 56:16 58:4 62:13 71:14 76:18 80:4 81:1 92:9,11,15 95:9 98:17 101:16,21 105:13 110:17 111:20,21 122:4 127:3 130:19 133:23

**good** 5:11,12 7:1 11:7,8,9 14:9, 11 15:1,2 17:8 27:15 29:4 31:19, 20 32:1 34:10,11,13 35:9,19,20 38:3 46:23 63:16 68:6 75:15 77:5 95:19 112:20 118:4 121:12 130:9 134:7

**got** 6:4,9,11,15 8:17,18 9:7,8 10:8 11:1,2,24 12:3,11,12 14:21 15:3 17:2 18:3,5,11 19:24 21:20 22:11, 12 25:18 26:22 28:8 32:2 34:17 37:15 39:20 40:4,12 41:8 42:3 46:10,11 51:5,9 57:8 58:17 59:5 66:20,23 70:18 77:15 83:24 87:23 90:1 100:11,23 106:3 109:13 111:1 114:3 119:1,6 120:2 123:19 124:7,9,10 125:4,20,23 128:14, 17,24 129:1,3,24 130:8 131:16

**Gotcha** 13:20 44:16

**gotta** 6:23 14:11 15:10 18:14,18 21:15,17 22:17 70:15,16 110:7 119:23 130:9 134:20

**graduations** 7:7

**grand** 46:16

**grandbabies** 45:23 46:17

**granddaughter** 7:8

**grandfather** 13:11

**grandkids** 7:2,14 11:23,24 12:9 13:8,24 74:22 75:12

**grandpa** 7:4

**Grant** 46:7,8,12

**Grant's** 46:17

**Great** 73:20

**grew** 113:15 127:15,17 130:7

**groceries** 44:15

**group** 49:18 81:1

**grown** 12:13 66:20 74:24 124:8

**guards** 22:19

**guess** 63:1 111:18 115:13 116:10 119:7,16 121:9,21 123:6, 21 124:13 127:5 128:18 131:24 132:21

**guest** 98:12

**guests** 96:10

**guilty** 39:6 54:24 59:8 62:6,16,18 69:21 102:24 103:16,20,24 104:14,16,18 105:6,9

**gun** 78:19 127:7,10 129:21

**guy** 18:7 20:22 34:23 35:19,20 52:14 56:24 57:11 122:18 126:3

**guys** 16:13 19:13 27:8,17 40:22 41:6 60:20 94:9 126:22,23,24

**gym** 16:4 26:4,5,6,11,24 27:2,5,7 32:24 33:2,3 45:4

## H


**had** 10:5,13 12:7 14:15 17:15 18:20 19:16 20:16 22:13,19,21,22 23:7,9,10,14,23 24:2,21 26:10,11, 23 27:24 29:6,16 31:11 32:1,7 33:20,22 34:13 39:19 41:8 42:17 43:10 44:10,11 53:20 54:10 57:10,14,15,23 58:1,14 60:2,23 66:15 74:22 75:16 78:1 82:21 83:4,7 85:12 86:4,14,18 87:13 91:4,15 92:1 93:17,22 94:3 95:5 96:8,9 97:24 100:13 103:16,19,23 104:17 106:21 107:5 108:3,4 109:3 113:5,6,15 114:5,23 117:3, 13 118:6,24 119:2,3,4 120:17 121:22 123:8 125:1 126:12,13,20, 23 127:9,10,11 128:10,11,12 129:10,20,21,23 132:21

**hadn't** 77:24 121:13

**Haldol** 86:18,20

**half** 9:15,16 38:9

**halfway** 111:2

**hall** 19:21

**hallucinations** 90:15 117:5

**Halsted** 8:4 10:19

**hand** 126:2,4,14 127:8 128:19,23 129:4,13,20

**handcuffed** 120:13 121:19,20

**hands** 6:24 58:11,13 120:2

**handwriting** 50:6 77:4,5 81:11, 17 82:2 95:18

**hang** 69:1,11 127:20,22

**hanging** 127:21

**happen** 117:23

**happened** 55:11 126:2,3 128:5

**happening** 6:16 90:18

**happens** 131:24

**hard** 128:16

**hardly** 44:10

**Harlem** 69:6

**has** 11:22 50:16 52:7 62:16 64:11 65:3 101:19

**hasn't** 7:10

**haunts** 16:8

**have** 6:2,19,20,21 7:9 11:10 12:1, 7 14:9 15:2 17:9,12 18:4,10 22:23 23:12,22 25:24 27:24 28:2,19 29:1,4,19,21 31:6,9,10 34:6 37:17,19,21,23 41:1 42:2,18 43:10 45:4,10 48:10,14,16,18,19, 22 49:6,10,18,22 53:1 56:7 57:13 58:3 59:9,11 62:10,11,12,13 63:24 66:5,19,21 67:12 74:17 77:6 78:20,21 79:24 84:12,13 86:22 87:5,24 89:3,24 90:19 92:3 94:1,21,24 95:15 96:7,10 97:1,14, 18 98:3,4,5,11,17,22 99:6,10 100:15,17,22 101:10,18,20,21,22 103:16 105:12 107:3 110:4 112:8 113:4,6,16 118:10 119:2 122:8 125:6 126:19,20 127:10,11,13 128:11,12 129:3,4,10,17,23 130:6,14,17,22 132:16,23 133:12, 19,22 134:2,10,19

**haven't** 12:5 62:1,3

**having** 5:6 6:11 20:8 35:3 40:8 48:22 50:24 79:17 83:15 90:24 108:23 109:21 114:6 124:20

**Haymarket** 93:18

**he'll** 13:3 22:15 35:24

**he's** 12:10 35:20 38:23 101:22

**head** 18:12,21 19:12,19,20 21:4,5 27:9 83:16 122:22 124:7,10 130:15

**health** 6:4 37:20 41:20 82:12 116:5 119:8

**hear** 35:23 36:5 44:13 45:17 67:9 80:20 84:1,24 96:13

**heard** 83:21 85:4,7 93:24 126:24 127:3

**hearing** 83:15,17,19 90:14,21 117:5,24

**heart** 99:13 128:10

**Heights** 8:6

**held** 63:7

**help** 18:6 31:17 89:1 92:9,10,15 103:10,12 104:4,10 107:1 116:19 121:15 125:6

**helped** 31:18 107:7

**helping** 106:19

**helps** 125:7

**here** 8:8,11,12 11:16 21:6 32:19 41:24 42:3 46:5 48:21 49:7 50:2, 17 64:22 74:20 80:5,21 81:7,21 121:8 123:5,12,22 126:15 129:3

**herein** 5:6

**heroin** 85:12,14 94:7,15

**hey** 98:3

**hide** 67:17 121:14

**high** 6:7 69:6 88:14 132:13

**hire** 92:15

**hired** 92:5

**history** 115:10 118:10 127:13

**hit** 18:12,21 20:7 21:3 27:8 57:6

**Hold** 59:21,23 99:18

**holding** 7:15

**hole** 41:4 129:20

**holidays** 13:3

**home** 6:1,9,15,19 7:1 13:14 14:13,18 28:13 36:7 39:1 122:4 124:9

**hospital** 83:3,12 84:6,7,16 85:7, 11,24 89:7 90:6,10,14 91:3 108:14 128:3,4

**hospitalized** 90:5

**hour** 101:22

**hours** 134:20

**house** 10:17 22:10 57:16,17 106:7 113:6 117:12,14 118:5,6 121:11,12,17,23 122:19

**housing** 43:5 123:7,14 124:4

**how** 5:11,23 9:11 10:24 11:4 12:9,23 13:8 14:5,19 15:20 16:20, 22 17:5,6,17 21:11 22:4 25:9,11 27:2,22 31:13 32:16,19 33:3 35:17 38:6,21 40:16,17 42:9 44:6

45:2 46:5,21 51:5 53:1,3 57:13 58:5 66:12,24 67:11,14 75:14 78:4,6 79:15 84:1 87:11,20 88:18 100:15,17,22 101:22 102:10 108:9 110:23 111:14 113:19 115:22 116:8,10 117:5,6 118:3 119:7,8 120:8,24 123:6 124:13 127:19 130:15 131:24 132:3

**hung** 69:6

**hurt** 41:5,6 84:24 85:4,8

**hurts** 41:10

**I**

**I'LL** 25:24 26:5 47:23 50:9,16 59:15 70:11 71:16 73:10 78:16 79:12 81:6 92:12 105:22

**I'M** 5:14,17 6:1 7:1,13,15 8:20,23 12:6 13:17,21 16:10 22:3,16 30:1 37:13,15 39:9 40:24 42:12 45:16 47:1 49:2,17 53:12 55:18 58:1,4,5 59:15,18,19 60:11,14 61:17 64:5, 10,17,23 67:9 68:3,5 70:8 71:14 76:18,24 78:8 80:11 81:1,14 82:9, 13,14,15 84:12 88:5,12 89:15,19 92:11 95:9,14 96:2,13,21 97:7 98:7,17 100:19 101:10,18,19,21 104:7 105:13,14 107:11,18,19 108:12 109:12 110:16 119:11 121:2 123:9,21 124:16 125:11 129:14 130:16 132:9,16 133:23

**I'VE** 131:16

**idea** 134:8

**ill** 108:5 132:17 133:3

**Illinois** 107:2,8

**illness** 43:22

**immediately** 87:16

**impact** 128:23

**incarcerated** 74:9 116:12

**incarceration** 116:4

**incident** 55:24 62:21 114:6

**incorrect** 48:3,4

**indicating** 50:3,12 56:10 100:3 126:16 129:1,2,3

**information** 116:1 123:10

**initials** 99:13

**inmates** 107:1

**Innocence** 107:2,8

**innocent** 103:21 104:11

**inside** 32:2 57:7,16 69:16

**instances** 117:23

**instead** 112:2,12

**institution** 17:3 30:14 31:2,3 32:13 33:1,16 36:8 37:6 38:1

**instructions** 79:14

**insulin** 6:8 29:18 87:18,19,21 131:22 132:1,11,12

**intentional** 127:6

**intercom** 24:17

**interest** 92:3

**interested** 23:18

**interests** 91:24

**interrogatories** 5:7

**interview** 123:12,14

**involved** 19:3

**Isn't** 131:11

**Israa's** 130:19

**issues** 37:20 133:21

**it'll** 80:17

**it's** 6:1 7:1,2,11 13:19 16:24 21:13 22:9 24:16 34:15 47:7 49:9, 18 56:12 60:9,13,16 64:8 68:6 70:3 71:16 72:14 75:11 78:12 79:10,14 80:4 81:5 86:2 91:14 98:19 112:6,9 122:12 124:21 131:17 132:17

**ITCHHAPORIA** 59:22 130:17, 20,22 131:1,16 134:15

**itself** 126:21

**J**

**J-O-A-N-N** 47:8

**jail** 38:16 39:5,11,17,20 40:6,9 42:5,20,24 43:6 44:1,6,24 45:5,7, 8,11,14 53:9,15 54:10 83:20 102:10 103:2 107:12 108:15,23 109:13,14 131:3

**janitor** 52:24 53:2 61:12 122:22

**January** 18:23

**jealous** 127:19 128:16

**jiving** 121:1,6

**Joann** 47:3,4,7,11

**Joanne** 47:1,6

**job** 29:4 34:11 35:3,22 94:21

**jobs** 28:19 29:1 34:6 94:18 95:4

**joint** 28:14

**judge** 16:11 62:18 103:1 105:5, 10

**jump** 5:17

**jumped** 124:10

**jumping** 84:22 96:3 107:11

**June** 95:24

**jury** 103:19

**just** 5:13 6:22 7:2,11 8:20,23,24 14:12 16:12,13 20:21 21:4,14,15 26:12,15 27:6,16,18,19 29:6 30:3, 10 32:14,15,18 33:5,7,17 34:15 36:18 37:4 38:4 39:9,15 42:14 44:3,7 47:7,23 49:11,17,22 50:16 51:10 55:11 56:5,10 57:17,20 58:4 60:3 63:13 64:24 65:1 67:10, 23 68:2,7 69:15 78:1 80:6,9,14,21 81:6 87:5 88:15 89:17 91:13,16 96:3,8,19,21 97:20 98:17 99:13 101:2 105:12,13,21 107:10 109:23 110:16 111:2 112:4,5,17, 19 114:15 115:6,13,21,23 116:13, 14 117:11 118:13,14 119:14 121:11,21,24 122:22 123:4,20 125:7 126:8 128:10 130:17,22 132:21 133:12,23,24 134:15

**K**

**keep** 18:6 44:21 68:7 116:10,11

**kept** 29:22 123:9

**kicked** 54:18

**kidney** 125:4

**kids** 7:3

**kill** 82:23 83:4

**killed** 128:17

**Kim** 7:24 8:1,3,14,15 9:9,12 10:2 14:20 48:21 50:17

**kind** 5:18,22 6:10 7:11,14 23:15 25:16 26:12 28:19 30:19 34:10 42:8 44:7 56:3 58:14 82:1 91:20 96:3 102:9 106:21 115:9 126:9 127:17 129:5 130:15

**kinds** 44:8

**kitchen** 28:9,10,11,12,21 34:9, 11,17,21,23 35:6 36:2

**knew** 6:5,20 19:14 35:8,9 46:9 53:3 103:23 104:9 107:4 129:19, 21

**knocked** 122:15

**know** 6:2,5,9,11,13,18 7:3,5,12, 13 8:20 10:12 13:2,4,14,22 14:7, 13,16,18 15:12 16:3,4,7,9,11,12, 13,21 17:7 19:15,22 20:11,20,21, 22,24 21:2,18,19 22:10,17,19 23:21 24:4,15 25:13,18,23 27:21 28:1,3,21,22 29:8,21 31:19 32:15, 16,19,20,21 34:18,19 35:2,8,9,24 36:15 37:15,22 38:5,24 40:24 41:18 42:16,17 43:12 44:12 46:24 47:1,5,10,13 49:3,24 51:14 52:21 56:3,23,24 57:20 58:2,3,4 59:9, 10,12,13,14 60:20 62:11 64:17 65:13,15 66:16,18,24 67:1,14 69:10 75:16 77:17 80:5,6,24 81:6 84:17,18,23 86:20 89:2,6,12,20 91:20 92:2 93:8,10 101:15,19 103:22 107:11 108:9,12 112:9 113:9,11,15 115:6,9,19,20,21,22 117:14,15 118:5,7,12 119:11,13, 14 120:2,3,22,23 121:4,7,8,13 122:14 123:12,16 125:6 126:5 127:17,19,20,22 128:10,14,15,16, 17 129:17 130:1,8,10 131:8 132:1,6,7,8,20,21,22,23 133:24 134:3,5,10

**knowing** 56:17 128:12 130:5

**known** 126:10

**L**

**lady** 45:20 96:9 97:6,8 122:22

**Lafayette** 69:2

**Lake** 74:1

**laps** 25:24

**last** 30:10 35:13,15 36:15 47:8 60:17 73:22 105:22 122:15

**later** 126:21 134:1

**laughed** 120:21

**laughing** 120:19,24

**laundry** 15:24 33:19

**lay** 27:18,19

**leading** 20:1 39:22 54:19 55:1,7

**learn** 53:1

**least** 57:14 114:24

**leave** 65:18 122:1

**Lee** 47:24

**left** 6:2 9:19 10:1 16:19 21:23 28:5 30:16,23 32:23 36:3 114:15, 18 134:20

**left-hand** 50:13

**legs** 37:21

**lesser** 37:15

**let** 7:16 8:24 12:23 13:22 26:15 27:19 28:15 35:24 49:6,24 60:15 65:1 79:2 81:20 82:4 89:20 92:12 98:11 101:11 106:2,24 109:8,10 111:16,19 123:20 127:12 130:13

**let's** 16:15 21:24 22:2 28:15 30:22 39:16 44:4 54:6 80:5 96:20

**letter** 78:17

**letters** 23:11

**letting** 91:19

**license** 58:2 110:23,24 113:4,6 114:9,10,13,14,21

**lie** 83:8 90:22 94:11

**lied** 91:18 93:5

**lieutenant** 22:14

**life** 5:22,23 6:22 7:1,10 16:17 21:10 53:4 74:8 85:15,19 102:22 130:6

**light** 56:7

**lighter** 92:16

**like** 5:22,24 6:1,2,9 7:6,12 8:13 13:3,11,15 14:7 16:5,10 20:18,24 21:19,21 22:8,9 24:15 28:22 32:3, 16,19 33:7,13 34:23 35:3,8,24 38:9 40:22 42:2,14 43:10 49:14 52:21 54:4 56:8,10 57:20,24 58:1, 16 62:2 64:16,17,19 65:9 66:22 71:11,20 72:18 73:5,7 75:11 78:15 80:6 81:17,20 83:23 84:2 85:21 87:14 89:4 91:21 92:16 95:7 96:11 98:23,24 101:21 105:12 106:17 112:1,2 113:7,8,9, 21,24 115:16,17 116:15,16,18 118:11 119:12 121:22 124:20,21 125:2,7,9 127:23 128:11,13,22 131:21 132:11,16,17

**line** 40:20 128:15

**Lisa** 119:3

**list** 47:24 48:16,17,18,20,22 50:16 51:1 59:22

**listen** 23:24 24:4,7 34:2,3,5

**listening** 17:24

**lists** 47:24 48:21

**little** 5:17,21 16:8,9,15 17:8 22:2, 3,10 23:7,10 26:13 28:15 41:3,4 46:6 64:16,19 65:9 66:20 74:23 75:12,13,15 79:9 81:21 82:11 83:21,23 84:13 93:11 96:20 100:10 107:15 110:22 113:8 114:24 118:4 129:14,16,20

**littles** 22:7

**live** 7:21 8:2,14 9:12 10:17,24 11:16 74:21 75:14 76:9 77:14 117:12

**lived** 9:9,11,19 10:15,16 73:23 74:8,17,18,20,22 75:9 77:24 78:2, 5

**living** 8:1,3 10:2 11:6 16:2 22:8,9 61:19 73:24 74:5 75:18,20 76:3 77:10 95:23 96:2,4 126:4

**located** 10:18

**location** 8:5

**lock** 108:3 122:23

**locked** 12:3,19,20,24 13:6,11 14:14 15:3,6 16:6,16,17 18:22 19:21,22 46:10,11,24 102:22 122:24

**long** 9:12 10:24 12:2 14:14 16:20,21,22,23 17:5,7 37:24 41:2 42:4 56:17,24 57:13 60:6,24 64:15 75:11,14 77:21,23 78:4,6 84:9 95:7 100:17,22 111:12,18 124:14 128:13 129:7

**long-term** 128:18

**longer** 129:9

**longest** 36:8,11,12

**look** 49:23 62:2 64:16,19 71:20 72:18 73:7 78:15 81:10,13,17,20 92:5 95:16 98:17 120:24 122:12

**looked** 49:10 73:5 116:14

**looking** 102:9 103:5 105:9

**looks** 49:14 65:3,9 81:15 98:18,23

**loose** 58:7,10,12

**lost** 6:23 14:12 94:24 95:4

**lot** 6:3 7:13 10:14 21:17 31:18,19 32:21,22 34:1 37:22 41:6 66:16 91:10 94:9 117:13 118:6 119:20,21,23,24

**low** 22:12

**lunch** 35:7 101:13,16,17 110:8,11

**M**

**ma'am** 61:21 85:2,5,9,13,16 87:1,4 89:23 90:12 91:5 94:2,20,23 95:2 102:20 108:21 117:22 131:14

**mad** 18:11 52:5

**made** 29:6 40:20,24 80:3 109:6

**maintained** 116:15

**maintenance** 18:6 28:17,18,20 29:2,5

**make** 8:24 14:7 26:12 38:10 80:19,24 82:14 103:20 122:1 126:15 127:4 134:3

**makes** 5:19

**making** 7:15 132:14,17 133:2

**man** 18:6,14,16,17 22:15 28:9 58:22 87:12 100:10,13,14 122:19,20 126:19 127:10 128:16 130:5,6,10

**manage** 116:10

**management** 51:24 52:1

**managing** 119:9

**many** 16:12 27:2 29:18 30:21 107:4

**March** 65:22 68:16,19 70:17 83:10 90:7,9,14 91:1

**marijuana** 63:19 94:7,15

**mark** 49:2,17 59:15 64:5 70:8 71:14,15 72:11 76:11 78:10 81:1,6 95:9 98:7

**marked** 49:19,20 50:9 60:7 64:7 70:7 72:12 76:13 78:11 79:3,5 81:8 95:12 98:9

**married** 8:18 10:4 11:1,3 47:18 53:5

**marry** 10:3

**Mary** 45:21 46:7,8,12,17 75:7,10,14,15

**match** 56:21 57:3

**matching** 56:20

**matter** 15:8 115:8

**mattered** 115:7

**may** 41:22 42:17 66:19,21 78:20,21 79:18 84:12,13 101:18 107:3 121:15

**maybe** 8:12 37:14 41:21 66:22 84:2 99:15 124:21

**mean** 21:24 22:1 25:14 28:8 29:14 30:1 32:15 35:19,21 41:2 77:8 85:20 91:10 102:10 112:1,5 115:10 132:20

**means** 24:14 84:20

**meant** 103:18

**medi** 107:24

**medical** 83:6 89:8 90:20 91:9 92:5 108:15,16,23 109:5,21 115:2 116:5 124:22 131:4

**medication** 30:19 87:16,24 89:9 107:24 108:9,20,24 109:18 110:1 116:19 117:1,20 118:1 131:12 132:20,22

**medications** 121:23

**medicine** 6:6,7 29:13,15,16 30:20 88:11 89:11 110:8 122:6,10 131:8

**meet** 12:18

**meetings** 52:13

**mental** 41:20 43:10,15,17,22 82:11 116:5

**mentioned** 11:18 28:17 112:22 114:5,23 117:3 118:14 131:21

**mess** 35:20 44:12 96:16 100:23 101:1 107:4

**messages** 38:4

**messed** 6:24 85:22 129:5

**met** 8:15,16 9:12 11:5 12:1,2,19,20 45:22 46:12

**Mi** 130:18

**middle** 99:14 122:17 126:14

**might** 59:9,11 87:5 101:23 102:21 130:14

**mind** 17:21,22

**mine** 17:22 124:17

**minutes** 105:13 134:19

**Miserable** 20:20

**Misha** 101:19 105:14 130:18

**missed** 7:2,6,7

**missing** 60:3

**misstates** 54:19 86:11

**mom** 32:21 37:6,10,11,13,17,19 123:8

**moment** 130:16

**money** 56:18,24 126:23

**month** 9:14,16 20:8 57:14 134:12

**months** 8:13

**more** 7:16 12:4 31:10 57:19 58:5 72:6 75:10 80:13 82:22 101:2,11, 22 105:10,21 106:14 113:16 119:13,15 123:4 126:4 130:15 134:2,3

**morning** 5:11,12 25:2

**most** 5:15 14:17 93:8

**mostly** 23:17 80:24 116:13

**mother** 15:8,9,13 46:2 117:17

**mother's** 57:16 61:21

**motor** 59:6

**motorcycle** 100:1,6,12,13,22 113:4,8,20

**motorcycles** 112:23 113:7

**Mount** 83:11

**mouth** 67:16 87:23

**move** 8:8,11,15 11:13 24:9 25:15 58:11 84:22

**moved** 8:12 9:20 10:2 108:1 118:5 125:14,15,16

**movement** 21:20,22,24

**moving** 84:21 129:2

**Mr** 5:11 49:22 56:22 60:11 64:14 72:3,16 73:18 76:19 81:10 99:6 102:2 110:16 116:4 120:8 121:16 131:2 133:20

**MS** 5:10 20:1,5 30:3,10,13 39:22 40:1 45:18 47:7,12 49:2,5,8,10, 13,17,21 53:10,13 54:19,23 55:1, 4,7,10,17,19,22 59:21,22,23 60:2, 8,10,13,18 61:7,10,13,16 62:8,15, 23 63:2,10,13,16,17,20,23 64:1,4, 8,9 65:20,21,24 66:4 67:5,8,20,23 68:2,4,6,8,12,15,21,24 69:3,8,17, 20,24 70:3,4,10,13,20,23 71:2,5, 9,12,14,18,23 72:2,8,11,13,15,23 73:3,4,10,12,18,20,21 74:13,16 75:22 76:2,14,17 78:10,12,13 79:6 80:11,15 81:1,5,9,18 82:8,10 86:7,8,11,16 95:9,13 98:10,19,21 99:22 101:10,13,14,15,18,21 102:1 105:3,4,12,15,21,24 109:1, 7 110:4,7,15 130:13,17,18,20,21, 22,23 131:1,5,9,16,17,20 132:18, 24 133:10,12,19,23 134:7,9,13, 15,18,21

**much** 6:7 13:10 16:4,10 20:22 21:13 26:6 28:22 29:15,18,19,21, 22 30:20,21 32:6 57:5 59:12 102:10 108:9 110:5 113:2 116:16, 17 131:22,23 132:1,8,10 133:4 134:2

**multiple** 82:21

**murder** 39:21 40:5 72:4 75:18 102:5,6 107:13 116:3 120:8

**music** 21:17 24:1,4,7

**must** 56:3,7

**mustache** 70:16

**my** 5:13 6:3,7,9,22,23,24 7:2,3,8, 9,10,14,22 8:15,16,18 9:14 11:14, 24 12:10 14:12,15 15:8,9,13 16:3 18:12,21 19:10,12,18,19,20 21:3, 5,9 24:4 26:2 27:9,18 30:10 31:12 32:20,21 33:5,6,19,22 34:3,4,5 36:7 37:10,11,18 38:2,14 44:9,10, 11,15 45:15,20,22 46:5,15 47:17 50:2,11,19 51:6 53:18,21 56:2,9 57:16 58:2 61:21 64:17 66:7,14, 15 74:18,22 75:12 77:5,15 78:15 81:17 88:13 89:1,2,3,4,10 90:2 92:3 95:18 96:10,19 99:13 100:23 101:7 107:10 109:13 110:16 111:12 113:6,22 114:1 117:14,17 118:7,24 119:1,2,3,5,6 120:2,12 121:14 122:10,22 123:8,9,16,21 124:7,8,10 125:2 126:14 129:4,20 130:6,8,15 131:8 133:10 134:6,9

**myself** 15:23 16:12,14 26:1 27:18 116:13,14,15 134:3

**N**

**Nah** 29:3 92:17

**nailed** 25:14

**naked** 22:18 40:21

**name** 5:13 9:23 28:7,9 31:4,5 35:9,10,14,15 45:21 47:1,8,10,13 65:13,17 66:5,7,12 75:5,7 82:5 84:6,8 106:5,14,17,22 110:16 121:16 122:18 123:16

**named** 56:14

**names** 48:23

**Nancy** 110:17

**neat** 81:13,15

**necessary** 115:16

**need** 122:10 130:15 134:11,14

**needed** 108:10 116:18

**neither** 60:20 61:1 87:10

**nephew** 50:19 51:6 66:15

**nephew's** 66:7

**never** 6:13 14:12 15:23 25:18 31:22 32:2 38:14,18,19 47:18 50:19 51:2,5 53:17,19,20 58:22, 23,24 59:1 60:23 62:11 66:14 69:6,14 77:5 82:6,24 83:1,2,5 85:22 86:13,14 89:22 94:13 95:19 96:10 98:24 114:15,16 116:22,23, 24 131:14

**new** 31:2,3 43:13 57:11

**news** 23:17,18

**next** 9:18 28:6 31:7 49:3 76:21 77:17

**night** 85:12

**nine** 25:24

**no** 8:15 12:4 17:13 18:9,14 19:10, 18 21:16,17,20 22:11,14,17 26:8 27:7 28:13 29:12,14 30:2 31:5,22 32:5,18 33:18 34:15 35:20 36:2 37:2,4,18 38:2,19 39:14 41:12,14, 16,22 42:16,21,23 43:1,2,4 44:4, 19 46:11 47:11,20,22 48:2,4,17, 18,24 49:9,11,13,19 50:8 51:6 52:3,5,6,10 53:3 54:2,4,5,8,12,22 57:19 58:5,13 59:12,13,16,20 60:9,14,17,23,24 61:9 62:10 63:16,22 64:3,6,11 65:15,19 66:2, 7,10,18,21,23 67:1,18,22 68:14, 20,23 69:5,6,13,19 70:6,10,11 71:4,15,17 72:11,14 75:24 76:5,8, 10,12,23 77:2,5 78:10 79:4,11 80:11,23 81:2 82:4,6 83:13,17,24 84:22 85:2,5,9,13,16,18,20 86:14, 15,19,21 89:23 90:2,3,4,12,19

92:1,3,10,17 93:15 94:9,13,20,23 95:2,10,22 96:11 98:8,16,24 99:5 100:19 101:2 102:11,13,16,20,23 103:6,22 104:22 105:2,11 106:10 108:11 109:3,5,22 112:6 113:12, 16,22 114:15,20,22 115:4,9,18,20 116:2,7,9,21,22 117:2,10,22 118:1,13,20 119:12,15 120:16 121:11 122:1 126:4,8,20 127:21, 23 128:2 130:7 131:14 132:16

**nobody** 19:23 59:13 96:17

**noncompliant** 89:8

**none** 32:18 44:10 60:23 62:14 95:18

**nonetheless** 133:6

**Nope** 59:21

**north** 96:12,14,15

**nothing** 16:1 20:20 21:16,17,19 25:21 27:6,8 32:3,14 35:5 54:4 57:24 58:24 62:2,16 66:17 71:11 80:5,20 90:4 95:7 98:24 103:22 111:20 115:10 117:11 121:7,14 122:16 126:3 127:20 128:9 130:7, 9

**notice** 119:16

**noticed** 120:3

**numb** 120:2

**number** 48:15,20 49:3 53:22,24 56:20,21 57:5 58:16 79:19 123:17 129:10

**numbers** 54:5,8 57:2

**nurse** 21:7 42:14

**nurses** 19:13 83:6 85:3,6,10

**O**

**object** 63:13 68:4 86:7 133:24

**Objection** 20:1 39:22 53:10 54:19 55:1,7,17 61:7,13 62:8,23 63:10,20 64:1 65:20,24 67:5,20 68:12,21 69:3,17,24 70:20 71:2,9, 23 72:8,23 74:13 75:22 86:11 105:3 109:1 131:5 132:18

**observed** 54:17

**obtain** 110:23

**Obviously** 73:24

**occasion** 82:22 99:1

**occasions** 82:22

**occupation** 61:23

**October** 63:24 64:12 65:16 71:6

**off** 8:3 10:19 18:20 27:17 30:1,3,5 56:15 57:23 58:11,13,17 73:13 105:16,22 110:9 125:3 126:21 133:13,14 134:22,23

**Offender** 48:20 50:16

**offense** 59:8

**offer** 111:23 112:15 115:24

**office** 28:8 58:16

**officer** 28:11,12 34:8,9,17 36:2 42:11 56:4 58:14 117:8 120:17

**officers** 19:10,23 21:4 26:2 34:14,18,24 41:7,15 51:15 61:5 80:8,13 104:17 115:3 120:22 122:10

**officers'** 34:11,20

**often** 12:24 13:8 14:5 27:22 33:3 38:6,21 45:2 88:18 118:3

**oh** 11:22 20:10 29:14 30:1 40:12 42:13 44:16 49:4 62:5 67:14 68:3 73:2 77:6 98:24 106:12 110:8 122:20 130:20

**okay** 5:15,16 7:20 8:22 9:2,6,18, 21 10:1,11,15,20,22,24 11:10,17 12:1,21 13:16,17,18,21,22,23 14:7,24 16:17,18 17:2,17 18:1 19:2 20:15,18 21:11 23:3,12,15, 20,24 24:3,18,24 25:7,12 26:13, 14,20,23 27:4,10,20 28:5,15,19, 23 29:7 30:22 31:6 32:9,12 33:10, 14 34:6 35:1,13 36:13,20,22,24 37:3 38:15,17 39:3,17 40:2,16 41:17,24 42:13,19 43:5,16 44:3, 20,23 45:2 46:9,13,19 47:23 48:5, 19 49:1,8,9,17 50:4,6,13,15,21 51:4,9,17 52:17,24 53:14,22 55:14,23 61:2,19,22 63:13,15 65:2,5,11 67:14,15 68:4,6 70:3,17 71:13,21 72:19 73:3,9,12,18,20 74:17 77:3,6,14,20 78:4,16 79:2, 12 80:17,22 81:22 82:8 83:10,22 87:20 88:5,18 89:14,15,16,18,22 91:14 95:23 96:18,20 97:9,20 98:7,17 99:1,17,23 100:7 101:4, 14 102:3,8,17,21,24 103:4,7,23 104:8,16,24 105:15 107:6,10,20 108:17,19,22 109:11,15,20,23 110:20,21 111:6,14,23 112:22 113:13,17 114:3,5,17 116:3 124:3,13 125:13,19,21 129:6 130:20 131:10,15 133:9,12,19 134:13,21

**old** 6:22 12:9 57:9 66:24 67:11,14 84:1 87:11,22 90:7 100:15 112:19 113:9 118:6

**older** 83:24 119:5

**oldest** 7:8 77:15 101:7

**once** 11:19 13:1 19:22 38:23 42:8 45:3 57:20 127:22

**one** 11:17 16:13 18:3,5,7 25:10 30:15,16,18,22 31:10 33:18 36:1, 9,15,16,17,18,19 37:1 41:24 42:3 43:2 44:5 49:11,23 50:22 52:13 59:23 60:20 61:1 64:16,18,19,22, 23 65:3,6,8,9 66:9 76:23 78:10 80:3,23 82:22 92:18,22 98:23 100:2 106:14,19 107:1 113:8 115:23 118:20 130:14

**ones** 7:9 80:9 119:4

**only** 19:2 21:8,9 26:9 50:22 82:13 115:8 118:20 119:4 123:4 124:17

**open** 19:23 121:14 124:11

**opt** 112:17

**option** 111:23 112:15

**oral** 5:7

**orally** 111:24

**organized** 42:3

**other** 7:9 24:6 25:10 26:13 29:1 32:16 46:4 49:7 74:8,9 78:8 82:2 83:23 99:24 102:12 107:1,10 116:5 119:5 120:1 123:17,18 124:7 125:15 133:21

**others** 46:15 85:8

**Outlaw** 100:7

**outside** 33:8,9 36:6 56:13 126:8

**over** 6:7 12:4 19:14 21:5 22:12 26:13 40:22 43:14,15 56:4 69:6 75:16 124:13,24

**overdoing** 132:8

**own** 17:21 44:10,11 115:13 123:10

**owner** 58:20

**P**

**p.m.** 105:17,20 110:10,13 133:15, 18 134:24

**pack** 31:12

**page** 50:10 76:18,22 78:14 81:7 95:14,16

**Palos** 8:5

**Pam** 50:17,23

**paper** 48:19 50:7

**papers** 91:8 122:17

**paperwork** 91:19 125:9

**parents** 117:14

**Park** 57:15

**parole** 79:15

**parolee** 78:18

**Parson** 84:9

**participant** 51:18

**participating** 51:19

**particular** 51:23

**pass** 33:15,23 37:12 45:21 46:14 105:22

**passed** 15:13 37:11,16,20 111:2, 6 112:21 117:18

**past** 122:18

**patience** 113:16

**patient** 8:17

**pause** 42:1,4 60:6 64:15 99:16

**payee** 77:7

**PCP** 71:8,22

**penalty** 102:9,12,15 103:5

**penis** 41:2,4

**penitentiary** 6:3 17:16 38:14 106:12 131:11,13

**people** 16:12 21:5 43:9,10,15,17, 21 44:12 48:23 51:1 69:11 80:17 103:19 107:4 108:5 111:18 117:13 118:6 123:11,24 127:18

**peoples** 43:15

**period** 16:15 31:1 53:14 68:10

**permission** 98:5

**person** 13:13 35:10 47:1,13 64:13 65:4,13 66:11 70:14 72:16 97:14,17 98:5 106:18 127:14

**personal** 18:17 115:13

**petition** 106:19

**phone** 7:5 13:6,7,9,14 14:1 15:17,19 37:9 38:4,11,20,22 48:12 51:7 97:24

**photo** 64:11

**photograph** 60:11,12,19 64:13 70:14 71:19,21 72:17,19

**physical** 111:8 120:8

**physically** 37:24

**physician** 116:24

**pick** 88:11

**picture** 23:18 62:3 65:3

**picture's** 65:6

**pictures** 64:22

**piece** 48:19 50:7

**pill** 88:1

**pills** 6:9 29:19 87:19 88:13,15 89:1,2 132:12

**pistol** 126:10,20

**pitchfork** 100:5

**place** 6:12 9:18,19 18:6 31:7 33:4,21 34:7 38:7,13 88:14 96:11 108:3,8 111:1 123:10

**places** 7:14 73:23 74:8,11

**plaintiff** 98:20 134:16

**plan** 11:15

**plans** 11:10 121:22

**plantation** 108:4

**plate** 55:16

**plates** 55:16 56:2 58:19

**play** 24:14 25:5,16,18,19 27:7,9, 17 32:17 89:5

**played** 119:11,14

**playing** 126:9

**plead** 59:8 69:21 104:18 105:6,9

**pleading** 54:24 62:6,16,18

**please** 5:3 91:11 121:15 122:24

**pled** 39:6 102:24 103:15 104:13, 16

**point** 24:20 102:6,14 109:16 112:24 115:1 117:9 120:16 129:15

**pointed** 64:24

**police** 41:7 54:16 56:19 61:24 66:6,8 67:15,19 69:14 72:20 80:7 104:16 115:3 117:8 120:17 122:10,23 128:1

**poor** 64:18

**pop** 24:14 26:2

**position** 127:5

**positive** 86:4,10

**possess** 78:18

**possessing** 63:19 72:21

**possession** 59:5 62:7,19 63:5,6 67:2 68:17 69:21 71:7,22 72:5

**possibility** 101:23

**possible** 90:18 91:3 93:5

**pound** 57:1

**pouring** 21:5

**powder** 129:21

**preference** 134:9

**present** 103:24 104:4

**pretty** 6:24 10:5 15:22 16:10,23 25:10,11 26:6 31:17,19,20 34:18

117:3

**print** 82:5,6

**prior** 114:24

**prison** 17:3 31:16 43:3 53:1 79:16 116:3 125:23

**privacy** 22:11

**probably** 77:23 101:21 105:14 107:9 111:18 129:14

**probation** 55:5 62:21 63:3,8

**problem** 49:11,13 95:5

**problems** 6:15 37:23 43:11 83:15

**proceedings** 91:6

**process** 40:17 96:6 97:23

**processed** 40:8,10 107:16

**produced** 60:17

**program** 51:24 52:2,4,6,8,9,11, 20 93:18 94:10,12 125:15

**programs** 23:15

**Project** 107:2,8

**provide** 124:21,22

**public** 91:7,15 92:14 103:8 104:3

**pull** 111:21

**pulled** 19:13 56:4 57:17 126:11

**purportedly** 79:14

**purports** 60:12

**purpose** 115:19

**pushed** 19:16,18

**pushing** 19:9

**put** 6:23 7:14 19:14 22:13 24:4 28:11 34:16,17 36:1,2 40:19 48:16,17 51:1 57:1,2,11 58:15 62:21 66:14,15 86:3 87:16 89:7 93:20 98:23 100:19 103:12 104:4 113:22 114:1 125:23 134:14

**putting** 67:16

**Q**

**question** 9:1 26:17 30:10 65:1 92:12 107:10 109:8,13 118:21 121:22

**questions** 5:15 7:16 8:21 41:20 49:22 56:9 67:13 82:14,17 101:11,19,20 102:3 110:5,17 112:9 118:21 120:11 123:4,15,19 130:14,19,22 133:11

**quick** 10:6 44:4 73:10 101:12 105:13 134:15

**R**

**race** 101:2,6,8

**racing** 101:2

**rack** 57:2 58:15

**radio** 23:22,23

**raised** 45:24 74:22

**ran** 18:21,22 19:14,20 34:23 56:7 119:13

**rather** 134:1

**reach** 38:24

**read** 30:10,12 62:10,12,14,17 67:10 72:13 78:22 79:23 80:19 91:12 111:15,17,19

**reading** 59:13

**ready** 123:9

**real** 12:3 22:10 28:8 35:9,19,20 41:2,3 44:4 45:21 46:23 127:18 128:16 132:6,13 134:15

**realized** 103:8

**really** 6:9,10 13:10,13 16:5,7 18:4 21:1,13 22:11 28:1 33:17 41:10 42:3 44:9 58:15 59:14 64:17,19 106:4 115:7 122:20 128:14 131:17 134:11

**reason** 6:17 10:1 115:11 126:12

**reasons** 6:5

**recall** 111:11 114:23 117:16 121:9 123:13 124:20,24 129:6 131:17

**receive** 84:3,5 124:14 125:8

**received** 55:5 93:17

**receives** 124:20

**receiving** 29:9 43:24 131:22 132:1

**recently** 46:17

**recognize** 60:19 64:13 70:14 71:19 72:16 76:21 78:9,14 79:7

**recommended** 116:24

**record** 5:1 9:4 30:4,5,9,12 47:7 49:18 51:12 54:20 60:8,13,16 64:8 71:16 73:13,17 78:12 85:20 86:2,3,9,11,13,14 90:20 98:19 105:16,19 110:9,13 133:13,14,18 134:14,16,22,23

**records** 51:9 83:7 89:8 91:9 92:6 124:22

**redirect** 134:17

**Reed** 5:3,5,11 36:5 48:21 49:19, 22 50:10,17 56:22 60:9,11 61:23 64:8,14 70:9 71:15 72:16 73:18 76:19 78:12 79:4 81:5,10 99:6 102:2 110:16 121:16 131:2 133:20

**reference** 51:15

**referring** 80:11

**refocusing** 99:19

**refuse** 131:3,12

**refused** 132:23

**regarding** 49:15 59:24 60:4

**Regardless** 80:20

**register** 98:12

**regular** 21:12 22:5 122:6

**regularly** 107:23

**rehabilitation** 8:9 11:11 76:7

**related** 79:14,17

**relates** 119:9

**relationship** 10:6 11:5,8 14:9, 11,12,19 15:2 17:18 31:13 32:1 34:14 35:17 46:21

**relative** 124:17

**relax** 29:6

**released** 7:17,20 14:3 79:16

**remember** 10:22,23 16:22 17:6 19:16 20:6,8 28:7 31:1,4,5 35:13, 15 39:9,10,11,12,14,24 40:8,10, 16 41:19,21,23 42:10,14,18 43:5 48:22 50:24 51:19 52:1,6,8,15,16 53:22 54:4,9,15,16,22,24 55:3,9, 12,13,14,21,23 56:1 61:4 62:6,20 63:12,18 64:3 65:22 66:8 67:15, 22,23 68:2,16,18 69:13 70:2,5,22, 24 71:11 72:1,10 73:1 75:8 76:6, 23 77:9,12,13,15,16,21 78:4,6,19 79:16,18 83:11,14,17,18,19 84:8, 9,10,14,15 85:6,10,13,14,17 86:1, 6,15,17,19 87:1,3,4,6,7,9,10,11 88:9,10,12 89:10,12 90:5,11,13, 17,23,24 91:2,5,8 92:7,8,10,14,23 93:4,7,12,16,19 94:2,5,16 95:6,8, 19 102:5,14 105:7 106:16,21 108:11 120:23 122:19 123:18 129:7 131:7

**remembered** 90:19

**remind** 5:13 8:23

**renewed** 114:16

**reorganize** 73:11

**repeat** 121:2

**report** 79:15 127:24 128:11

**reported** 56:13 128:12

**reporter** 5:3 45:16 49:4,6,9,11,14 55:18 59:19 81:14

**represent** 5:14 47:23 70:11 71:16 78:16 79:12 110:17

**represented** 91:7

**representing** 91:23

**Request** 48:20

**requested** 30:12 49:20 60:7 64:7 70:7 72:12 76:13 78:11 79:5 81:8 95:12 98:9

**residence** 61:24 108:4

**Response** 76:14 95:15

**rest** 19:12

**result** 114:9,10

**retract** 113:5

**Richmond** 77:11

**Rico** 119:2

**right** 6:18 8:3 9:5,8 10:19 14:22 18:24 19:24 20:16,17 21:6 26:16, 18 29:16 30:14,17,20 34:5 35:22, 23 37:5 39:13,16 40:4,11,13,14 41:11,13 43:3,20 44:20 47:2 50:2, 5,11 53:6,9,16 54:1,6,9 56:3 58:8, 12 59:2 64:23 65:2,7 75:21 77:24 78:23 80:4,10,13 82:9 85:24 88:21 89:19,20,22 90:11 93:23 94:4 96:22,24 97:3,13 99:8,12 103:11,14,17 104:2,18 105:12,21 106:8 107:16 108:14 109:9 110:3, 7 112:23 114:1,7,11 120:10 122:4,11,12 124:8,15,19 129:5 130:14 131:16 132:17 133:2 134:21

**Robinson** 106:4,15

**rock** 69:16,19

**romantic** 10:6

**room** 15:24 16:1,2,3 18:18 19:20 21:3,14 22:4,5,20 23:3,5,13 24:6, 12,13 25:6,9 26:2 32:10,12,13 33:6,18 41:7 44:9 83:11 96:19 104:17 107:5

**roommate** 17:9,12,15 107:6,7

**rooms** 22:7,10

**rules** 41:18

**run** 118:24

**running** 46:15

**S**

**safety** 115:14

**said** 9:11 18:15,16 20:22 21:2 24:9 26:3 34:16 36:2,4,24 42:2 44:13,18 45:17 46:16 54:17 56:7, 19,23 57:2 58:4,20,23 61:5,22 65:9 77:24 83:7 86:23 90:20 93:23 94:6,9 95:3 106:2,3 109:3 111:20 117:4 123:11 126:13,18 129:3 130:5 132:16

**Saint** 85:24 89:7 90:6,13

**same** 6:10 10:12 14:23 16:11 17:12,15 26:21 31:9 32:6,8,9 57:21 79:13 112:9 114:3,4 118:8, 21 129:4 133:6

**sat** 97:4,6,8

**Saturday** 14:6 134:4,10,12

**saw** 61:5

**say** 10:5 13:12 14:9 18:14,18 19:8 20:24 22:15 24:17 25:2 35:24 36:6 41:22 42:7 53:4,20 54:13 56:11,18,19,21 58:19 59:20 60:15 62:14,18 64:17 67:7,10 72:4 75:3,17 79:19 82:20 86:14, 23 91:13 94:14,17 97:7 98:3 100:4 106:5,14 108:12 119:23 121:16,17,18,19 122:19,20 127:18 128:9 130:9 132:20 134:20

**saying** 7:13 19:16 39:9 40:24 47:2 52:22 83:8 85:21 90:22 91:15 93:12,16 95:6,20 119:11 121:7 130:3

**says** 51:13,17,23 77:10 100:7 121:16

**Scared** 90:3

**schedule** 134:6

**scheduling** 133:21

**schizophrenia** 84:11,16 117:8 118:11

**schizophrenic** 84:20,21

**school** 46:1 53:1 69:6

**screen** 86:4

**screwdriver** 57:6

**screwed** 25:14

**search** 40:19

**searched** 109:6

**seat** 18:8 25:24

**second** 30:22 31:16 32:13,24 33:4,16,21 34:7 36:8,16 37:5 38:1,7,12 41:24 42:3 46:15 49:12 59:23 63:13 76:18 95:14 133:12

**Security** 77:7 123:17 124:14 125:12,16,23

**see** 7:4 12:4,5,8,21,24 13:3,12 22:17 38:6,8,12 41:1,8 46:4,18 49:24 50:2,6,10,11 51:2,6 52:21 73:7 78:9 80:16 81:20 82:4 86:9, 14 95:17 98:15,18 101:22 108:9

109:4 121:18 122:12,20 130:13

**seeing** 90:16,21

**seek** 116:5

**seen** 10:9 13:1 19:11 21:4 35:24 36:4 46:16 58:22 59:1 86:13 98:11,22,24 118:8 122:21 127:1

**seent** 12:5 58:23 118:7

**seg** 20:10,13,19 21:8,9,14,18,23 22:5

**segregation** 20:9,19

**self** 19:21 127:11

**send** 42:7,11 92:2

**sense** 5:19

**sent** 43:14

**sentence** 92:16

**sentenced** 105:10

**separate** 108:3

**serial** 57:4

**serious** 115:17

**serve** 20:21

**set** 26:23

**seven** 25:23,24 37:14 75:16 134:20

**sexually** 42:24 43:2

**shaking** 56:9,10

**share** 18:14,15

**she** 7:8 10:12,13 12:12 15:9,10 26:19 32:21,23 37:11,12,16,20, 21,22,23,24 38:2,3,4 42:16 45:19, 21 46:2,3,14 48:14 75:11 119:6 123:9,10 125:2,3,4,7

**she's** 8:17 12:13 74:19

**shelter** 93:14,15

**shelters** 76:4

**shit** 18:16 22:17

**shook** 122:22

**shoot** 37:13

**short** 30:7 73:15 105:18 106:21 133:16

**shot** 32:17 87:23 88:1,13 89:2,4 119:13 126:1,3,13 127:2,8 128:8, 19,22,24 129:18,19,20

**shots** 88:15 131:8

**should** 49:10 56:21 62:1 128:11

**shoulder** 99:12

**shoulders** 99:10

**show** 44:3 50:9 59:15 64:5,10 70:8 76:11,18 78:8 79:2,3 95:14 98:7 99:15 100:2 103:24 104:10

**showing** 60:8,11 100:20

**shown** 62:3

**shut** 19:22

**sic** 74:18

**sick** 6:11,12 43:9 46:3 89:11 121:24 125:3 132:7,14

**sickle** 119:3

**side** 36:1 49:15 50:5,13 59:24 60:4 65:6 96:12,14,15 105:23 118:24 130:9

**sign** 59:20 79:17,23,24 80:3,4,5, 9,19,21,24 82:6 91:10,12,14,16 97:18 123:9

**sign-in** 98:14

**signature** 50:1,2,10,11 76:21,22 77:1 78:9,14 79:7 80:17 81:19 95:17,21

**signed** 59:17 78:24 79:19

**signing** 78:19 91:8

**signs** 113:24

**Simmons** 65:14,17

**Sinai** 83:12

**since** 54:10 134:10,12

**sink** 18:19,20,21 19:19 22:24 23:1,6

**sir** 36:6

**sister** 7:23 9:9,14 12:11,12 14:20 38:2 119:3,5,6

**sister's** 7:22 9:19

**sisters** 14:21 37:9,10 38:6 45:15, 20 106:21 119:1

**sit** 14:15 21:6,15 23:10 24:15 34:4 35:4,6

**sitting** 26:1 97:11

**situation** 32:9

**six** 14:21 37:14

**sleep** 24:22

**sleeve** 100:20

**slide** 111:16,19

**sloppier** 76:24

**sloppy** 78:15 79:9 82:1

**slow** 22:3 96:20

**Small** 22:7

**smash** 22:15

**smoke** 69:16

**smoker** 89:22

**smoking** 90:4

**snatchers** 75:13

**so** 5:14,19,22 6:9,15,18 8:23 9:3, 8,11 10:5,13 11:15 12:7,14,21 13:2,12 16:1,16,19,21 18:10,22 19:1 20:3 21:5,24 22:18,20 23:24 24:10,20 26:15,23 27:9 28:1,12, 15,16 29:21,24 30:14,16,22 35:24 37:14 38:3,23 39:5,16 41:5,6,8, 13,23 42:3 43:24 44:20 45:13 46:9 47:18 48:3 49:18 50:4,13,24 51:9,10,21 52:22 56:14,16,17 57:3,8,24 58:11 59:3,5,14 60:3 61:22 62:12 63:4 64:18 74:19,23 77:1,3,21,23,24 78:10 79:11,18 80:16 82:22 83:6,20 84:9,23 85:23 87:5 88:5 90:19,20 91:3,6, 14,15,23 93:5,9,12 94:11 95:7,20 96:20 97:1,9,20 98:3 99:10 101:7, 15,22 102:4 107:4 108:19 109:13, 17 111:3,18 113:24 115:18,24 116:16,17,18 118:6 120:4 121:14 122:3 123:4 124:3,11 125:8 126:21,24 127:4,5,16,24 128:12, 22 129:10,13 131:24 132:14 133:19 134:12,21

**Social** 77:7 123:17 124:14 125:11,16,23

**sold** 56:15 57:3

**some** 6:17 7:16 11:19,22 25:22 27:15 31:23 33:12 35:7 41:3 47:23 51:9,11 54:6 56:3 58:14 66:19,21 74:23 80:13 83:20 93:8 101:18,20 102:3,5 103:24 109:16 112:23 114:24 123:19 125:3 126:1,9,21,23,24 127:17,18 129:5 130:2 132:5,6

**somebody** 107:5 122:23 128:8

**someone** 41:19 42:7 46:9 48:6,7 61:22 65:17 80:17 96:5,23

**something** 8:13 16:5,6 18:20 38:9 56:7,8,20 59:17,20 66:15,18 75:11 83:23 84:2 85:21 87:13 92:2 93:11 106:17,23 109:4 115:17 123:8 128:13

**sometime** 7:6 16:5 21:14 24:2,4 26:5 33:5,6 88:13 98:2,6

**sometimes** 23:17,24 33:23 45:9 82:5 97:20

**somewhere** 23:7 57:24 104:22 126:15,16

**son** 11:14,20,22 12:21 14:15 38:12,14

**sooner** 134:1,6

**sorry** 30:1,11 45:16 49:8 55:18 59:18,19 60:14 61:17 67:9 68:3,5 77:8 81:14 92:11 94:18 96:13 97:7 100:19 107:18,19 121:2 130:1

**sound** 18:24 106:17

**sounds** 113:21

**South** 61:19 69:2 74:6,18 75:3,4 95:23

**special** 48:16,18

**specific** 7:16

**spend** 11:18 20:8 44:7

**spending** 76:6

**Spiegel** 61:12

**spilled** 18:20

**spirits** 116:11

**split** 124:7

**sports** 119:12

**spread** 40:21

**squad** 123:1

**SRO** 74:1 96:2,4 99:4 123:7,24 124:4

**SS** 125:11

**SSI** 124:20 125:10,14,18

**staff** 91:3

**stamped** 49:24 72:13 81:5 95:10 98:19

**stand** 27:8 62:17

**start** 5:18 6:15 9:3 20:3,12 22:5 56:8,9 89:3 119:16,18 120:11 134:16

**started** 11:5 20:16 113:23 119:20,24 120:19,24 121:24

**State's** 110:18

**statement** 94:8 110:19

**Stateville** 17:4,5,6,10,19,20 18:2 22:6 23:12 28:5,16,20 29:10 30:15,18,23 32:7 36:12,19 39:15

**station** 111:12 120:15

**stay** 11:21 16:12,13 33:5 36:9 43:11,13,17,18 77:17

**stayed** 6:19 9:14 11:2 13:2 15:23 16:2,3 17:6,7 22:4 33:7,18 36:10 38:18 43:6,7,11,19,23 44:9,10,11 75:15 116:13 129:2

**staying** 43:20 93:13

**stays** 11:14

**steering** 57:4

**stem-like** 41:3

**step** 105:13 121:17

**stepped** 121:18

**steps** 48:10

**sterilize** 18:8

**sticks** 41:4,5

**still** 7:10 11:8,9 16:8 58:1 78:24 80:19 112:6 124:23 133:6

**stole** 57:10

**stolen** 56:12,19,22,23 57:3 58:21 114:7

**stool** 22:18

**stopped** 37:22 56:5 58:6 66:6 67:15

**stopping** 56:6

**straight** 108:1,2,5 109:5

**strange** 7:11 117:13

**street** 56:15 75:19 127:1

**streets** 75:20

**stretch** 27:18

**strike** 99:2 106:2

**strip** 40:19,23,24 109:6

**stuck** 25:13

**stuff** 6:11 7:2,5,14 12:6 13:3,14 14:7 18:8,17 24:15 28:21 32:19 37:22 66:20 80:6 88:13 91:10,20 95:7 112:19 116:14 119:12 130:3 132:10

**stupid** 66:17

**substance** 52:8,9,11,17 62:7,19 63:6 67:3 68:17 69:22 71:8 72:6

**such** 116:6 117:7

**sudden** 132:21

**suff** 118:15

**suffer** 118:12,18,22

**suffered** 86:23 118:15

**suicide** 83:8

**suing** 80:8

**Sullivan** 110:15,16 130:13 131:17,20 132:24 133:10,23

**sun** 27:14,15,19 33:13

**sunshine** 33:12

**supervisor** 34:15

**supposed** 6:8 28:2 29:19 58:16 79:15 88:20,23 103:9

**sure** 8:24 14:7 15:4 17:11 20:10,13 26:12 28:14 35:4 37:13,15

44:2 45:1,6 49:13 69:10 84:12 94:5 96:1 97:16 100:3 121:16

**surgery** 129:23,24

**surprised** 128:13

**Susie** 65:13,17

**Susies** 65:15

**suspended** 58:2 114:9,10,14,21

**swear** 5:4

**sworn** 5:6

**symptoms** 116:19 119:17 120:1,4 132:5,6

**system** 53:18,21

**T**

**tables** 25:12,13,14

**tag** 58:7,8,10

**take** 6:8 22:18,19 25:22 26:19 29:16 35:20 36:4 41:8 46:1 48:10 49:23 57:5 58:11,13 66:21 73:10 81:10 85:19 86:18 88:14,18,20,23 89:1,2,11 95:16 97:11 98:17 101:12 108:8 109:20 110:7 111:23 116:16,17 119:15 121:23 122:2 125:3 130:10 132:20,22

**taken** 30:7 39:20 64:12 72:20 73:15 85:12 105:18 109:16 110:11 124:8 133:16

**takes** 41:2 125:2

**taking** 6:4 7:13 85:14 88:12,13,15 89:9,10 108:12 112:6 132:11,16

**tale** 21:1

**talk** 5:21 10:10 13:5,8,13,24 14:4,5 15:10,17 16:15,16 22:2 24:15 30:22 37:6,16 38:4,11,21 39:16 48:7,11,23 82:11 92:6 104:24

**talked** 7:5 10:14 13:7 15:19 32:22 37:10 38:20 51:7 52:22 73:22 74:4 107:15

**talking** 6:16 18:13 26:13 41:19 46:3 58:7 64:21,23 84:23 86:2 88:5 89:13 92:8 96:14 109:12 112:20 130:2

**tattoo** 99:12,23 100:9,18 113:19

**tattoos** 99:6,10 114:3

**telephone** 47:24 48:8,20

**tell** 15:20 22:15 26:2 50:16 59:3,7 64:17,19 79:22,24 80:18 81:11,24 82:2 83:3 85:3 91:17,20 95:16 98:1 102:8,18,19,21 103:4 104:10 105:8 107:20,23 115:11 117:10,11 120:17 122:9 125:24 127:3 128:7 132:3,5,8 133:1

**telling** 29:17 46:5 54:9 78:18 84:10,24 85:4,6,8,10 86:18 91:16 92:14 93:3,11,12 102:5 104:17 117:16 123:9 133:2

**ten** 25:24 75:10 84:2

**Tendering** 61:3

**term** 103:1

**Terrie** 101:18 105:14 110:16

**test** 41:8 111:2,9,15,24 112:4,6

**tested** 108:9

**testified** 5:7 74:5 92:18

**than** 20:23 29:1 31:10 37:15 53:6 74:9 76:24 77:4 82:22 83:23 87:13 105:10 129:9,17 134:1

**Thank** 82:4 100:20 110:5,6 134:7,18

**that** 5:19 6:6,8,9,17 7:3,6,9,23,24 8:13 10:15,18,20 11:16,18,20,22 13:12,15 14:1,8,14 15:10,13 16:5,9,15,22 18:8,15,24 19:8,16,24 20:13,15 21:8,19 22:2,4 23:9 24:8,14,15 28:1,6,9,14,17,22,24 29:4,14,19,21 30:14,15,19,22 31:1 32:3,13,18,19 33:13,14,16,18 34:10,13,23 35:3,8,10,21 36:8,24 37:15 38:1,9,12 39:2 40:17,22 41:5,7,10 42:10 43:10,11,18,20,21 44:4,24 45:2 46:4,7,9,11,16 47:5,10,11,17,24 48:3,23 50:7,10,15 51:7,13,14,17,23 52:4,15,22 53:4,5 54:4,10,13,15,17,22 55:3,11,21,23 56:8,10,11,16 57:3,8,9,11,12,13,14,21 58:1,3,7,14,18,19,20 59:7,8 60:11,15,22,23,24 61:5,17,22 62:1,2,13,18 63:3 64:16,19,23 65:3,8 66:13,17,18,20 67:10 68:10 69:9,13,15,22 70:11,14,16,17,18 71:11 72:4,16 73:23 74:4,5,23 75:6,8,11,17 76:22,24 77:5,10,12,13,14,20,22 78:1,6,14,16,17,18 79:8,17,19,23 80:6,8,9,13,16,19 81:12,19 82:20 83:3,4,7,8,14,18,23,24 84:2,3,11,15,18,23 85:4,7,11,17,21,23 86:2,3,4,9,13,15,18,23 87:8,9,10,13,14,18,19,20 88:6,8,10 89:5,8,10 90:11,15,16,18,20,21,22 91:3,4,8,23 92:2,10,15,19 93:7,11,13,17,20,24 94:2,5,6,7,9,14,17 95:3,5,7,8,18,19,22 96:11 97:4,6,7,8,11,23 98:4,5,12,13,15,23,24 99:2 100:2,4,9,11,15 101:1,16,23 102:3,6,18,19,21 103:1,4,12,15,16,18,22,23,24 104:3,4,10,13,17 105:5,8,9 106:2,3,4,18,19 107:7,18,20,23 108:19,23 109:4,17 110:18 111:17 112:9,15,22 113:5,7,14,15,18,19 114:1,5,11 115:8,21,23,24 116:15,16 117:1,3,11,12,14,15 118:1,6,12,15 119:4,5,12 120:3,7,9,16,17 121:2,3,10 122:3,4,21 123:8,10,17,18 124:23,24 125:1,2,15,20 126:17,21 127:5,6,7,8,20,23 128:8,9,14 129:6,9,14,18,24 130:6,8,10,12 131:11,21 132:1,11 133:1,2,5,7,10,23 134:1,2

**that's** 9:23 10:19,21 15:8,9 18:10,14,16,17 20:15 21:18,22 22:18 25:3,11 27:16 29:17,18 31:6 33:19 36:3,23 41:9,10 48:19 49:24 51:6,21 61:21 62:1 65:8 66:7 67:12 68:1 69:5 70:15 73:3 76:23,24 90:20 91:22 95:20 97:3 101:7 107:20 108:14 115:7,11 118:15 123:21 130:13 131:16 132:7,8 134:7,20

**theft** 58:19 65:23

**their** 13:12 18:18 19:13 134:16,20

**them** 7:5 11:24 12:1,2,4,5,6,7,8,18,19,20,21,24 13:1,3,5,7 14:4,5,6,7,10,12,15,16,17,23 15:3,17,19,20,22 16:13 19:22 22:7,16,18,19 29:17 32:21 34:24 35:7,9 37:4 40:23,24 41:11,12 42:10 45:15,24 46:1,5,22 48:11,16,17 52:13 56:6 61:1 79:24 80:14,19 83:21 88:18,20,22,23 91:8,11,19 96:6 101:1 102:5 104:10 107:20,23 108:3

111:17,19 113:8 115:7,8,11 117:10,11,15,18 120:11,19 121:14,15 122:1,2,23 124:23 128:7,8,10 132:9,12 133:1,2,4,5

**then** 5:18,19 9:12,18 12:4,11,18 13:5 18:19 19:12,13 20:23 23:3 24:9,16 25:24 26:1 29:23 34:20 36:2,15 39:14 40:22 41:1,19 44:14 46:3,14 50:9 54:7 56:9 57:17 59:9,12 64:18 66:24 68:18 77:4 93:9,20 97:17 98:4 99:17,23 101:12,16 103:22 105:14,22 110:8 111:1,8 112:22 115:19 118:8 120:14 121:13 122:22,24 125:14,21,22 128:15

**there** 9:11 11:16 12:8 16:8,23 17:7 21:6,15 23:5,8 24:20 25:12,17,20 26:3,7 27:10,15,16,19 30:16 31:10,11,19 33:12,14,19 34:4,5,16 36:5,24 39:10,11,12,20,21 40:3,10,12 41:5,6,9,15 42:16 43:13,14 44:8 50:5,11 51:5 53:14 61:2 64:23 66:18,21 67:14 69:7,11,16 74:20,21,22 75:9,18 76:3 77:16 78:2,5,7 81:11 82:2 90:15,16,22 93:24 95:17 96:9 97:4,5,9 101:23 103:9,12 104:3,23 108:11,16,19,24 109:3,4,20 114:1,2,5 122:1,11,13 126:6 127:21 129:2,5,22 131:7,8

**there'd** 103:19

**there's** 34:4 47:23 64:21 65:3 100:4 108:16 129:20 134:12

**these** 6:15 49:18 51:11 60:3,17 82:14,17 89:17 126:23 129:1

**they** 6:4,5,6,12,13 7:3,4,6,9,10 12:7,10,14,17 13:10,11,12,13 14:7,12,13,16 15:5,7,12,14,16 17:1,15 19:11,12,13,14 20:15,21,24 21:5,6,15 22:10 23:4,7 25:18 26:11 28:2,11,13 29:13,14,15,17,21,22 30:20 32:17 34:15,24 35:8 36:6 38:8,10,11 39:15 40:17,19,22,23 41:1,7,8,9,16 42:7,11,17 43:12,14,18 45:4,6,24 46:3,4,6,18 48:14,17 51:2,5 52:22 54:17 56:5,6,8,9,11,19,21 57:1,3,5,17 58:2,5 59:2,3,7 61:5,22,23 62:1 74:22,23,24 75:12,13 78:20 79:24 80:3,8,19,20,24 84:11,13 86:3 87:16 89:1,3,4,7,12 91:12,13,17,18,20,23 92:1,2,3,5,15 96:7,8,9 97:1,14,17,20,24 98:3 102:8,18,19,21 103:4,9,12 104:21,23,24 108:1,3,4,8,19 109:3,5,17,20,23 111:2,16,18,20,21,23 112:2,3,4,8,15,16,20,21 113:22,24 115:8,9,10,11,18,19,20,21,23 119:4,23 120:10,13,14,19,23,24 121:4,6,13,15,16,17,19 122:13,19,21,24 123:11,15,19,20 124:11 125:14,15,22,23 126:24 127:1,2,11,18 128:5,24 129:1,2,24 132:12,20,21 133:4,7

**They'll** 24:17

**they're** 60:2 112:12

**thing** 10:12 19:14 23:10 113:24 115:23 118:8 127:21

**things** 6:3 24:6 31:12 44:8 66:16,19 90:15,16,21 91:16 93:9 104:10 105:21 123:17,18 124:8

**think** 7:19 11:17 18:3 19:1 20:3,12,13 21:18 23:7 32:15,18,21 37:14 41:23 50:2,11 52:5,13 56:2,6,12 59:3,11 60:9 63:4 74:5 77:1 79:10,11 84:4,9 90:19 91:18,23 95:20,22 97:19 99:1 101:10,16 104:21,22 106:16,17,22 107:6 110:4 111:12,16,17 114:24 115:6,19,20,21 117:4,5 123:8,10 124:21 130:18 134:11,21

**thinking** 32:20

**third** 8:21 36:16,18

**thirsty** 119:21

**this** 5:2 8:8,20 10:19 12:6,8,23 13:19 18:23 19:2,8 20:22 28:16 36:19 41:8 42:2 43:15 47:2 49:2,23 50:5,15 51:12,23 56:12,14,19,24 60:19 62:3 63:24 64:10,13 70:10,11 71:8,14,15,19,21 72:11,19 73:5 76:14,18,23 77:1,3,10 78:10,16,19 79:12 80:8,9 81:1,6,10 82:18 88:14 90:6 95:7,9,15,16 96:11 98:18,22,23 99:7,9 101:12 106:24 110:19 113:22,24 121:21 124:4,17 127:4,13 132:17 133:20 134:1,4,6,11

**those** 11:23 60:20 74:9 92:22 114:3 115:2 116:11 117:23 118:3 120:4

**though** 6:3 20:12 28:4 41:23 51:3 59:2 68:6 78:22 79:18 94:5 106:22 123:19

**thought** 20:15 36:18,24 44:18 115:8

**thread** 41:2

**three** 11:24 36:9 49:17 117:18 134:19

**through** 11:15 12:6,8 18:13 26:1 35:5,6 42:16 54:6 93:9,10 95:10 111:2,14,21

**throwing** 132:7,9

**tight** 58:16

**time** 8:21 11:19 12:2 14:12 15:12 16:15,23 17:14 19:5 20:21 21:8,9,17 24:16,20 26:9,21 31:1,10,11 33:6,15,24 39:2,10,16 42:2 44:24 52:12,13 53:14 56:17,24 63:19 66:9 68:10 71:8 74:1 75:6,12 76:6 77:23 80:2,3,16,18,23 83:14,20 88:8 89:11 90:5 95:7 97:19 100:24 101:1 102:10 103:4,15 105:10 106:14 109:17 110:5 111:13 113:14,21,23 114:3,4 117:8 120:7,9,16 122:2,4,6,15 127:4 129:7 131:3,11 134:10

**times** 26:3,10 27:10 53:23,24 54:5,8 57:6 75:18 76:3 92:20,22 93:24

**tires** 57:11

**title** 56:16

**titled** 50:15

**today** 5:15,22,24 14:20 58:1,5 101:24 124:15

**together** 6:23 11:19 31:24 32:1,2 130:7

**toilet** 22:21,22 23:2,6

**toilets** 18:8

**told** 6:17 12:7 15:22 18:9 21:1,6 31:12 40:21 56:15 65:17 69:14 78:20 80:4,9,13,17 91:3,11,13 102:14 103:1 105:5 111:16,19 114:1 117:10,15 120:11,12,19,24 121:4,6 122:11,22,23 128:8 133:4,5

**Tony** 50:17,18,19 66:5,12

**took** 6:13 36:6 40:19 46:5 56:1 57:1,4,20 58:14 87:20,23 88:22 89:4 107:23 109:5 110:18 111:3,8 119:5 120:12,14 122:24 123:1 126:22,23 127:2 131:8

**top** 56:13

**topic** 101:12

**tore** 100:24 122:19

**touch** 119:1,6

**towards** 99:20

**town** 10:20

**transferred** 17:1,2,16 28:13 36:16 39:15

**transmission** 56:20,21

**treatment** 29:10 43:24 84:3,5 93:17,18 131:4,12

**trespass** 65:23

**trial** 103:16,19

**tried** 43:2 82:22 83:4,7 126:11

**true** 93:9 131:11

**trust** 57:24

**trusted** 56:17

**truth** 91:17 93:11

**truthful** 93:2,21 94:1,3,7 95:5

**try** 42:22,24 92:15 93:5 121:14 125:3 126:18,19 134:1

**trying** 52:1 69:14 82:14

**turn** 27:24 28:3 120:12 121:19 130:2

**turned** 18:19 19:19 101:8

**turns** 97:11

**TV** 21:16 23:13,14,16 24:7 33:20, 22,23 34:1 44:10,13 116:14

**twice** 6:8 27:3 132:11,13

**two** 7:9,19 11:1 37:4 38:8 55:5 64:21 74:9 91:7 97:9 105:12 130:14

**type** 16:13

**U**

**Uh-huh** 9:17 30:24 39:8,18 40:7 42:6 48:9 61:15 67:4 74:3,10,12 76:20 88:7 92:13 93:1 97:6 99:9 100:21 107:14,17 112:11 113:10 114:8 115:15 119:22 121:5 122:5 123:2,3 125:5,17 127:8 130:4,8, 11

**Uh-uh** 54:8 92:4,17 118:2

**unable** 111:15

**uncomfortable** 13:11 82:15 89:17

**under** 113:20

**underlying** 110:19

**understand** 14:13 82:16 103:18 104:13 128:15

**understanding** 84:19

**understood** 103:15 125:24

**Union** 61:20 74:6 95:23

**unlawful** 54:14 62:7,18 63:5,6 67:2 68:17 69:21 71:7 72:5

**unless** 15:24 33:18

**until** 12:7 17:15 21:7 24:16 28:12 31:11 35:6 36:3 37:11 68:2 88:1 118:4 119:12,14 120:10

**up** 6:24 12:3,19,20,24 13:3,6,11 14:14,17 15:3,6 16:6,8,9,16,17 18:7 19:24 21:3 22:12,17 23:4 28:15,21 31:12 33:19 36:3,6 38:19 40:20,23 46:10,14,24 57:10,11,15 66:23 88:1,11 96:6, 10,12,19 100:24 101:3 102:22 108:3 116:11 117:14 122:15,19, 24 123:6,9,12 124:7,9 125:15,16 127:15,17,19 130:7 132:7,9 134:1,6

**updates** 125:10

**updating** 125:9

**upgraded** 59:2,4

**upon** 5:7

**upside** 19:20

**upstairs** 21:22 97:21

**us** 20:13 24:16 26:19 28:2 35:8 40:20,21,22 100:2,20 109:5,6 119:5

**use** 18:10 22:11 54:14 94:19,22 95:1 111:11

**used** 6:10 7:12 27:16 37:22 42:7 45:24 46:1 66:5 69:11 77:17 91:20,21 93:15 94:13,14 111:12 113:23 117:12 125:14

**using** 94:7

**V**

**Vanvo** 116:4 120:8

**Vanvo's** 72:3

**vehicle** 59:6 65:23 114:7

**vein** 129:5

**verbally** 112:12

**verify** 124:23

**very** 32:6 110:5

**videographer** 5:1 30:5,8 73:13, 16 99:18,19 105:16,19 110:9,12 133:14,17 134:19,23

**VIN** 56:20,21 58:8,10,16

**violate** 63:3

**violating** 63:7

**Virginia** 76:9 77:11,18 78:1

**vision** 64:18

**visit** 11:19 15:5,7,14 38:1,2,10 45:13 50:20,22 51:1 85:11 86:3 96:5,23 99:3

**visiting** 47:24 50:16 59:22

**visitor** 97:24 98:4

**visitors** 45:10

**voices** 83:15,17,19 84:1,24 85:4, 7 93:24 117:5,24

**Volume** 5:2

**voluntarily** 115:24

W

**wagon** 111:12

**wait** 12:7 35:6 44:4 68:2

**waiting** 34:4 125:4

**waitlisted** 51:24 52:7,9

**walk** 25:3,22 32:14,15,18 96:8

**walked** 18:11 27:6,7 108:6 122:18

**walking** 38:3 127:1

**Walkman** 24:2 34:2,3,5

**wall** 23:4,8 25:10 40:21

**wanna** 11:13 13:13 22:11,17 27:14 128:9 130:18 133:12

**want** 5:21 7:4 11:18 16:16 22:14 26:12 34:16 40:23 44:3 49:5 51:11 57:18,19 80:20 82:11 99:15 102:2 104:6 110:22 113:18 115:9, 20,22 128:9 130:21

**wanted** 10:3 14:13 18:7,9 25:21 26:7 34:24 48:6,7 52:19 69:15 96:5,23 109:23 113:14 115:23

**warden** 31:12

**was** 5:7 6:5,7,10,11,12,16,19,20, 22 7:4,11,19,23,24 8:1,3,16 10:12,13,19 12:3,18,20 13:2,10, 14 14:14,16,17 15:7,8,9,10,22 16:1,6,22 17:2,7,8 18:5,7,13,23 19:2,10 20:18,22 21:8 22:4,20 23:5,7,8,18 24:8,20,23 25:9,11 27:13 28:5,6,9,10 29:4,14,15,17, 20 30:16,19,20 31:11,15,17,18,19 32:6,7,9 33:18 34:10,12,13,22 35:10,15 36:3,7,18,24 37:4,24 38:19 39:4 40:3 41:7 43:12,13 44:14 45:20,21,22,24 46:2,3,6,7, 8,9,11,12 47:11 50:23 51:7 52:5, 15,21,22 53:14 56:2,3,5,6,11,16, 19 57:3,10,24 58:8,10,11,20,21, 23 59:10,22 64:12 65:17 66:14, 16,20,21,22 67:11,14 69:9 70:17 71:8,21 72:19 74:23 75:1,3,5,7,8, 12,13,16,20 77:4,20 78:7,17 83:21 84:6,7,8,13 85:20,21 87:3, 8,9,12,18,19 88:8,10 89:4 90:2,18 91:16 92:8,22 93:9,10,11 94:7 95:7 96:1,5,9 97:4,23 100:1,10, 13,16 101:1,2 104:21,23 105:5 106:4,5,14,15,16,18,19,22,23,24 107:7 108:5,6,15 110:18 111:17 112:20 113:5,8,9 114:6,9,10,13, 21 115:1,16,19,22,23 116:15,16, 24 118:20 119:11,20 120:10,24 121:4,6,9,12 122:11,14,16,23 123:16,24 124:6,7,9,10 126:6,8, 10 127:6,9,18,21 128:13,16,23 129:2,6,9,14 130:1,3,8,12 131:23 132:14 133:2,4,10

**washroom** 16:3

**wasn't** 6:4,8,10,18 10:4 28:22 29:16 32:17 33:18 35:5,22,23 38:3 46:3 52:6 58:15 62:14 66:18 87:12 92:1 113:7,11 118:1 124:8 127:23 132:4,10

**watch** 23:16,17 24:7 33:23 113:23

**watched** 34:1 44:10

**water** 119:20,23,24

**way** 6:22 16:11 36:7 56:4 57:10, 21 58:14 59:12 76:24 96:11 109:10 122:21 126:10

**we'll** 22:5 49:2 60:3 64:5 70:8 71:15 72:11 76:11 78:10 81:6 98:7 101:12,22 123:12

**we're** 26:12 133:21 134:16

**we've** 8:21 110:7

**weapon** 54:14

**week** 27:2,3 38:9 60:17

**weekday** 134:5

**weeks** 38:8

**well** 10:9 11:23 12:23 14:14 17:21 18:3 33:21 35:22 36:4 42:12 44:4 48:14 62:3,16 66:24 67:12 68:18 79:12 98:11 99:2 101:11 106:2,4,24 111:1,9,16 113:5 115:1 117:10 120:18 121:10 128:21 132:3 133:21

**went** 6:2 7:10,22 8:1 15:24 16:4 17:3,4 20:11,12,13 21:23 28:6,7, 13 30:14 31:1,3,22 33:2,5,6,9 36:15 37:21 39:6,12 40:4,5 52:13, 23 53:7,14 57:24 58:3 83:4 85:23 90:10 91:21 96:19 101:8 107:11, 12 108:19,22,24 109:3 111:1 112:19 115:6 122:21 128:4 129:22

**were** 7:20 12:14,17,19,24 13:6 15:5,20 16:16,17,19 17:5,9 18:2 19:2,5 22:5 23:3,12 24:12 25:3,12 26:3,7 27:10,22 28:16 29:9,10 30:15,20 31:7,10 32:12 33:3,15 34:6,20 36:8,11,16 37:5 39:5 40:23 42:5,9,19 43:6,20,24 44:1, 6,23,24 45:10 46:24 47:18 48:5, 23 51:10,18,24 52:12 53:6,15 54:11,13 55:15 58:7,18 60:17 61:11,19,22 62:18,21 63:5,7 65:16 66:6,9,24 67:2 68:9 69:14 71:6,22 72:3,5,20 73:24 74:5 75:1,17,18 76:3 77:10 79:16 82:12,13 83:14,15,20 84:1,11 86:9 87:2,11,15,21 88:6,15,20,23 89:7,8 90:14,15,21,24 91:4,7 92:15 93:2,3,13,24 94:6,17 95:3, 23 96:2,4 97:9 100:12,15 102:2,4, 6,15 103:1,5,7,9,12,20 104:3,11 107:21 109:16,21 111:14 112:23, 24 113:20 114:6 116:3,11 117:4, 9,20 119:9 120:4,7,18 121:2,10 122:3,9 124:3,4,8 126:1,8 128:22 129:18 131:2,10,12,21 133:2,7

**weren't** 54:3 80:8 89:9 90:15,16, 21 91:23 103:24 104:17 108:23

**what** 5:22,23 6:5,18,20 7:13,17 10:1,20 14:14,16 20:18 21:18,24 22:18,20 23:15 24:6 25:16,20 27:4,13,16 28:6,19 32:4,13,15 34:24 35:10,21 36:18 37:12 40:3, 16,17,24 43:5,8 44:8,14 45:17 48:10 49:3 52:21 55:23 56:6,11 59:9,15 64:5 67:10,12 70:8 73:5 75:5,8 76:11 77:20 80:20 81:4,6 82:17 84:19,23 86:20 89:12 90:8 91:16,18 92:11 93:2,7,10 96:5,7, 13 98:7 99:23 102:9 105:10 106:5,14 108:12 112:1 118:7 119:11 120:23 121:7,17 122:3,21 123:13,21 124:6 126:2,17 128:5, 7,22 129:6 130:6,8 131:10,24

**what's** 50:9 60:14 79:2 99:12,17 123:16 125:15 128:18

**whatever** 20:21 24:16

**wheel** 57:4

**wheelchair** 19:15

**when** 6:2,9 7:20 8:1,8,11 9:8 10:15 11:5,15 12:3,14,18,20,24 13:6,14 15:5,7,8,9,19 16:16,19 17:2,9 18:1,11,19 19:11,19 21:2 22:4 23:12 24:12,21 25:3 26:3,23 27:4,10 28:16 29:10,20 30:23 31:1,7 32:12 33:3,15 34:6 35:4 37:5 39:1,5,15 40:4,12 42:3,5,19 43:6,17 44:1,6 46:5 48:5 51:9,15 52:12,15 53:15 55:15 58:7,14 61:11 63:5 66:5,8,19,20,22,23 69:14 70:17 74:21 75:12,18 76:3 77:14,24 79:16,22 83:21 84:1,13, 21 85:23 87:15,21 88:13,23 89:3, 6 90:6 91:6 92:24 93:24 96:2,4 97:17 100:1,9,10,11,12,13,15 102:2,8 103:7 104:16 107:10,11 108:6,12,22 112:24 113:9 117:21, 23 119:16 120:13 121:13,18,21 122:9,15 124:9,16 125:8,22 126:1 127:11 129:17,18,19 131:2,10,24 132:9

**whenever** 22:16 26:6

**where** 7:20 8:1 10:15,18 11:13, 14 17:2 18:15 21:22 23:8,10 24:10 27:17 28:5 32:9 36:3,21 41:4 43:9,12 57:4 64:23 74:17 82:22 84:5,7 86:3,9 88:10 99:1 108:1,2 114:6 119:17 123:16

**where's** 9:18

**whether** 81:11 102:14 103:20

**which** 7:23 36:9 60:9 64:11 72:13 74:19 79:4 95:15 117:17

**while** 6:12 13:1 16:17 17:8 31:19 34:4 38:23 39:5,14 42:8 45:3 46:2 75:15 116:3 118:4 127:22 131:12 133:23

**who** 19:14 41:19 42:10 45:13,16, 19 47:5,11 50:18 53:20 58:22 66:12 87:8,9 88:8 92:8 98:13 103:19 106:24 110:18 117:16 120:21 126:3

**whoever** 122:23

**whole** 6:3 19:5 31:9,11 85:15 89:3 102:22 124:10

**whooped** 40:23

**whose** 65:17 111:11

**why** 6:17 10:1 20:24 36:16 41:9 52:17 73:10 89:6 101:8 115:5,7, 11 126:12,17 130:6

**wide** 124:11

**wife** 8:15,16,18 9:13 45:22 46:5, 15 48:1 125:2

**wife's** 9:23

**wild** 27:8

**willing** 134:3,5

**Win** 50:18

**window** 132:9

**Windy** 56:14

**Winston** 50:17,18,19 66:5,12

**wished** 36:4

**within** 53:1 108:15

**without** 55:15,16 91:16

**witness** 5:4,6 20:2 39:23 47:9 53:11 54:21 55:2,8,20 59:20 60:8 61:8,14 62:9,24 63:11,15,21 64:2 66:1 67:6,21,24 68:3,5,13,22 69:4,18 70:1,21 71:3,10,24 72:9, 24 73:2,19 74:14 75:23 76:15 80:12 81:3,15,16 82:9 86:12 109:2 110:6 131:6 132:19

**witness's** 99:21

**woman** 97:4

**women** 97:9

**Wonder** 47:10 51:5

**wore** 106:20

**work** 28:21 34:11,16 46:2 56:1,5 93:15 124:9

**worked** 28:10,11,12,17,18 34:8 35:10 40:17 51:13,15

**worker** 51:14

**working** 28:8 35:5 38:19,24 39:4 61:11

**world** 23:19 29:20 116:17 132:11

**worry** 111:20

**would** 6:2,19,20 11:4 12:21,24 13:5 14:9,19 15:5,17 17:17 21:21 23:15,24 24:6,10 25:16,22 27:4 31:13 32:13 33:3,14 35:17,23 38:6,21 44:7,20,22 46:21 48:3 53:20 63:24 66:12,14 82:5,6 83:8, 9 84:1 88:10,18 89:7 90:19,22 91:8,11 93:21,24 97:1,11,14,17, 23,24 98:1,3 102:12 103:20 105:9 112:3 117:23 119:8 120:8 121:23 122:6 129:3,4,17 130:6 131:3,12 133:24 134:2,5,9

**wouldn't** 66:15 89:5 91:13 96:10 108:3 115:18 123:15,20 126:19, 20 127:10 129:4

**Wow** 65:12 71:4

**wrap** 130:15 134:1,6

**write** 23:8,10 31:17 95:19

**writing** 78:15 112:8,13

**written** 19:24 110:19 111:2,3,4,6, 15 112:2,17

**wrong** 6:19,20 30:19 66:21 121:7

**wrote** 123:11

## Y

**yard** 27:11,13,14,23,24 28:2 33:10 44:23 113:24 126:9

**yeah** 5:20 8:7 9:10,22 10:7,9 11:21 12:2,13,15,22 13:7,17 14:2, 11 15:9 17:1,8,15 18:3,5 19:1,4,7 20:10 21:9 23:4,9,23 24:2,19,23 25:4,8,13 26:5 27:12 28:14,18 30:18 31:3 33:2,9,11,13 34:1,3,8, 19,22 36:14 37:8,10,14,16,21 38:9,19 39:12 40:15 42:17 44:17 46:8,11,12,14,18,20 47:15 50:5 51:2,16,20,22 53:8,12 55:21 56:18 57:10 58:9 59:12 60:14,15 62:13 63:1 65:10 75:2 77:13,19 78:3,21 79:1,21 81:23 82:9,19 87:17 88:2,4 89:12,15,21 91:17 96:16 97:10,22 98:6 99:7 100:6,8, 11 101:5,7,9,15 102:7 104:24 106:20,22 107:9 108:16,18 109:24 112:14,16 114:4 118:24 119:19,24 120:2,3,6,15,19 122:2, 8,20 123:21,23 124:2,5 125:1,7 126:6 127:9 128:6,22 129:12,17,

19,24 130:22 132:15 133:4,8

**year** 7:17 37:12 75:8 77:20 88:6 129:6

**years** 7:19 8:19 11:2 12:5 16:24 37:14 74:23 75:10,16 82:13,21 87:22 90:7 100:24 103:1 113:9 116:11 124:13,22,24 129:11

**years'** 55:5

**Yep** 25:1 111:7 121:19 122:8 123:3

**yes** 8:10 9:24 11:13 12:17 15:16, 18,22 27:1 31:8 32:11 33:22 34:12 36:6 44:22 45:9,12 50:14 61:17,18,21 73:19 74:3,4,7,15 79:21,24 83:9 88:17 92:21 99:11 103:3 104:5,12,15 106:13 107:18, 19,22 108:1,21 109:19 110:2 111:5,10 113:1,3 114:8,12 118:17 122:11

**yet** 7:10 12:1,6 62:4

**you'd** 21:8 26:3 39:21 98:4 102:9

**you'll** 89:20 121:18

**you're** 5:23 13:22 14:1 53:5,6 55:11 63:16 64:21 68:6 79:15,23 80:8 82:17 83:8 85:23 86:2 90:6 91:15 95:20 101:16 124:23 125:9 132:1,7

**you've** 46:16 74:8 79:19 89:22

**young** 54:11 66:16,20,22 87:12 100:1,10,13,14 113:22 117:4 124:9

**younger** 87:13 113:2,9

**your** 5:22,23 9:9,12,19,23 11:5,8, 17,20,22,23 12:9,21 13:8,24 14:19,20 16:17 17:17 18:17 20:21 21:12 22:4,5,20 23:3,9,11,13,16 24:6,12,21 27:15 29:10 31:13,14 32:6 33:23 34:2 35:17,22 37:6,9, 17,19 38:6,12 39:10,16 41:4,20 43:24 44:7,13,21 46:21 48:1 49:24 50:6,10 53:2,4 58:11,13 59:2 61:23 63:7 66:11 67:16 69:16 73:22 74:2,6,8 75:5 77:1,4, 6,7,8 78:9 79:3,15 80:16 81:19 82:5,11,20,21 83:15 84:19 85:14, 19 87:20 88:1,8,11,16 89:7,9 91:6,7,8,15,24 92:5,14,18,19 93:13,20,23 94:3,6,11,14,17,19, 22 95:1,3,4,17,20 96:7 99:3,8,12, 23 100:20 102:22 103:8 104:3,9 105:5 106:1,18,19 107:2,6,7,12 108:20 109:17 110:1,5,19,22,23 114:9,10,13,14,21 115:2,13 116:4,10,11 118:12,15,22 119:8, 9,17 120:8 121:16,22,23 122:6,19 124:6,22 127:5 128:23 129:13 132:2,22

**yours** 79:10 81:12 82:3

**yourself** 11:19 21:14 36:5 82:23 83:4 85:1,4 101:6 122:12