ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

July 15, 2004

Larry G. Trent
*Director*

COPY

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | DESCRIPTION |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| EXHIBIT | DESCRIPTION |
|---|---|
| 9 | Buccal standard: Carl Reed |

COPY

RESULTS
DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

CONCLUSIONS
Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

REQUESTS
Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

COPY

Respectfully submitted,

Blake D. Aper

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

## C01-033030

### Exhibit Attachment - 1

| | Sub 6A Blood standard: Kim Van Vo | Sub 8A Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1 One hair root sample from Exhibit 8D reported to be of Mongoloid racial origin | Exb 9 Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested     ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

COPY

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) NO. 01 CR 20237
)
Carl Reed )

## RECEIPT FOR DISCOVERY

| DESCRIPTION | NO. OF PAGES | INITIAL |
|---|---|---|
| MOTION FOR DISCOVERY | | |
| ANSWER TO DISCOVERY | | |
| ARREST REPORT (C.B.) | | |
| POLICE REPORTS (R.D.) | | |
| B. OF I. (I.R.) | | |
| DEFENDANT(S) | | |
| WITNESSES | | |
| CRIME LAB: | | |
| CHEMISTRY | | |
| FIREARMS | | |
| LATENT FINGERPRINTS | | |
| MEDICAL REPORTS: | | |
| DEFENDANT(S) | | |
| VICTIM(S) | | |
| STATEMENTS: | | |
| DEFENDANT(S) | | |
| WITNESS(ES) | | |
| TRANSCRIPT | | |
| SEARCH WARRANTS | | |
| VEHICLE RECORDS | | |
| OTHER: | | |
| Crime Lab notes – | | |
| Ellen Connolly | 26 | |
| | | |

RECEIVED BY: ______________________ DATE: __________
ATTORNEY FOR DEFENDANT

PLEASE SIGN COPY AND RETURN TO THE ASSISTANT STATE'S ATTORNEY

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

June 10, 2003

Larry G. Trent
*Director*

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO#339 Jul 01) |

**EXAMINATION FINDINGS AND RESULTS**

Head hairs of Mongoloid and indeterminate racial origins and hairs which are not suitable for comparison were observed in Exhibit 8.

Further analysis may be performed. At such time as a known pulled head hair standard (50 hairs) from the victim and suspect are submitted, comparison with the questioned hairs may be conducted.

**EVIDENCE DISPOSITION**

Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASAs Groth, Groghan 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 30 May 03

Case No.: C01-33030

Exhibit/Item: 8

Source/Date Received: 15 Apr 03 / ET Thompson / vault

Description of Package: sealed envelope c/g inv. + CSPR copies + sealed envelope

Description of Markings as Received: c/g sealed envelope c/g hairs removed from victims right hand MEO # 337 Jul 2001

Laboratory Marks: 2547960 9-423609 Sub 5817 inits/date

Laboratory Examination:

many hairs
short, curled black/brown lengths to ~1½"
most are full (~26 full hairs)
only: 1 frag + 2 very fine body trans. hairs obs

most have apparent mature (telogen) roots -
a few pulled (anagen) roots based on stereoscopic exam

rep. sample mounted permount     rest paperfold

micro -
roots - tel + cat - have sheaths, + ana.
med. brown to very dark red-brown
patchy, streaky - mod. to dense     Some M HH
ana hairs - almost opaque     some HH racial ind.
sl. wave dia, no twist
cuticle fine to thick, scales can be seen.     Suitable
pgmt denser distal - opaque
cut + taper tips     Slidemailer

Conclusions:

HH of M and racial ind. origins, hairs N/S

Repackaging: slidemailer + orig in pl. bag resealed in orig

Date: 10 June 03

Analyst: Edmonds

IL 493-0430     ISP 6-76 (3/96)

CAGO POLICE DEPARTMENT
-34.523 (REV. 1/98)

2547900

NO. 2547900

| DATE RECOV-D DAY | MONTH | YEAR | CROSS REFERENCE | RD NO | ☐ NONE |
|---|---|---|---|---|---|
| 20 | Jul | 01 | 59-61 / V | G 423 669 | |

| ITEM NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ | ¢ |
|---|---|---|---|---|
| 1 | 1 | Envelope Hair from Right Hand. | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | Victim: Uo, Van Kim | | |
| 7 | | ME 329 Jul 01 | | |
| | | EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY | TOTAL CASH U.S.C. $ | |

ATTACH THIS COPY TO COURT PAPERS

C01-33030
Ex8 [illegible]
30May03

COURT DATE

COURT BRANCH

COURT CALL

CHECK ALL BOXES APPLICABLE ☐ U.S. CURRENCY TO BE DEPOSITED ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT - (MUST SUBMIT TO/FROM) ☐ C.P.D. CONTINGENCY FUND MONEY ☐ GAMBLING RAID SEIZURE ☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR ☐ FELONY STATE CHARGES 0 110 ☐ JUVENILE ☐ HOMICIDE ☐ MANSLAUGHTER ☐ ARSON ☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME ☐ DECEASED ☐ ARRESTED: Dr. Choi AT: MEF BEAT OF RECOVERY: 1234

OWNER'S NAME ADDRESS TELEPHONE NO.

FOUND BY - NAME ☐ CHECK IF C.P.D. ADDRESS TELEPHONE NO

SEE COPY 4 FOR NOTICE TO FINDER

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK) INVESTIGATING OFFICER - Thomson STAR NO - 2650 UNIT (620)

1st OFFICER'S NAME Thomson STAR NO 2650

SIGNATURE UNIT 630

☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF. HOW NOTIFIED: ☐ IN PERSON ☐ PHONE ☐ MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME [illegible] Jaski STAR NO 372

INITIAL DESTINATION OF PROPERTY ☐ E & RPS ☒ CRIME LABORATORY ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.

SIGNATURE [illegible] UNIT 177

VIA ☐ POLICE MAIL ☐ E & RPS PICKUP ☐ RECOVERING UNIT PERSONNEL ☒ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT K. Kulak STAR NO 1612 DATE 20 Jul 01 TIME [illegible]

DIRECTIONS

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT.

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY

SEIZURE WITH SEARCH WARRANT

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO SEARCH WARRANT

ATTACH COPY NO. 4 TO THIS COPY

COPY 3 – COURT COPY - ATTACH TO COURT PAPERS

CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 1/98)

2547900

| DATE RECOVERED | DAY | MONTH | YEAR | CROSS REFERENCE | RD NO | ☐ NONE | NO. |
|---|---|---|---|---|---|---|---|
| | 20 | JUL | 01 | 57-01 | G 423 669 | | |

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ ¢ |
|---|---|---|---|
| 1 | 1 | ENVELOPE HAIR FROM RIGHT HAND. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | Victim: VO, Van Kim | |
| 7 | | ME 229 JUL 01 | |

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C. $

COURT DATE

COURT BRANCH

COURT CALL

CHECK ALL BOXES APPLICABLE ☐ U.S. CURRENCY TO BE DEPOSITED ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT - (MUST SUBMIT TO/FROM) ☐ C.P.D. CONTINGENCY FUND MONEY ☐ GAMBLING RAID SEIZURE ☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR ☐ FELONY STATE CHARGES 0 110 ☐ JUVENILE ☐ HOMICIDE ☐ MANSLAUGHTER ☐ ARSON ☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME ☐ DECEASED ☐ ARRESTED: Dr. Choi AT MCE BEAT OF RECOVERY 1239

OWNER'S NAME ADDRESS TELEPHONE NO

FOUND BY - NAME ☐ CHECK IF C.P.D. ADDRESS TELEPHONE NO

SEE COPY 4 FOR NOTICE TO FINDER

☑ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK) INVESTIGATING OFFICER Wilson STAR NO 2950 UNIT 630

☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF. HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND OR OWNER IS UNKNOWN)

1st OFFICER'S NAME Wilson STAR NO 2950
SIGNATURE UNIT 630
2nd OFFICER'S NAME [illegible] STAR NO 37[illegible]
SIGNATURE [illegible] UNIT 177

INITIAL DESTINATION OF PROPERTY ☐ E & RPS ☑ CRIME LABORATORY ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.

VIA ☐ POLICE MAIL ☐ E & RPS PICKUP ☐ RECOVERING UNIT PERSONNEL ☑ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT [illegible] STAR NO 1612 DATE 20 Jul 01 TIME [illegible]

COPY 3 – COURT COPY - ATTACH TO COURT PAPERS

ATTACH THIS COPY TO COURT PAPERS

C01-33030
Ex8 Ec
30 May 03

DIRECTIONS

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY

SEIZURE WITH SEARCH WARRANT

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO SEARCH WARRANT

ATTACH COPY NO. 4 TO THIS COPY

C01-33030

**ME SCENE PROCESSING REPORT**
CAGO POLICE DEPARTMENT

| ent # | CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|---|
| 01-200-10612 | DEATH INVESTIGATION | 5084 | ME 379 July | G 423-609 |

| RESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 46 N. Sheridan Apt. # 311 | VO, Van Kim ( 6 OCT 34 ) | M O 66 | 3 20 2024 |

| IGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| rime Scene | 2024/2020 | 19 JULY 01 1455 | 9603 |

OTOGRAPHY

| | | |
|---|---|---|
| O/A front of building-4946 N. Sheridan | D O/A & C/U blood on closet door, west wall. | G |
| O/A & C/U front door & bathroom door locks. | E O/A & C/U knife blade on floor- | H |
| O/A body on floor, near front door, I.D. Photo | F | I |

| GERPRINTS | ELIM PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B | C.B NO | I.R. NO |
|---|---|---|---|---|---|---|---|

| D NEG LIFT | LOCATION FOUND | F.N | MED NEG LIFT | LOCATION FOUND | F.N |
|---|---|---|---|---|---|
| | SEE PHYSICAL EVIDENCE SECTION | | | | |
| | | | | | |
| | | | | | |

SSIBLE SUSPECT INFORMATION
MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

ALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | V.I.N

SICAL EVIDENCE

| OP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 48083 | 177 | Two-(2)-swabs of blood from glass of fishtank near kitchen sink/ counter-East wall. Apt. #311. Two-(2)-swabs of blood from closet door interior/west wall. Apt. #311, 4946 N. Sheridan. | SE |
| 48084 | 177 | One-(1)-white towel with blood recovered from victim's face. One-(1)-pink towel with blood recovered from victim's legs. One Pillow & beige pillow case with blood recovered from floor near near victim/front door. Apt. #311, 4946 N. Sheridan. | TR/SE |
| 48085 | 177 | One-(1)-bent knife blade with blood, approximately 5½ inches in length, marked " CHEFS COLLECTION STAINLESS STEEL " recovered from under victim's body. Apt. # 311, 4946 N. Sheridan | TR/SE/LA |

TAILS OF CASE
eporting Investigators arrived at the above location and were met by P.O. Keehn Beat 2024 and earned the following: A next door neighbor of victim called the management of the building to omplain of an odor coming from victim's apartment. Upon the building supervisor opening the ront door and observing the victim lying on the floor of the apartment near the front door, he immediately called the police. R/PFI's photographed and searched the scene with the above isted results. After examining victim's body, R/PFI's found that due to the advanced state f decomposition, cause of death to be determined after autopsy. R/PFI's conducted a search or latent prints inside and around the exterior of the entrance of Apt. #311. Victim's ands bagged for possible trace evidence.

| ESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| et. Thompson | 20950 | 5317 | Keehn | 4321 | 2024 (020) |

| ORTING TECHNICIAN - PRINT LAST NAME - FIRST | STAR NO | UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|
| Inv. John Paulson | #13055 | 177 | 19 JULY 01 | 1530 | 2130 |
| Inv. Thomas Mander | #4542 | | | | |

HNICIAN'S SIGNATURE: John Paulson, T. Mander | DATE: 19 JULY 01 | APPROVING SUPERVISOR (PRINT NAME) - STAR NO | SUPERVISOR'S SIGNATURE

21.94 (REV 10/92)

G 423-609

# [C]RIME SCENE PROCESSING REPORT
[CH]ICAGO POLICE DEPARTMENT

| | | | | |
|---|---|---|---|---|
| [0]1-200-10612 | CLASSIFICATION OF OFFENSE/INCIDENT: Homicide | I-UCR CODE: 0110 | OTHER NO: ME 339 Jul 01 | RD NO: C01-33030 / G 423 609 |
| [AD]DRESS OF SERVICE: [M]EF | VICTIM'S NAME: VO, Van Kim (6 Oct 34) | | SEX-RACE-AGE: M O 66 | AREA-DIST-BEAT OCCUR: 3 020 2024 |
| [A]SSIGNMENT TYPE: [M]UM | REQUESTED BY: 9600 | | DATE RECEIVED - TIME: 20 Jul 01 0700 | UNIT ASSIGNED: 9609 |

[PH]OTOGRAPHY

| | | |
|---|---|---|
| | D | G |
| | E | H |
| | F | I |

| [F]INGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B. NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| [M]ED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

[P]OSSIBLE SUSPECT INFORMATION
☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE

TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

| [V]EH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

[P]HYSICAL EVIDENCE

| [P]ROP. INVENT. NO. - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| [1]2547959 | 177 | 1- ME blood card | SE |
| [1]2547960 | 177 | 1- envelope hair from right hand. Ex. 8 | TR |
| [1]2547961 | 177 | 1- grey T-shirt | TR SE |
| | | | |
| | | | |
| | | | |

[D]ETAILS OF CASE
Received from Dr. Choi. Unable to fingerprint due to mummification of fingers.

G 423 609

| [IN]VESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| [T]hompson | 20950 | 630 | | | |

[RE]PORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO. - UNIT
[?]. Janicki 3173 177

| DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|
| 20 Jul 01 | 0700 | 1600 |

APPROVING SUPERVISOR (PRINT NAME) - STAR NO

[TEC]HNICIAN'S SIGNATURE: [signature] | DATE: 23 Jul 01 | SUPERVISOR'S SIGNATURE: [signature]

[C]D-21 949 (REV 10/92) RD NO

SUB RESP. 001149

# CCSAO REQUEST FOR ISP LABORATORY ANALYSIS

TO: X CPD-ERPS ____ CPD-Forensic Services Division X ISP-Forensic Science Center at Chicago

FROM: ASA Don Groth PHONE # 773-869-2744 ROOM # 12D08

CBX 5817
0MAR03

FAX # 773-869-4440 JUDGE Lows DATE: 3-11-03

ATTENTION:

| | | | | | |
|---|---|---|---|---|---|
| X | FORENSIC BIOLOGY (FB) | | LATENT FINGERPRINTS (LP) | | FIREARMS (FA) |
| | DNA (DNA) | | FOOTWEAR/TIRETRACK (FW) | | TOOLMARKS (TM) |
| | DRUG CHEMISTRY (DC) | | TRACE CHEMISTRY (TC) | | MICROSCOPY (M) |

VICTIM(S) Von Vo OFFENSE/TYPE OF CASE 1st° murder

RD # G423609 DATE OF OCCURRENCE 7-14-7-19-01 LOCATION 4946 N. Sheridan

INVENTORY # 2547960 GD398 ANALYSIS REQUESTED Please determine if a DNA analysis can be done on this evidence (hair taken from victim's hand). Please determine racial origins of hairs

INVENTORY # ____ ANALYSIS REQUESTED ____

C-01-33030 - Lab case #

DEFENDANT(S):

| NAME: | D.O.B. | SID # | IR # |
|---|---|---|---|
| Carl Reed | 6-27-60 | 20328870 | 655951 |
| | | | |

NEXT STATUS/COURT DATE 4-21-03 **TRIAL DEMAND** Y (N)

**NAME OF ISP SUPERVISOR CASE DISCUSSED WITH** 3-13-03 DATE

C01-33030

February 13, 2002

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

FC

Talked with ASA Dan Gross (Name) of 773-869-2744 (Agency)

on 03/13/2003 (Date) 2:31 am (Time) Case No. C01-33030 ~~G-423609~~

Call placed by: [X] Agency [ ] Laboratory [ ] Other

Reason for Call:

Per conversation with ASA; he wants DNA analysis in a clump of hairs found in the victims hand and the blood indicated on the knife blade. He indicated that the victim is Asian and the suspect is ~~Caucasian~~ (Black). I explained that he needs to submit hair samples from victim and suspect for hair analysis. He will check with ERPS to determine if victim hair samples were collected. if no samples available, I will speak with Microtrace supervisor to approve hair analysis (race only) If hairs have roots and not consistent with the victim, we will do DNA in house. If no roots, he needs to contact a private lab for mitochondrial DNA analysis. Also, the evidence is not in the laboratory. Please contact CPD Forensic Services. Next court date (status) is April 21, 2003. No rush at this time.

Action or Follow Up:

Signed

IL 493-0283

ISP 6-125 (9/97)

Rodney Anderson
03/28/2003 01:22 PM

To: Cynara Edmond/IlStPolice@IlStPolice
cc: Edgardo Jove/IlStPolice@IlStPolice, Michael Kopina/IlStPolice@IlStPolice
Subject: Hair evidence on a homicide case

Xc
C01-33030

FYI - Cynara. Hairs on this case have come into the laboratory, and David gave you a biology assignment. However, there have been no standards submitted (as far as I can see) and if there are submitted in the future, this would be a Microscopy assignment, not a biology one. Let me know if you want me to get Davere involved with this case since she has expressed an interest in assisting in hair / DNA cases. It doesn't mean that you can't do the DNA work (which would probably be good experience if you haven't done a hair case yet), but Davere could be a good resource for ensuring that standards are submitted and making sure the case was tracked through the Microscopy phase of analysis.

Rodney E. Anderson
Biology / DNA Group Supervisor
Forensic Science Center at Chicago
(312) 433-8000 ext. 2027

----- Forwarded by Rodney Anderson/IlStPolice on 03/28/2003 01:15 PM -----

Rodney Anderson
02/26/2003 01:47 PM

To: Alan Osoba/IlStPolice@IlStPolice, Edgardo Jove/IlStPolice@IlStPolice
cc: Michael Kopina/IlStPolice@IlStPolice
Subject: Hair evidence on a homicide case

I talked with an ASA earlier in the week regarding some hair evidence to be submitted for :

C01-33030 ✓
Homicide (Area 3)
Victim = Kim Van-Vo
Suspect = Carl Reed

From what I could tell looking through CALMS, neither the hair evidence or any hair standard has ever been submitted, so I've put the ASA in contact with both Lori Lewis and ERPS. Just to give you a heads-up, the evidence hairs are being submitted with the goal of eventually doing DNA.

Edgar: Cynara did the original biology work on this case so she could handle the hair evidence if it comes to that. There was a knife that Cynara tested (blood indicated), but nothing else was ever done with that exhibit in biology. Latents also looked the knife with no suitables found, which makes me think the knife was found at the crime scene.

Rodney E. Anderson
Biology Group Supervisor
Forensic Science Center at Chicago
(312) 433-8000 ext. 2047

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

Talked with Andrea Grohgan (Name) of CCSAO (Agency)

on ______ (Date) ______ (Time) Case No. C01-33030 (corrected from 32030)

Call placed by: ☐ Agency ☐ Laboratory ☐ Other     773-869-2743

Reason for Call: Voicemail 30 May 03
hair, need DNA
where in process are we? Need to tell court

returned call - 9:25 am
court date? I'll put it in priority ~2wks
she called: ~950 am July 15th court date
victim is asian - suspect is AA - no victims stds

Action or Follow Up:
I will pull it out next week + look at it
discussed nDNA / mDNA - other evidence

Signed [signature]

IL 493-0283

ISP 6-125 (9/97)

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

Talked with Andrea Groghan of CCSAO
Name / Agency

on 9 Jun 03 ~330 Case No. C01-33030
Date / Time

773-869-2743

Call placed by: ☐ Agency ☒ Laboratory (me) ☐ Other

Reason for Call:

left message 430 30 may 03

up. sample some obviously mongoloid (asian) racial, other hairs not as clear racial chx.

let's discuss observations.

Left message please call 4 Jun 03 .245

Called 4 Jun ~3:30 –

Action or Follow Up: explained findings – hairs do not have 'textbook' ~~Negroid~~ "Asian" ~~"egroid~~ chx. I would need to do a comparison (to A) to send hairs to DNA.

Why would victim have his own hairs?

She read report – victim was stabbed – poss defensive?

She will communicate w/ Public Defender about submitting stds –

I can write report requesting stds.

10 Jun 03 – 1055

Andrea – room # w/ ASA growth? yes

Victims name hyphenated? no

Signed E Connolly

IL 493-0283 ISP 6-125 (9/97)

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

FC

George H. Ryan
*Governor*

October 30, 2001

Sam W. Nolen
*Director*

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van-Vo |

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 1 | One (1) knife blade |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 did not reveal any latent impressions suitable for comparison.

**REMARKS:**
The evidence will be returned at the Forensic Science Center at Chicago. Any additional inquiries pertaining to this case should be directed to this laboratory.

Respectfully submitted,

Linda Engstrom
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

FC

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 11, 2001

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated.<br>Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

XC

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
| --- | --- | --- |
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
| --- | --- | --- |
| 7 | Wash cloth | Not examined. |

**REQUESTS:**

At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**

Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

4w

XC

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by:

Respectfully submitted,

Crystal B. Watson
Group Supervisor

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

Lw

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Douglas W. Brown
*Acting Director*

March 21, 2003

Manifest of Inventories Received from CPD in Box ERBX5817

| ISP CASE NUMBER | ISP EXHIBIT NUMBER | RD NUMBER | INVENTORY NUMBER | CPD LINE NUMBER |
|---|---|---|---|---|
| C99-005849 | 1 | D0034942 | 2102446 | 1 |
| C01-033030 | 8 | G0423609 | 2547960 | 1 |

2 Inventories Received

Received by: David Yokley
Name
[signature]
Signature
3-21-03
Date

Released by: Alan Stephens
Name
[signature]
Signature
21 Mar 03
Date

CSSC Number

Illinois State Police
Division of Forensic Services
Forensic Sciences Command
EVIDENCE RECEIPT

Laboratory Case Number
C01 - 033030

Page: 1

| Agency Name | Agency Telephone | NCIC Number | Agency Case Number |
|---|---|---|---|
| CHICAGO POLICE DEPARTMENT UNIT 630 | (312) 744-5130 | L12159S | G0423609 |

| Send report to: | Agency address: | City: | Zip Code: |
|---|---|---|---|
| Det. Thompson #20950 | 2452 WEST BELMONT | CHICAGO | 60618 |

| Offense | County of Offense | Date Offense Occurred |
|---|---|---|
| Murder | Cook | 07/19/2001 |

| Victim(s) Name | Sex | Race | DOB |
|---|---|---|---|
| Kim Van-Vo | Unknown | | |
| Van Kim Vo | Unknown | | |

| Suspect(s) Name | Sex | Race | DOB |
|---|---|---|---|
| Carl Reed | Unknown | | |

| Investigating officer. | Officer delivering evidence. |
|---|---|
| TIMOTHY J. THOMPSON | Alan Stephens<br>Eldridge Smith |

| Lab Exhibit Number(s) | CSSC Exhibit Number(s) | Agency Exb/Inv Number(s) | Evidence Description |
|---|---|---|---|
| 1 | | 2548085 | one knife box said to contain one bent kknife blade/with blood approx 51/4" in length marked chefs collection stanless steel |
| 1A | | | Swabs of knife blade |
| 2 | | 2556031 | one pair of "BVD" cut of shorts, size LR w/black leather belt. (marked "RZ" inside left back pocket) |
| 2A | | | Belt |
| 3 | | 2556031 | one pair of blue "Nike" athletic shorts, size XXL, marked "RZ" on label. |
| 4 | | 2556031 | one pair of blue "Hunter" boxer shorts, size "L", marked "RZ" on label. |
| 5 | | 2556031 | one pair of "Tred'' white w/blue trim gym shoe, size, marked "RZ" on label. |
| 6 | | 2547959 | one env said to contain one me blood card me # 339 Jul 2001. |
| 6A | | | Bld std |
| 7 | | 2556032 | one white "Oxford" wash cloth. (marked RZ on label) |
| 8 | | 2547960 | one env said to contain hair from right hand me # 339 Jul 2001. |

CSSC Number

Agency Case Number
G0423609

Illinois State Police
Division of Forensic Services
Forensic Sciences Command
EVIDENCE RECEIPT

Laboratory Case Number
C01 - 033030

Page: 2

| Lab Exhibit Number(s) | Date | Time | Received From(Signature) | Received By(Signature) |
|---|---|---|---|---|
| 3 | 15Apr04 | | Delores Burch-Thompson | Elomwoh |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Lab Exhibit Number(s) | Date | Returned By(Signature) | Released to(Signature and Agency) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Items submitted as evidence could be damaged during examination

4.

| CSSC Number | Illinois State Police<br>Division of Forensic Services<br>Forensic Sciences Command<br>EVIDENCE RECEIPT | Laboratory Case Number<br>C01 - 033030 |
|---|---|---|

Page: 1

| Agency Name | Agency Telephone | NCIC Number | Agency Case Number |
|---|---|---|---|
| CHICAGO POLICE DEPARTMENT -UNIT 630 | (312) 744-5130 | L12159S | G0423609 |

| Send report to: | Agency address: | City: | Zip Code: |
|---|---|---|---|
| Det. Thompson #20950 | 2452 WEST BELMONT | CHICAGO | 60618 |

| Offense | County of Offense | Date Offense Occurred |
|---|---|---|
| Murder | Cook | 07/19/2001 |

| Victim(s) Name | Sex | Race | DOB |
|---|---|---|---|
| Kim Van Vo | Unknown | | |

| Suspect(s) Name | Sex | Race | DOB |
|---|---|---|---|
| Carl Reed | Unknown | | |

| Investigating officer. | Officer delivering evidence. |
|---|---|
| TIMOTHY J. THOMPSON | Alan Stephens |

| Lab Exhibit Number(s) | CSSC Exhibit Number(s) | Agency Exb/Inv Number(s) | Evidence Description |
|---|---|---|---|
| 8 | | 2547960 | One env said to contain hair from right hand me # 339 Jul 2001. |
| 8A | | | Hair root from Exhibit 8 |
| 8B | | | Hair root from Exhibit 8 |
| 8C | | | Hair root from Exhibit 8 |
| 8D | | | Three (3) hair roots from Exhibit 8 |

| Lab Exhibit Number(s) | Date | Time | Received From(Signature) | Received By(Signature) |
|---|---|---|---|---|
| 8<br>8A - 8D | 19 Sep 03 | | Elonnolly | Blake D Aper |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Lab Exhibit Number(s) | Date | Returned By(Signature) | Released to(Signature and Agency) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

D

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) NO. 01 CR 20237
)
Carl Reed )

## RECEIPT FOR DISCOVERY

| DESCRIPTION | NO. OF PAGES | INITIAL |
|---|---|---|
| MOTION FOR DISCOVERY | | |
| ANSWER TO DISCOVERY | | |
| ARREST REPORT (C.B.) | | |
| POLICE REPORTS (R.D.) | | |
| B. OF I. (I.R.) | | |
| DEFENDANT(S) | | |
| WITNESSES | | |
| CRIME LAB: | | |
| ~~CHEMISTRY~~ Additional Hair analysis | 2 | |
| FIREARMS | | |
| LATENT FINGERPRINTS | 5 | includes notes of Linda Engstro |
| MEDICAL REPORTS: | | |
| DEFENDANT(S) | | |
| VICTIM(S) | | |
| STATEMENTS: | | |
| DEFENDANT(S) | | |
| WITNESS(ES) | | |
| TRANSCRIPT | | |
| SEARCH WARRANTS | | |
| VEHICLE RECORDS | | |
| OTHER: | | |
| Lab · notes on knife ~~top~~ cancelling analysis | 9 | |
| | | |
| | | |

RECEIVED BY: ______________________ DATE: __________
ATTORNEY FOR DEFENDANT

PLEASE SIGN COPY AND RETURN TO THE ASSISTANT STATE'S ATTORNEY

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 30, 2001

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van-Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 1 | One (1) knife blade |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 did not reveal any latent impressions suitable for comparison.

**REMARKS:**
The evidence will be returned at the Forensic Science Center at Chicago. Any additional inquiries pertaining to this case should be directed to this laboratory.

Respectfully submitted,

Linda Engstrom
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601

01 15:58 From-AREA 03 DETECTIVE - CHICAGO PD +312 744 5130 T-148 P 002/006 F-612

-33030
CE

# ILLINOIS STATE POLICE

DIVISION OF FORENSIC SERVICES*FORENSIC SCIENCES COMMAND*FSC-C
EVIDENCE SUBMISSION FORM FOR CHICAGO POLICE DEPARTMENT

CASE#
PAGE 1 OF 1

| | | |
|---|---|---|
| C.D.# G-423609 | OFFENSE: HOMICIDE / MURDER<br>DATE OF OFFENSE: 14 Jul 01 | SUBMITTING OFF./DET.: THOMPSON #20950 |
| VICTIM(S):<br>#1 Kim VAN-VO | VICTIM IR/SID#'S:<br>#1 | CONTACT OFF./DET.:THOMPSON |
| #2 | #2 | PHONE #:(312)744-8261 |
| #3 | #3 | PAGER #:(312) 703-3166 |
| SUSPECT(S):<br>#1 Carl REED | SUSPECT IR/SID#'S:<br>#1 655951 / IL20328870 | DISTRICT/AREA: 630 |
| #2 | #2 | DET'S WORK HOURS: Days |
| #3 | #3 | DATE: 23 Jul 01 |

INSTRUCTIONS:
PLEASE LIST ALL INVENTORIES AND LINE ITEMS SEPARATELY
PLEASE SPECIFY WHICH SECTION(S) EACH ITEM SHOULD GO TO

**INCLUDE ALL CRIME SCENE PROCESSING AND CASE REPORTS**
**FAX THIS SIDE OF THE FORM ONLY TO FSD AT (312)746-6748**

| INVENTORY/ LINE ITEM | ITEM DESCRIPTION | SPECIFIC REQUEST FOR ANALYSIS | BOX TYPE *FSD ONLY* |
|---|---|---|---|
| 2548085 | One (1) Stainless Steel 5 ¼ inch knife blade with blood stains. | LP- Check for prints - compare to below listed offender's prints (Carl REED IR# 655951) | FBOY |
| 2556032 N/A | One (1) white stained "oxford" wash cloth marked "RZ" on label | FB - Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2556031 N/A | One (1) pair "BDU" cutoff shorts - size (large/regular) with black leather belt - marked "RZ" inside left back pocket) | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | [illegible] |
| 2556031 | One (1) pair - blue "Nike" athletic shorts size XXL - marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2556031 | One (1) pair - blue "Hunter" boxer style shorts - size L -marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2556031 | One (1) pair - white with blue trim "Tred" gym shoes marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2547959 | victims Blood card | FB DNA | B[illegible] |
| | | | |
| | | | |
| | | | |

PLEASE INCLUDE A BRIEF CASE SUMMARY:

On 19 Jul 01, the above victim was found dead in his apartment in an advanced state of decomposition. The victim had numerous (11) stab wounds and was lying in dried blood. The above knife blade (2548085) was subsequently recovered from under the victim's body. The victims apartment had been ransacked with numerous items apparently missing. The above offender (Carl REED) has admitted to being alone and solely responsible for stabbing the victim. The offender further described the above knife blade as being the weapon that he used in this incident. The above clothing and articles were described by the offender as being worn and used at the time of this incident. The above items were subsequently collected from the victim's residence.

ISP 6-634 (09/00)

*IF MORE SPACE IS NEEDED PLEASE USE THE CONTINUATION TO THIS FORM

CG-33030 CE

CRIME SCENE PROCESSING REPORT
POLICE DEPARTMENT
# 01-200-10612

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| DEATH INVESTIGATION | 5084 | ME 339 July | G 423-609 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 4946 N. Sheridan Apt. # 311 | VO, Van Kim ( 6 OCT 34 ) | M O 66 | 3 20 2024 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime Scene | 2024/2020 | 19 JULY 01 1455 | 9603 |

PHOTOGRAPHY

| | | |
|---|---|---|
| A O/A front of building-4946 N. Sheridan | D O/A & C/U blood on closet door, west wall. | G |
| B O/A & C/U front door & bathroom door locks. | E O/A & C/U knife blade on floor- | H |
| C O/A body on floor, near front door, I.D. Photo | F | I |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B | C.B NO | I.R. NO |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | SEE PHYSICAL EVIDENCE SECTION | | | | |
| | | | | | |
| | | | | | |

TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N.

PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| 548083 177 | Two-(2)-swabs of blood from glass of fishtank near kitchen sink/ counter-East wall. Apt. #311. Two-(2)-swabs of blood from closet door interior/west wall. Apt. #311, 4946 N. Sheridan. | SE |
| 548084 177 | One-(1)-white towel with blood recovered from victim's face. One-(1)-pink towel with blood recovered from victim's legs. One Pillow & beige pillow case with blood recovered from floor near near victim/front door. Apt. #311, 4946 N. Sheridan. | TR/SE |
| 548085 177 | One-(1)-bent knife blade with blood, approximately 5¼ inches in length, marked " CHEFS COLLECTION STAINLESS STEEL " recovered from under victim's body. Apt. # 311, 4946 N. Sheridan | TR/SE/LA |

DETAILS OF CASE

Reporting Investigators arrived at the above location and were met by P.O. Keehn Beat 2024 and learned the following: A next door neighbor of victim called the management of the building to complain of an odor coming from victim's apartment. Upon the building supervisor opening the front door and observing the victim lying on the floor of the apartment near the front door, he immediately called the police. R/PFI's photographed and searched the scene with the above listed results. After examining victim's body, R/FI's found that due to the advanced state of decomposition, cause of death to be determined after autopsy. R/PFI's conducted a search for latent prints inside and around the exterior of the entrance of Apt. #311. Victim's hands bagged for possible trace evidence.

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det. Thompson | 20950 | 5317 | Keehn | 4321 | 2024 (020) |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|
| Inv. John Paulson #13055 177 | | 19 JULY 01 | 1530 | 2130 |
| Inv. Thomas Mander #4542 | | APPROVING SUPERVISOR (PRINT NAME) - STAR NO | | |

TECHNICIAN'S SIGNATURE: John Paulson, T. Mander | DATE 19 JULY 01 | SUPERVISOR'S SIGNATURE

CPD 21 9(REV 10/92)

G 423-609

ILLINOIS STATE POLICE
DIVISION OF FORENSIC SERVICES
FORENSIC SCIENCE COMMAND

| AGENCY CASE NUMBER | LATENT PRINT WORKSHEET | LABORATORY CASE NUMBER |
|---|---|---|
| G423609 | | C01-33030 (ORIGINAL) SUPPLEMENT |

| DATE STARTED | AGENCY | PAGE |
|---|---|---|
| 08-18-01 | CPD | 1 OF 1 |

| DATE COMPLETED | EXAMINER'S SIGNATURE |
|---|---|
| 08-20-01 | [signature] |

PACKAGING: SBX

EX 1* → One (1) knife blade

V → RBS present

AGENCY CANCEL AS PER TELEPHONE CONVERSATION DATED 08-20-01

REPACKAGING: SO

*Broke seal to open

**LEGEND**

V=VISUAL
P=POWDER
N=NINHYDRIN
FA=FIREARMS
DC=DISCHARGED CARTRIDGE CASE(S)
R=RHODAMINE 6G
A=ARDROX
ZC=ZINC CHLORIDE
BIO=BIOLOGY
UV=ULTRA VIOLET LIGHT
L=LASER
EX=EXHIBIT
PHOTO=PHOTOGRAPH
LC=LIVE CARTRIDGE(S)
PD=PHYSICAL DEVELOPER
CF=CYANOACRYLATE FUMING
TOT=TURN OVER TO
EVAL=EVALUATION
SUIT=SUITABLE LATENT(S)
SS=STICKY SIDE POWDER
AB=AMIDO BLACK
FP=FINGERPRINTS
PP=PALMPRINTS
NASL= NO ADDITIONAL SUITABLE LATENTS
NSL=NO SUITABLE LATENTS
RBS=RED-BROWN STAINS
NEC=NO EXAM CONDUCTED
$AgNO_3$=SILVER NITRATE

PACKAGING CODES

S=SEALED
N=NONE
O=ORIGINAL
PL=PLASTIC
P=PAPER
E=ENVELOPE
BX=BOX
B=BAG
Δ =HEAT

PHOTO STATS

NEGATIVE(S) ______
PRINT(S) ______

TEST STRIPS

N ______ CF ______
ZC ______ SS ______
PD ______ $AgNO_3$ ______

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Command
TELEPHONE CONVERSATION RECORD

LABORATORY CASE: C01-33030

☐ Voice Mail from:

☐ Left Voice Mail for:

☒ Talked with: Det. Thompson (Name) of CPD A/3 (Agency)

on 08-20-01 (Date) at 3:30p (Time).

Call placed by: ☒ Laboratory ☐ Agency ☐ State's Attorney ☐ Defense Attorney ☐ Other

Reason for Call: ☐ Case Status ☐ Suspect Information ☐ Copy of Report ☒ Other

Bio on knife? Yes

Looks like this guy confessed. Do we really need to process the knife? → Not at this time

Action or Follow Up: ☐ Please Return Call. ☐ Please Fax. ☐ No Follow Up Required.

I will send evidence to ERPS and if it becomes important he can send it in at that time + we will process it.

Signed

CE1-33030

# ILLINOIS STATE POLICE

DIVISION OF FORENSIC SERVICES*FORENSIC SCIENCES COMMAND*FSC-C

EVIDENCE SUBMISSION FORM FOR CHICAGO POLICE DEPARTMENT

PAGE 1 OF 2

| | | |
|---|---|---|
| -423609 | OFFENSE: HOMICIDE / MURDER<br>DATE OF OFFENSE: 14 Jul 01 | SUBMITTING OFF./DET.: THOMPSON #20950 |
| M(S):<br>m VAN-VO | VICTIM IR/SID#'S:<br>#1 | CONTACT OFF./DET.:THOMPSON |
| | #2 | PHONE #:(312)744-8261 |
| #3 | #3 | PAGER #:(312) 703-3166 |
| SUSPECT(S):<br>#1 Carl REED | SUSPECT IR/SID#'S:<br>#1 655951 / IL20328870 | DISTRICT/AREA: 630 |
| #2 | #2 | DET'S WORK HOURS: Days |
| #3 | #3 | DATE: 23 Jul 01 |

NSTRUCTIONS:
·PLEASE LIST ALL INVENTORIES AND LINE ITEMS SEPARATELY
·PLEASE SPECIFY WHICH SECTION(S) EACH ITEM SHOULD GO TO

**INCLUDE ALL CRIME SCENE PROCESSING AND CASE REPORTS**
**FAX THIS SIDE OF THE FORM ONLY TO FSD AT (312)746-6748**

| INVENTORY/ LINE ITEM | ITEM DESCRIPTION | SPECIFIC REQUEST FOR ANALYSIS | BOX TYPE *FSD ONLY* |
|---|---|---|---|
| 2548085 | One (1) Stainless Steel 5 ½ inch knife blade with blood stains. | LP- Check for prints - compare to below listed offender's prints (Carl REED IR# 655951) | FBOY |
| 2556032 [redacted] | One (1) white stained "oxford" wash cloth marked "RZ" on label 22 Jul | FB - Check for any blood - compare to victim's blood recorded and, inventoried under number 2547959 | |
| 2556031 | One (1) pair "BDU" cutoff shorts - size (large/regular) with black leather belt - marked "RZ" inside left back pocket) 22 Jul | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | [illegible] |
| 2556031 | One (1) pair - blue "Nike" athletic shorts size XXL - marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2556031 | One (1) pair - blue "Hunter" boxer style shorts - size L -marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2556031 | One (1) pair - white with blue trim "Tred" gym shoes marked "RZ" on label | FB- Check for any blood - compare to victim's blood recorded and inventoried under number 2547959 | |
| 2547959 | victims Blood card | FB DNA | [illegible] |
| | | | |
| | | | |
| | | | |

PLEASE INCLUDE A BRIEF CASE SUMMARY:

On 19 Jul 01, the above victim was found dead in his apartment in an advanced state of decomposition. The victim had numerous (11) stab wounds and was lying in dried blood. The above knife blade (2548085) was subsequently recovered from under the victim's body. The victims apartment had been ransacked with numerous items apparently missing. The above offender (Carl REED) has admitted to being alone and soley responsible for stabbing the victim. The offender further described the above knife blade as being the weapon that he used in this incident. The above clothing and articles were described by the offender as being worn and used at the time of this incident. The above items were subsequently collected from the victim's residence.

*IF MORE SPACE IS NEEDED PLEASE USE THE CONTINUATION TO THIS FORM

ISP 6-634 (09/00)

CHICAGO POLICE DEPARTMENT

PROPERTY INVENTORY - NO.
CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 1/98)

2548085 177

*2548085*

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY: 83-85 ☐ NONE

UNIT: 177

DATE RECOVERED: DAY 19 MONTH JUL YEAR 01

CROSS REFERENCE: M

RD NO: G-423-609

TOR. NO

C01-33030 JC

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ ¢ |
|---|---|---|---|
| 1 | 1 | BENT KNIFE-BLADE (WITH BLOOD, APPROX. | |
| 2 | | 5 1/4" IN LENGTH, MARKED "CHEFS COLLECTION STAINLESS | |
| 3 | | STEEL | |
| 4 | | | |
| 5 | | | |
| 6 | | DEATH INVESTIGATION | |
| 7 | | VICTIM - V/O, VANKIM | |

TOTAL CASH U.S.C. $ —

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

COURT DATE

COURT BRANCH

COURT CALL

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY
RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY STATE ZIP

DATE RECEIVED

OFFICER'S SIGNATURE - STAR - UNIT
X

WATCH COMDR.'S APPROVAL SIGNATURE (EXEMPT RANK REQUIRED FOR FIREARMS)
X

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT - (MUST SUBMIT TO/FROM)
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

COURT ORDER - DISPOSAL INSTRUCTIONS

☐ MISDEMEANOR ☒ FELONY
STATE CHARGES: 5084
☐ JUVENILE
☐ HOMICIDE ☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME ☐ DECEASED ☐ ARRESTED
AT: FLOOR, UNDER VICTIM AT 4946 N. SHERIDAN
BEAT OF RECOVERY: 311

OWNER'S NAME
ADDRESS
TELEPHONE NO

JUDGE
CT. BR

FOUND BY - NAME ☐ CHECK ☒ C.P.D.: F/T. MANDER 4542 / F/T J. PAULSON 13055
ADDRESS
TELEPHONE NO

OFFICER'S SIGNATURE STAR UNIT
X

E. & R.P.S. USE ONLY

CHECK ONE
☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT RELEASED BY INVESTIGATING UNIT ...)
INVESTIGATING OFFICER: THOMPSON STAR NO 20950 UNIT 650
1st OFFICER'S NAME: DET THOMPSON STAR NO 20950
SIGNATURE
UNIT: 650

☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR
TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
HOW NOTIFIED: ☐ IN PERSON ☐ PHONE ☐ MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME: F/T MANDER STAR NO 4542

INITIAL DESTINATION OF PROPERTY
☐ E & RPS
☒ CRIME LABORATORY
☐ MEDICAL EXAMINER
☐ AUTO POUND NO.
TR/LA/SE

SIGNATURE: F/T J PAULSON UNIT 13055-177

VIA ☐ POLICE MAIL ☐ E & RPS PICKUP ☐ RECOVERING UNIT PERSONNEL ☒ EVID/LAB TECHNICIAN

APPROVING DESK SERGEANT: W Moore STAR NO 9949 DATE 19 JUL 01 TIME 2130

COPY 1 — KEEP WITH PROPERTY

**...E PROCESSING REPORT**
...ICE DEPARTMENT
01-200-10612

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| DEATH INVESTIGATION | 5084 | | G 423-609 |

| ...F SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| ...N. Sheridan Apt. # 311 | VO, Van Kim ( 6 OCT 34 ) | M O 66 | 3 20 2024 |

| ...MENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| ...ne Scene | 2024/2020 | 19 JULY 01 1455 | 9603 |

...TOGRAPHY

| | | |
|---|---|---|
| A O/A front of building- 4946 N. Sheridan | D O/A & C/U blood on closet door, west wall. | G C01-33030 |
| B O/A & C/U front door & bathroom door locks. | E O/A & C/U knife blade on floor- | H [signature] |
| C O/A body on floor, near front door. I.D. Photo | F | I |

| FINGERPRINTS | ELIM PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| | SEE PHYSICAL EVIDENCE SECTION | | | | |
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N.

**PHYSICAL EVIDENCE**

| PROP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 2548083 | 177 | Two-(2)-swabs of blood from glass of fishtank near kitchen sink/ counter-East wall. Apt. #311. Two-(2)-swabs of blood from closet door interior/west wall. Apt. #311, 4946 N. Sheridan. | SE |
| 2548084 | 177 | One-(1)-white towel with blood recovered from victim's face. One-(1)-pink towel with blood recovered from victim's legs. One Pillow & beige pillow case with blood recovered from floor near near victim/front door. Apt. #311, 4946 N. Sheridan. | TR/SE |
| 2548085 | 177 | One-(1)-bent knife blade with blood, approximately 5¼ inches in length, marked " CHEFS COLLECTION STAINLESS STEEL " recovered from under victim's body. Apt. # 311, 4946 N. Sheridan | TR/SE/LA |

**DETAILS OF CASE**

Reporting Investigators arrived at the above location and were met by P.O. Keehn Beat 2024 and learned the following: A next door neighbor of victim called the management of the building to complain of an odor coming from victim's apartment. Upon the building supervisor opening the front door and observing the victim lying on the floor of the apartment near the front door, she immediately called the police. R/PFI's photographed and searched the scene with the above listed results. After examining victim's body, R/FI's found that due to the advanced state of decomposition, cause of death to be determined after autopsy. R/PFI's conducted a search for latent prints inside and around the exterior of the entrance of Apt. #311. Victim's hands bagged for possible trace evidence.

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det. Thompson | 20950 | 5317 | Keehn | 4321 | 2024 (020) |

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT
Inv. John Paulson #13055 177
Inv. Thomas Mander #4542

| DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|
| 19 JULY 01 | 1530 | 2130 |

TECHNICIAN'S SIGNATURE: [signatures] | DATE 19 JULY 01 | APPROVING SUPERVISOR (PRINT NAME) - STAR NO | SUPERVISOR'S SIGNATURE

CPD 21.9... (REV 10/9...)

**...E PROCESSING REPORT**
...ICE DEPARTMENT
...10612

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| Homicide | 0110 | ME 339 Jul 01 | G 423 609 |

| ...F SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| | VO, Van Kim (6 Oct 34) | M 0 66 | 3 020 2024 |

| ...MENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| | 9600 | 20 Jul 01 0700 | 9609 |

...TOGRAPHY

| | | | |
|---|---|---|---|
| A | D | G | 01-33030 |
| B | E | H | *(initials)* |
| C | F | I | |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N | MED NEG LIFT | LOCATION FOUND | F.N |
|---|---|---|---|---|---|
| | | | | | |

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N.

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 2547959 | 177 | 1- ME blood card | SE |
| 2547960 | 177 | 1- envelope hair from right hand. | TR |
| 2547961 | 177 | 1- grey T-shirt | TR SE |

**DETAILS OF CASE** Received from Dr. Choi. Unable to fingerprint due to mummification of fingers.

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Thompson | 20950 | 630 | | | |

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT: G. Janicki 3173 177

DATE ARRIVED: 20 Jul 01 TIME: 0700 TIME COMPLETED: 1600

APPROVING SUPERVISOR (PRINT NAME) - STAR NO

TECHNICIAN'S SIGNATURE: *(signature)* DATE: 20 Jul 01

SUPERVISOR'S SIGNATURE

CPD-21.949 (REV 10/92) RD NO

C01-330306

HOSPITALIZATION CASE REPORT CHICAGO POLICE

CLASSIFICATION (Check One): DEATH 5083 / SUICIDE 5085 / ATTEMPTED SUICIDE 5086 / INJURY TO CITIZEN ON PUBLIC PROP. 5087 / INJURY TO CITY EMPLOYEE 5088 / ACCIDENTAL INJURY 5089

2. BEAT UNIT ASSIGN: 2024
3. BEAT OCCUR.: 2024

4. ADDRESS OF OCCURRENCE: 4946 W. SHERIDAN LAKEFRONT SRO — APT. NO. 311
7. DATE OCCURRED: 1 JUL TIME 1945
8. DATE REPORTED: ... 01 14

9. VICTIM'S NAME: VO Kim, Van — SEX: M — RACE CODE: 6 — AGE: 66
10. HOME ADDRESS: 4946 N. SHERIDAN — APT. NO. 311
11. HOME PHONE: 506-1892
12. BUSINESS PH.: 

13. PERSON REPORTING INCIDENT TO POLICE: GREEN, Patrick — SEX: M — RACE CODE: 2
14. HOME ADDRESS: 6167 N. Broadway — APT. NO. 281
15. HOME PHONE: 764-6580
16. BUSINESS PH.: 7112

17. PERSON DISCOVERING VICTIM: DAVIS, JEANNA — SEX: F — RACE CODE: 2
18. HOME ADDRESS: 890 Forestview Blvd — APT. NO. 304
19. HOME PHONE: 705-1164
20. BUSINESS PH.: 561-0900

21. NAMES OF WITNESSES: Jackson, Deon — SEX: M — RACE CODE: 1
22. HOME ADDRESS: 
23. HOME PHONE: 
24. BUSINESS PH.: XT 253

25. TYPE PREMISES WHERE INJURED / VICTIM FOUND: APARTMENT FLOOR — LOCATION CODE: 290
26. CAUSE OF INJURY: 
27. REASON: 
28. REMOVED BY: 
29. REMOVED TO: 
30. NAME/PERSON AUTHORIZING REMOVAL: 

31. SOBRIETY OF VICTIM (Check One): X 1 SOBER / 2 HBD / 3 INTOX.
32. EXTENT OF INJURIES (Check One): 1 MINOR / 2 SERIOUS / X FATAL
33. FIRST AID GIVEN BY POLICE: 1 YES / X 2 NO
34. MED. CAL. AID REF. BY VICTIM: 
36. PROP. INVENTORY: 

35. NAME AND ADDRESS OF ATTENDING PHYSICIAN: Dr. Howard Markin 1060 W. ARGYLE — 773 989-9118
NOTIFIED BY: — STAR NO.: — IN PERSON / TELEPHONE

37. FAMILY MEMBER NOTIFIED (DEATH ONLY): KAMEL, KAMEL (Brother) 773 764-8779
NOTIFIED BY: — STAR NO.: 2088
39. O.E.C. EVENT NO.: 10612

38. AREA DETECTIVE NOTIFIED (DEATH ONLY): Olenky 1685
NOTIFIED BY: OHUBA D.

40. NARRATIVE (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED)

In Summary: Upon arrival R/O and 2020 were met by (Box #21) Employee's of SRO who took R/Os to victim's apt where earlier (Box 17) had entered apt to check the well being of Vic after complaints by neighbor in apt 309 of smell. Upon entering apt which was double locked R/O discovered Vic lying face down with a bloody towel over his head and apt in shambles. R/Os backed out of apt and secured same. Vic shared bathroom with apt 309 who was not interviewed. Vic has 1990 white Nissan Maxima plate W8570 computer check was invalid. Vic always parked in front of building and now car cannot be found. A/3 VC notified (Box 38) M.E. notified per Morris #27 case # 339 Crime Lab

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE — CONTINUED ON REVERSE SIDE

41. EXTRA COPIES REQUIRED (NO. & RECIPIENT): A/3 VC
42. DATE INVESTIGATION COMPLETED: 19 JUL 07 — TIME: 1815
43. SUPERVISOR APPROVING — STAR NO.: 

44. REPORTING OFFICER (Print or Type): M. Keehn — STAR NO.: 4321
45. REPORTING OFFICER (Print or Type): — STAR NO.: 
SIGNATURE: 

SIGNATURE: [signature] — SIGNATURE: — DATE DAY — MONTH — YEAR — TIME

CPD-11.406 (Rev. 3/98) RACE CODES: 1 - BLACK, 2 - WHITE, 3 - BLACK-HISP., 4 - WHITE-HISP., 5 - AMER.INDIAN/ALASK.NAT., 6 - ASIAN/PACIF.ISL

COL-33030

fe

T #9603 Paulson #13055 + Mander #4542 on scene
A/C VC BT 5317 Thompson #20150 on scene
Body removed By BT 2071 Szech #4451 +
Schmeda #19896 Coroner Seals #38393 + 94
applied

| AVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO-YR) |
|---|---|---|---|
| | | | |

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

| UCR OFFENSE CODE ☐ 1 CORRECT ☐ 2 REVISED | REV. CODE | METHOD ASSIGNED ☐ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | UNIT NO. | OFF. ASSIGNED STAR | DATE ASSIGNED | SUPV. STAR NO. |
|---|---|---|---|---|---|---|
| INVESTIGATIVE FILE ☐ 1 YES ☐ 2 NO | VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REV. | VICTIM NO. | REV. NAME | | | REV. PHONE NO. ☐ HOME ☐ BUS. |
| REV. ADDRESS | | | STATUS ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLOSED - NON-CRIMINAL | | | R.D. NO. |

| IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEARUP OR FIRST CLEARUP OF MULTIPLE CLEARUP LIST) | | | | | |
|---|---|---|---|---|---|
| ☐ 1 ARREST & PROSECUTION | ☐ 2 DIRECTED TO FAMILY COURT | ☐ 3 COMPL. REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT ☐ JUV. |

REMARKS

| PREPARED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR) | APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR) |
|---|---|---|---|---|---|
| | | | | | |

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

October 1, 2004

Larry G. Trent
*Director*

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609
SUPPLEMENTAL REPORT

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO #339 Jul 01) |
| 8E | Five (5) hairs which display Mongoloid characteristics from Exhibit 8 |
| 8F | Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 |

**EXAMINATION FINDINGS AND RESULTS**

The proximal end of six (6) hairs with either Mongoloid or indeterminate racial characteristics were previously recovered for DNA analysis and subexhibited. Please see my previous report (dated June 10, 2003) and DNA analyst Aper's report (dated July 15, 2004) in reference to Exhibits 8, 8A, 8B, 8C, and 8D.

An additional five (5) head hairs which display Mongoloid characteristics and five (5) head hairs which display indeterminate racial characteristics from Exhibit 8 were recovered for DNA analysis and subexhibited.

**EXAMINATION FINDINGS AND RESULTS** (continued)

**EVIDENCE DISPOSITION**

Exhibits 8E and 8F will be submitted to the DNA section and that analysis will be the subject of a separate report.

Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly

Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

# ILLINOIS TRAFFIC CRASH REPORT

Sheet __ of __ Sheets

*9601582*

| 1 DRAC | 2 PEDV | 3 TRFD | 4 TRFC | 5 WEAT | 6 DRVA | 7 VIS | 8 VEHD | 9 LGHT | 10 COLL | 11 MANV | 12 PPA | 13 PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U1 9 U2 1 | 1 | 1 | 1 | 1 | U1 2 U2 1 | U1 1 U2 1 | U1 1 U2 1 | 1 | 1 | U1 25 U2 99 | 64 | 64 |

INVESTIGATED BY: **CHICAGO POLICE DEPARTMENT**

TYPE OF REPORT: [X] ON-SCENE [ ] NOT ON-SCENE [ ] SUPPLEMENTARY

31 [ ] A No Injury / Drive Away — 32 [X] Injury and / or Tow Due To Crash

33 R.D. NUMBER: YR G423607

34 ADDRESS NO.: 3759 (CIRCLE) (N) E S W — HIGHWAY or STREET NAME: KIMBALL

CITY: **CHICAGO** — COUNTY: **COOK**

[ ] ___ FT / MI N E S W (CIRCLE) — [X] AT INTERSECTION WITH: GRACE (NAME OF INTERSECTION OR ROAD FEATURE)

35 INTERSECTION RELATED: [X] Yes [ ] No — PRIVATE PROPERTY: [ ] Yes [ ] No — HIT & RUN: [ ] Yes [ ] No

14 DATE OF CRASH: 7/19/01 — TIME: 7:45 [ ] AM [X] PM — BEAT OF OCCURRENCE: 1733

ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $500: [ ] Yes [X] No — NO. MOTOR VEHICLES INVLD: 0 — PHOTO(S) TAKEN: [ ] Yes [X] No — STATEMENT(S) TAKEN: [ ] Yes [X] No

## UNIT 1

NAME (LAST, FIRST, M.I.) [X] DRIVER [ ] PED [ ] PEDAL [ ] EQUES [ ] NMV [ ] NOV: SMITH MICHAEL W — DATE OF BIRTH: 3/20/69 — MAKE: HUFFY — MODEL: 10 SPEED — YEAR:

STREET ADDRESS: 3134 N. MONTICELLO — SEX: M — SAFT: X — AIR: X — PLATE NO.: BICYCLE — STATE: — YEAR:

CITY: CHGO — STATE: IL — ZIP: — INJURY: B — EJECT: X — VIN:

TELEPHONE: NONE — DRIVER LICENSE NO.: NONE — STATE: — CLASS: — VEHICLE OWNER (LAST, FIRST M.I.): SAME

TAKEN TO: — EMS AGENCY: — OWNER ADDRESS (street, city, state, zip): — TELEPHONE: — POLICY NO.: — INSURANCE CO.:

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE; 10 - UNDER CARRIAGE; 11 - TOTAL (ALL AREAS); 12 - OTHER; 99 - UNKNOWN; POINT OF FIRST CONTACT

TOWED DUE TO DAMAGE / OTHER / FIRE / HAZ MAT / COM VEH. (Y / N)

## UNIT 2

NAME (LAST, FIRST, M.I.) [ ] DRIVER [X] PED [ ] PEDAL [ ] EQUES [ ] NMV: JASSO ADRIANA — DATE OF BIRTH: 6/7/84 — MAKE: NONE — MODEL: — YEAR:

STREET ADDRESS: 3808 N. TROY — SEX: F — SAFT: X — AIR: X — PLATE NO.: — STATE: — YEAR:

CITY: CAGO — STATE: IL. — ZIP: — INJURY: O — EJECT: X — VIN:

TELEPHONE: 773-5393144 — DRIVER LICENSE NO.: NONE — STATE: — CLASS: — VEHICLE OWNER (LAST, FIRST M.I.):

TAKEN TO: SWEDISH COV. HOSP — EMS AGENCY: C.F.D #3 — OWNER ADDRESS (street, city, state, zip): — TELEPHONE: — POLICY NO.: — INSURANCE CO.:

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE; 10 - UNDER CARRIAGE; 11 - TOTAL (ALL AREAS); 12 - OTHER; 99 - UNKNOWN; POINT OF FIRST CONTACT

TOWED DUE TO DAMAGE / OTHER / FIRE / HAZ MAT / COM VEH. (Y / N)

15 NO. L: 1 — 17 AJ: 1 — 18 RSL: 1 — 19 VEH: 1 — 20 RCF: 99 / 1 — 21 BHS: 96 / 96 — 22 NO. OCCS: 1 / 1 — 23 DIRP: 5 / X

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | 40 NAME / ADDR / TEL | 41 HOSP | 42 EMS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |

| UNIT | EVNO | MOST | EVNT | LOC |
|---|---|---|---|---|
| 1 | 1 | [ ] | 12 | 2 |
| 1 | 2 | [ ] | | |
| 1 | 3 | [ ] | | |
| 2 | 1 | [ ] | | |
| 2 | 2 | [ ] | | |
| 2 | 3 | [ ] | | |

43 DAMAGED PROPERTY OWNER NAME: X — DAMAGED PROPERTY: X

PROPERTY OWNER ADDRESS — CITY — STATE — ZIP

44 ARREST NAME: SMITH MICHAEL W — SECTION: 9-40-070 — CITATION NO.: 0920932

ARREST NAME — SECTION: 9-40-140 — CITATION NO.: T-0920933

45 DATE POLICE NOTIFIED: 7/19/01 — TIME NOTIFIED: 7:46 [ ] AM [X] PM

COURT DATE: 10/10/01 — COURT TIME: 10:00 [X] AM [ ] PM

46 STAR NO.: 9577 — SIGNATURE: M Lagato — 47 BEAT: 1733 — 48 SUPERVISOR SIGNATURE / STAR NO.: CJ 961

*P1099*

IF YES, COMPLETE COMMERCIAL VEHICLE AREA ON BACK OF FORM

EVENT 09942

Printed by authority of the State of Illinois

SR 1050C 200M (REV. 10/99) CPD 22.110

9601582

R. D. Number G423607

49 DIAGRAM




INDICATE NORTH BY ARROW

50 NARRATIVE (Refer to vehicle By Unit No.)

UNIT #1 (BICYCLE) STRUCK PEDESTRIAN WHILE DRIVING BIKE S/B ON KIMBALL ON SIDEWALK. MINOR INJURY TO PED. C.F.D. #3 TOOK TO SWEDISH HOSP.

| 59 HIT & RUN WANTED DRIVER | SEX | RACE | AGE | HAIR COL. | DISTINGUISHING MARKS / CLOTHING DESCRIPTION | UNIT NO. | VEH. COLOR |
|---|---|---|---|---|---|---|---|
| X | | | | — | — A | X | |

| MAIU ONLY | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV STAR NO. | IF CASE CLEARED HOW ☐ ARREST PROSECUTION | CITATION NO. |
|---|---|---|---|---|---|
| COURT RM. | COURT DATE | TIME AM PM | CHARGES ☐ EXC. CLEARED | | |

SUSPENDED ☐ VICTIM CANNOT ID OFFENDER ☐ NO INVESTIGATIVE LEADS ☐ VEH. STOLEN RD NO. ☐ LETTER TO CONTACT RETURNED BY POST OFF. ☐ WARRANT OBTAINED ☐ OTHER (Specify) ☐ VEH. REGISTRATION UNAVAILABLE ☐ INSUFFICIENT EVIDENCE FOR ARREST

PREPARED BY - SIGNATURE | STAR NO. | DATE (Day-Mo. Yr.) | APPROVED BY - SIGNATURE | STAR NO.

51 COMMERCIAL VEHICLE UNIT NO.

CARRIER NAME
ADDRESS
CITY STATE ZIP

52 SOURCE ☐ Side of truck ☐ Papers ☐ Driver ☐ Log book

54 ID NUMBER US DOT or State No. 53 GVWR ICCMC State Name ☐ None

55 HAZARDOUS MATERIALS: If Yes: 4-Digits ____ 1-Digit ____ PLACARDED? ☐ Yes ☐ No or Name

| | Y | N | Unk |
|---|---|---|---|
| Hazardous cargo released from truck? (do not count fuel from vehicle fuel tank) | ☐ | ☐ | |
| Violation of HAZMAT regs. contribute to crash? | ☐ | ☐ | ☐ |
| Violation of MCS regs., contribute to crash? | ☐ | ☐ | ☐ |

Inspection form completed? Y N Unk - HAZMAT ☐ ☐ ☐ Out of Service? Y ☐ N ☐ - MCS ☐ ☐ ☐ Out of Service? ☐ ☐ Form No.

56 IDOT PERMIT # ____ WIDE LOAD Y ☐ N ☐

57 TRAILER WIDTH(S): Trailer 1 ☐ 0-96" ☐ 97-102" ☐ Over 102"; Trailer 2 ☐ ☐ ☐ — TRAILER LENGTH(S) - ft Trailer 1 ____ Trailer 2 ____ — VEHICLE LENGTH (TOTAL) - ft — NO. OF AXLES

☒ IN CITY OF / ☐ NEAREST CITY: CHICAGO ____ Miles N E S W of: (Circle)

INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO
VEHICLE CONFIGURATION ____ CARGO BODY TYPE ____ LOAD TYPE ____

58 COMMERCIAL VEHICLE UNIT NO.

CARRIER NAME
ADDRESS
CITY STATE ZIP

SOURCE ☐ Side of truck ☐ Papers ☐ Driver ☐ Log book

ID NUMBER US DOT or State No. GVWR ICCMC State Name ☐ None

HAZARDOUS MATERIALS: If Yes: 4-Digits ____ 1-Digit ____ PLACARDED? ☐ Yes ☐ No or Name

| | Y | N | Unk |
|---|---|---|---|
| Hazardous cargo released from truck? (do not count fuel from vehicle fuel tank) | ☐ | ☐ | |
| Violation of HAZMAT regs. contribute to crash? | ☐ | ☐ | ☐ |
| Violation of MCS regs, contribute to crash? | ☐ | ☐ | ☐ |

Inspection form completed? Y N Unk - HAZMAT ☐ ☐ ☐ Out of Service? Y ☐ N ☐ - MCS ☐ ☐ ☐ Out of Service? ☐ ☐ Form No.

IDOT PERMIT # ____ WIDE LOAD Y ☐ N ☐

TRAILER WIDTH(S): Trailer 1 ☐ 0-96" ☐ 97-102" ☐ Over 102"; Trailer 2 ☐ ☐ ☐ — TRAILER LENGTH(S) - ft Trailer 1 ____ Trailer 2 ____ — VEHICLE LENGTH (TOTAL) - ft — NO. OF AXLES

☒ IN CITY OF / ☐ NEAREST CITY: CHICAGO ____ Miles N E S W of: (Circle)

INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO
VEHICLE CONFIGURATION ____ CARGO BODY TYPE ____ LOAD TYPE ____

655951
4946 N. Sheridan, Apt. 305, Chicago, IL 60640, Home Telephone 773 561-5012
020 | 5'10 | 200 | Blk | M | B | 41 | 27 Jun 60
Tattoo, right arm | Short | Brn | Med/Dark
G 423 609 | Occupation: None | Place of Birth: Illinois | SSN 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
Address of Arrest: 2452 W. Belmont | Business Name-Address: Unemployed | Driver's License: 3001-2060-182R IL
Resisted Arrest: No XX | Weapon: Other DNA | No. Arrestees: 1 | Beat of Arrest: 1918 | Date of Arrest: 22 July 01 | Time: 1200 | Unit: 630
Vehicle of Arrestee: DNA | Property Inventory No(s): DNA (SCR) | DNA | DNA | $ DNA
Person in Investigative Unit Notified: R/D's | Disposition of Vehicle: DNA
Victim/Complainant: Kim Van Vo (deceased) | Dependent children at home: XXNo | Name of A.S.A.: N. Galassini | Charges Approved: XXYes | Time: 0330
Sex: M | Race: 6 | Age: 66 | Home Address: 4946 N. Sheridan, #311, Chgo, IL
Victim Injured: XXYes | Multiple stab wounds, Fatal

| References | Offenses | Dispositions |
|---|---|---|
| 1 720ISCS 5-9 1aB | First Degree Murder | |
| 2 720ILCS 5-18-2 | Armed Robbery | |
| 3 720ILCS 5-19-3 | Res Burg | |

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

Above person arrested for the stabbing murder of Kim Van Vo after he admitted that he went into Mr. Vo's apartment with the intention of robbing him and subsequently stabbed him to death.

ARRESTING/INVESTIGATING DETECTIVES: G/S Paul Zacharios #60094
G/S Michael Cusack #60053

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

First Arresting Officer's signature [signature] Star No. 20950 Unit 630
First Arresting/Appearing Officer - Print Name: Det. Timothy Thompson | Beat No. 5317
Second Arresting Officer: Det. Anthony JIN 20814
Det. James GILDEA 20812 | Unit 630 | Vehicle: XX Other
Initial Approval of Probable Cause: Lt [signature] 239
Approval of Charges: [signature] 713 23 Jul 01 1130
Arrestee Searched By: [signature] 30769 | Date Received Lockup: 23 Jul 01 | Time: 0410
Booking Officer: [signature] 9879 | Unit 09 | Time Fingerprinted: 0420 | Time Photographed: 0425 | Refused | Placed in Cell No. 6-3

COURT INFORMATION
Arr. Off Desired Court Date: 24 Jul 01 | Branch-Call: 66-2 | Court Sgt to Handle: XXNo | Initial Court Date: 24 Jul 01 CBC1
Bonded: To Court

14849950

PERMANENT RECORD - RECORDS DIV.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OUT | | | | | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL. |
| IN | | | | | | | |
| OUT | | | | | | | |
| IN | | | | | | | |

## RECORD OF INTERVIEWS IN LOCKUP

| DATE | TIME | INTERVIEWER | STAR NO. | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | EMPL. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## RECORD OF VISITORS TO ARRESTEE

| DATE | TIME IN | TIME OUT | VISITOR'S NAME - ADDRESS - TELEPHONE | RELATIONSHIP | W. C.'S APPROVAL (SIGNATURE) |
|---|---|---|---|---|---|
| | | | | | |

**RECEIVING SCREENING RECORD FOR ARRESTEE TO BE HELD IN LOCKUP**

REFER TO GUIDELINES FOR DISPOSITION OF ARRESTEE, CPD-11.523
**NOTE: ALL "YES" ANSWERS REQUIRE ACTION**

DATE | TIME

ARRESTEE'S NAME: Reed, Carl | C.B. NO. 19848950 | LOCKUP KEEPER'S NAME (PRINT): Ulrsch | STAR NO. 7475

**LOCKUP KEEPER'S VISUAL CHECK**

| | | YES | NO |
|---|---|---|---|
| 1. | DOES ARRESTEE HAVE OBVIOUS PAIN OR INJURY? | ☐ | ☒ |
| 2 | IS THERE OBVIOUS SIGN OF INFECTION? | ☐ | ☒ |
| 3 | APPEARS TO BE UNDER THE INFLUENCE OF ALCOHOL/DRUGS | ☐ | ☒ |
| 4. | ARE THERE VISIBLE SIGNS OF ALCOHOL AND/OR DRUG WITHDRAWAL? | ☐ | ☒ |
| 5. | DOES ARRESTEE APPEAR TO BE DESPONDENT? | ☐ | ☒ |
| 6 | DOES ARRESTEE APPEAR TO BE IRRATIONAL? | ☐ | ☒ |
| 7 | IS ARRESTEE CARRYING MEDICATION? | ☐ | ☒ |

**LOCKUP KEEPER'S-ARRESTEE QUESTIONNAIRE**

| | | YES | NO | REFUSED |
|---|---|---|---|---|
| 8. | ARE YOU PRESENTLY TAKING ANY MEDICATION? (For what ..........) | ☐ | ☒ | ☐ |
| 9 | (IF FEMALE) ARE YOU PREGNANT? | ☐ | ☐ | ☐ |
| 10 | IS THIS THE FIRST TIME YOU HAVE EVER BEEN ARRESTED? | ☐ | ☒ | ☐ |
| 11 | HAVE YOU EVER TRIED TO KILL YOURSELF OR DONE SERIOUS HARM TO YOURSELF? | ☐ | ☒ | ☐ |
| 12.A. | DO YOU HAVE ANY SERIOUS MEDICAL OR MENTAL PROBLEMS? (IF YES, specify problem under REMARKS) | ☐ | ☒ | ☐ |
| 12.B. | ARE YOU RECEIVING ANY TREATMENT? (If YES, specify under REMARKS) | ☐ | ☒ | ☐ |

PERSON TO BE NOTIFIED IN CASE OF EMERGENCY - NAME | ADDRESS | TELEPHONE | RELATIONSHIP

REMARKS: Refused

**SPECIAL DISPOSITION**
**COMPLETE ONLY FOR ARRESTEES REFERRED OUT OR TO BE MONITORED**

| REFERRED TO (Specify) | PLACED IN ONE-PERSON CELL NO. (for communicable disease cases) | PLACED IN TWO OR MORE PERSON CELL NO. UNDER SPECIAL/CLOSE OBSERVATION (potential suiicides) |
|---|---|---|
| **NOTE: LOCKUP KEEPER MUST SIGN IN ALL INSTANCES** | LOCKUP KEEPER'S SIGNATURE | |

## RELEASE OF ARRESTEE FROM CUSTODY

FOR THE FOLLOWING REASON(S), I HAVE DETERMINED THERE IS NOT SUFFICIENT CAUSE TO FURTHER DETAIN/CHARGE THE ARRESTEE:

| SIGNATURE - ARR. OFF /DETECTIVE | STAR NO | UNIT | APPROVED - W/C - DETENTION FAC. - STAR NO. | DATE-TIME RELEASED FROM CUSTODY |
|---|---|---|---|---|
| | | | | |

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

July 15, 2004

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | DESCRIPTION |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| EXHIBIT | DESCRIPTION |
|---|---|
| 9 | Buccal standard: Carl Reed |

**RESULTS**
DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

**CONCLUSIONS**
Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

**REQUESTS**
Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Respectfully submitted,

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

## C01-033030

## Exhibit Attachment - 1

| | Sub 6A Blood standard: Kim Van Vo | Sub 8A Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1 One hair root sample from Exhibit 8D reported to be of Mongoloid racial origin | Exb 9 Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

# Specimen Detail Report

## Specimen Information

| Laboratory | Specimen ID | Case ID | Source ID | Partial Profile | Specimen Category | Comments | Assigned To | Assigned Date | (L) Submitted By | (L) Submitted Date | (S) Processed By | (S) Processed Date | Recon Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IL016015K | C01-33030-9A | | N/A | No | Suspect, Known | | aperbla | 6/10/2004 | KKOZAK | 6/17/2004 | kuchark | 6/17/2004 | |

## Locus Information

| Locus | Mol Wt or Value | Tech | Ladder/ Import File Name | Front End | Read By/Lab | Rdg Date | (L*) Submitted By/Lab | (L) Processed By/Date | Marked By/Date | (L) Submitted By/Date | (S) Processed By/Lab | (S) Processed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15, 17 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| vWA | 15, 16 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| FGA | 19, 22 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D8S1179 | 14 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D21S11 | 29, 30 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D18S51 | 17, 19 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D5S818 | 10, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D13S317 | 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D7S820 | 11, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D16S539 | 10, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| TH01 | 7 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| TPOX | 7, 9 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| CSF1PO | 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| Amelogenin | X, Y | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |

86

# Local Match Detail Report
## Match Date: 07/12/2004 12:02

| Locus | Target IL016015K C01-33030-9A Suspect, Known | Candidate IL016015K C01-33030-9A Suspect, Known | Locus Match Stringency |
|---|---|---|---|
| D3S1358 | 15, 17 | 15, 17 | High |
| vWA | 15, 16 | 15, 16 | High |
| FGA | 19, 22 | 19, 22 | High |
| Amelogenin | X, Y | X, Y | High |
| D8S1179 | 14 | 14 | High |
| D21S11 | 29, 30 | 29, 30 | High |
| D18S51 | 17, 19 | 17, 19 | High |
| D5S818 | 10, 12 | 10, 12 | High |
| D13S317 | 12 | 12 | High |
| D7S820 | 11, 12 | 11, 12 | High |
| D16S539 | 10, 12 | 10, 12 | High |
| TH01 | 7 | 7 | High |
| TPOX | 7, 9 | 7, 9 | High |
| CSF1PO | 12 | 12 | High |

| | | |
|---|---|---|
| Source ID: | N/A | N/A |
| Partial Profile: | No | No |
| Disposition: | Candidate Match | |
| Invest. Aided: | 0 | |

**Match Summary:**

| | |
|---|---|
| 14 Locus Candidates: | 1 |
| Total Candidates: | 1 |

**Match Details:**
14 Loci Match
Match Stringency: High
Search Program: Searcher
Minimum number of loci required to report a match: 4
Include Candidate specimens that match on all but 0 loci.
Maximum number of candidates to return from search: 0

| Index | Total Searched |
|---|---|
| Forensic Mixture STR | 158 |
| Forensic STR | 5,237 |
| Offender STR | 1,482 |
| Other | 124 |
| Suspect | 2,000 |
| Totals | 8,753 |

BDA

87

08/25/2003 10:05 FAX 7738694440 STATE'S ATTY'S 12D WING 001/001
Mar-20-03 14:14 From-FORENSIC SERVICES CPD +3127466748 T-641 P.05/05 F-884

# CCSAO REQUEST FOR ISP LABORATORY ANALYSIS

TO: X CPD-ERPS ___ CPD-Forensic Services Division X ISP-Forensic Science Center at Chic:

FROM: ASA Andrea Grogan PHONE# 773 869 2743 ROOM# 12D28

FAX# 773 869 4440 JUDGE Majorie Laws DATE: 8/25/03

ATTENTION:

| | | | | | |
|---|---|---|---|---|---|
| | FORENSIC BIOLOGY (FB) | | LATENT FINGERPRINTS (LP) | | FIREARMS (FA) |
| X | DNA (DNA) | | FOOTWEAR/TIRETRACK (FW) | | TOOLMARKS (TM) |
| | DRUG CHEMISTRY (DC) | | TRACE CHEMISTRY (TC) | | MICROSCOPY (M) |

VICTIM(S) Kim Van Vo OFFENSE/TYPE OF CASE First Degree Murder

RD# G423609 DATE OF OCCURRENCE Bet 7/14 + 7/15/01 LOCATION 4916 N. Sheridan Rd, Chicago Illinois

INVENTORY# 2547959 [2547959 CL62] ANALYSIS REQUESTED

Compare ~~[illegible]~~ hair recovered from victims hand to blood standards of V + Δ to determine to whom the hair belonged

INVENTORY# ___ ANALYSIS REQUESTED ___

INVENTORY# ___ ANALYSIS REQUESTED ___

DEFENDANT(S):

| NAME: | D.O.B. | SID# | IR# |
|---|---|---|---|
| Carl Reed | 6/27/60 | 20325870 | 655951 |
| | | | |

NEXT STATUS/COURT DATE 9/22/03 TRIAL DEMAND Y (N)

NAME OF ISP SUPERVISOR CASE DISCUSSED WITH Edgar Tore DATE 8/25/03

January 18, 2001

RDA C01-33030

CRIME SCENE PROCESSING REPORT
CHICAGO POLICE DEPARTMENT
Event # 01-200-10612

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| DEATH INVESTIGATION | 5084 | ME 339 JULY | G 423-609 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 4946 N. Sheridan Apt. # 311 | VO, Van Kim ( 6 OCT 34 ) | M O 66 | 3 20 2024 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime Scene | 2024/2020 | 19 JULY 01 1455 | 9603 |

PHOTOGRAPHY

| | | |
|---|---|---|
| A O/A front of building-4946 N. Sheridan | D O/A & C/U blood on closet door, west wall. | G |
| B O/A & C/U front door & bathroom door locks. | E O/A & C/U knife blade on floor- | H |
| C O/A body on floor,near front door, I.D. Photo | F | I |

FINGERPRINTS

| ELIM PRINTS | IN CUSTODY | NAME (LAST - FIRST) | SEX-RACE | D.O.B | C.B. NO | I.R. NO |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | | | | | |

| MED NEG LIFT | LOCATION FOUND | F N | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| | SEE PHYSICAL EVIDENCE SECTION | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|
| ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | | | |

| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | V.I.N. |
|---|---|---|---|---|
| | | | | |

PHYSICAL EVIDENCE

| PROP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 548083 | 177 | Two-(2)-swabs of blood from glass of fishtank near kitchen sink/ counter-East wall. Apt. #311.Two-(2)-swabs of blood from closet door interior/west wall. Apt. #311,4946 N. Sheridan. | SE |
| 548084 | 177 | One-(1)-white towel with blood recovered from victim's face. One-(1)-pink towel with blood recovered from victim's legs. One Pillow & beige pillow case with blood recovered from floor near near victim/front door. Apt. #311, 4946 N. Sheridan. | TR/SE |
| 548085 | 177 | One-(1)-bent knife blade with blood, approximately 5½ inches in length, marked " CHEFS COLLECTION STAINLESS STEEL " recovered from under victim's body. Apt. # 311, 4946 N. Sheridan | TR/SE/LA |

DETAILS OF CASE

Reporting Investigators arrived at the above location and were met by P.O. Keehn Beat 2024 and learned the following: A next door neighbor of victim called the management of the building to complain of an odor coming from victim's apartment. Upon the building supervisor opening the front door and observing the victim lying on the floor of the apartment near the front door, he immediately called the police. R/PFI's photographed and searched the scene with the above listed results. After examining victim's body, R/PFI's found that due to the advanced state of decomposition, cause of death to be determined after autopsy. R/PFI's conducted a search for latent prints inside and around the exterior of the entrance of Apt. #311. Victim's hands bagged for possible trace evidence.

G 423-609

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det. Thompson | 20950 | 5317 | Keehn | 4321 | 2024 (020) |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST | STAR NO | UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|
| Inv. John Paulson | #13055 | 177 | 19 JULY 01 | 1530 | 2130 |
| Inv. Thomas Mander | #4542 | | | | |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO / SUPERVISOR'S SIGNATURE |
|---|---|---|
| John Paulson / T Mander | 19 JULY 01 | |

C01-33030 (100)

CPD-21.904 (REV 10/92)

**CRIME SCENE PROCESSING REPORT**
CHICAGO POLICE DEPARTMENT
01-200-10612

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| Homicide | 0110 | ME 339 Jul 01 | G 423 609 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| MEF | VO, Van Kim (6 Oct 34) | M O 66 | 3 020 2024 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| PUM | 9600 | 20 Jul 01 0700 | 9609 |

**PHOTOGRAPHY**

| | | |
|---|---|---|
| A | D | G |
| B | E | H |
| C | F | I |

**FINGERPRINTS**

| ELIM PRINTS | IN CUSTODY | NAME (LAST - FIRST) | SEX-RACE | D.O.B | C.B NO. | I.R. NO. |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | | | | | |

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE — RACE — TOTAL NO. OF LIFTS — DATE OF TRANSMITTAL

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS — SUITABLE FOR COMPUTER ☐ YES ☐ NO — PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO — INITIALS OF EXAMINER — DATE

VEH YEAR — MAKE & MODEL — COLOR — STATE LICENSE NO — V.I.N.

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 2547959 | 177 | 1- ME blood card | SE |
| 2547960 | 177 | 1- envelope hair from right hand. | TR |
| 2547961 | 177 | 1- grey T-shirt | TR SE |
| | | | |
| | | | |
| | | | |

**DETAILS OF CASE**

Received from Dr. Choi. Unable to fingerprint due to mummification of fingers.

G 423 609

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Thompson | 20950 | 630 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| G. Janicki 3173 177 | 20 Jul 01 | 0700 | 1600 |

TECHNICIAN'S SIGNATURE: [signature] — DATE: [handwritten date] — APPROVING SUPERVISOR (PRINT NAME) - STAR NO — SUPERVISOR'S SIGNATURE: C01-33030

CPD-21.949 (REV 10/92) — RD NO.

BM

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

August 27, 2003

Manifest of Inventories Received from CPD in Box 14650

| ISP CASE NUMBER | ISP EXHIBIT NUMBER | RD NUMBER | INVENTORY NUMBER | CPD LINE NUMBER |
|---|---|---|---|---|
| C02-050845 | 1 | HH796734 | 10060201 | 22459 |
| C03-002034 | 4 | HH811146 | 10063428 | 163361 |
| | 5 | | 10063809 | 163835 |
| | 3 | | 10066088 | 166749 |
| C03-029988 | 6 - 7 | HJ156672 | 10090941 | 140416 - 140417 |
| C03-008841 | 1 | HJ183700 | 10101385 | 126504 |
| C03-011433 | 4 | HJ200781 | 10102234 | 127433 |
| C02-052863 | 2 | HH773901 | 10129197 | 252459 |
| C03-036035 | 1 - 2 | HJ484604 | 10167611 | 115935 - 115936 |
| ~~C01-033030~~ | ~~6~~ | G0423609 | 2547959 | 293762 |

10 Inventories Received

| Received by: | David Yokley | Released by: | ELDRIDGE, SMITH 14874 |
|---|---|---|---|
| | Name | | Name |
| | Signature | | Signature |
| | 8-27-03 | | 27 Aug 03 |
| | Date | | Date |

C01-33030 BM (106) BM

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

May 14, 2003

Manifest of Inventories Received from CPD in Box BBOX4006

| ISP CASE NUMBER | ISP EXHIBIT NUMBER | RD NUMBER | INVENTORY NUMBER | CPD LINE NUMBER |
|---|---|---|---|---|
| C03-020699 | 1 | J0325342 | 10130849 | 1 |
| C03-020671 | 2 - 3 | J0329636 | 10131629 | 1 - 2 |
| C03-019602 | 17 - 18 | J0336487 | 10133141 | 1 - 2 |
| C03-017904 | 7 - 8 | J0305552 | 10135560 | 1 - 2 |
| C03-020700 | 1 | J0349789 | 10136082 | 1 |
| C01-033030 | 9 | G0423609 | 10138203 | 1 |
| C02-016910 | 14 | H0285733 | 10138205 | 1 |

7 Inventories Received

Received by: David Yokley
Name
Signature [signature]
Date 5-14-03

Released by: Alan Stephens
Name
Signature [signature]
Date 14 May 03

See C01-33030

PROPERTY INVENTORY – NO. 10138203
CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 1/98)

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY: ☐ NONE
UNIT: 177

10138203

DATE RECOVERED: 13-MAY-2003

CROSS REFERENCE: RD G423609

| LINE | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | 1 | SEALED WHITE ENVELOPE CONTAINING BUCCAL SWAB (SALIVA STD) FROM CARL REED. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

COMMENTS: Buccal swab delivered to FSS (177) by CCSAO investigator Brian Murphy#369. (2001 homicide victim: Kim Van Vo)

$ TOTAL CASH U.S.C

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date
Court Branch
Court Call

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM – DO NOT DEPOSIT – (MUST SUBMIT TO/FROM)
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR STATE CHARGES
☒ FELONY
☐ JUVENILE
☒ HOMICIDE
☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM – NAME: REED, CARL
☐ DECEASED ☐ ARRESTED
AT: 2800 S.CALIFORNIA AVE CHICAGO, IL
BEAT OF RECOVERY: 1033

OWNER'S NAME: REED, CARL — ADDRESS: — TELEPHONE NO.:

FOUND BY – NAME: MURPHY (CCSAO), BRIAN — ADDRESS: — TELEPHONE NO.:
☐ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

CHECK ONE
☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)
INVESTIGATING OFFICER – THOMPSON, TIMOTHY — STAR NO. 20950 — UNIT 630

☐ PROPERTY OWNER NOTIFIED ON ___ TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
HOW NOTIFIED: ☐ IN PERSON ☐ PHONE ☐ MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

1st OFFICER'S NAME: THOMPSON, TIMOTHY — STAR NO. 20950
SIGNATURE: Electronic Approval — UNIT 630
2nd OFFICER'S NAME: THOMPSON, TIMOTHY — STAR NO. 20950
SIGNATURE: Electronic Approval — UNIT 630

INITIAL DESTINATION OF PROPERTY
☐ E & RPS ☒ CRIME LABORATORY ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.

VIA ☐ POLICE MAIL ☒ RECOVERING UNIT PERSONNEL ☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT: DUFFY, JAMES — STAR NO. 5101 — DATE 13-MAY-2003 — TIME 11:33

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY
RECIPIENTS SIGNATURE
X
ADDRESS – STREET
CITY STATE ZIP
DATE RECEIVED
OFFICER'S SIGNATURE – STAR – UNIT
X
WATCH COMDR.'S APPROVAL SIGNATURE (EXEMPT RANK REQUIRED FOR FIREARMS)
X
COURT ORDER – DISPOSAL INSTRUCTIONS

JUDGE — CT.BR.
OFFICER'S SIGNATURE – STAR UNIT
X
E. & R.P.S USE ONLY

C01-3330 BOA RPA

Created by: PC0T050
COPY 1 – KEEP WITH PROPERTY
Printed by: PC0T050 13-MAY-2003 14:47

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 11, 2001

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609

OFFENSE Murder
SUSPECT Carl Reed
VICTIM Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated.<br>Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

BDA 108 BDA 107

CHICAGO POLICE DEPARTMENT UNIT 630
Laboratory Case #C01-033030

-2- COPY

October 11, 2001

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

BEA

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by: Respectfully submitted,

COPY

Crystal B. Watson
Group Supervisor

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

109

BDA 106 C 30A

Supplemental Work

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

June 10, 2003

Larry G. Trent
*Director*

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE Murder
SUSPECT Carl Reed
VICTIM Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO#339 Jul 01) |

**EXAMINATION FINDINGS AND RESULTS**
Head hairs of Mongoloid and indeterminate racial origins and hairs which are not suitable for comparison were observed in Exhibit 8.

Further analysis may be performed. At such time as a known pulled head hair standard (50 hairs) from the victim and suspect are submitted, comparison with the questioned hairs may be conducted.

**EVIDENCE DISPOSITION**
Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASAs Groth, Groghan 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

109
110

Supplemental Work

27Aug03

slide of
mounted hairs
photocopied
1:1 (1x)

27Aug03

C01-33030




C01-33030
Ex 8
mounted hairs
Ec
27Aug03

Refl.

photocopied
2x
27Aug03




Trans



C01-33030 Ex 8 slide Ec 27Aug03

Reflected light

(112)

BDA (111) BDA cont

Supplemental Work

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 27Aug03

Case No.: C01-33030

Exhibit/Item: 8 cont.

Photomicrographs of Ex 8A

Refl.



C01-33030 Ex 8A EC 27Aug03

Trans.



Trans



C01-33030 Ex 8A EC 27Aug03

Cont

Repackaging: ______ Date: ______ Analyst: EC

IL 493-0430

ISP 6-76 (3/96)

113

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 27Aug03

Case No.: C01-33030

Exhibit/Item: 8 cont.

Photomicrographs of Ex 8B

Refl.



C01-33030 Ex 8B (top) ec 27Aug03

Trans.



C01-33030 Ex 8B ec 27Aug03

Trans.



in. top. C01-33030 Ex 8B ec 27Aug03

cont.

Repackaging: ______ Date: ______ Analyst: ec

IL 493-0430

BDA (114) (113) ISP 6-76 (3/96)

Supplemental Work

# ILLINOIS STATE POLICE

Division of Forensic Services
Forensic Sciences Command

## LABORATORY WORKSHEET

Case No.: C01-33030

Date Examined: 27Aug03

Photomicrographs of Ex 8C

Exhibit/Item: 8 cont.

Refl.



C01-33030 Ex ~~8A~~ 8C EL 27Aug03

Trans.



Trans.



C01-33030 Ex 8C EL 27Aug03

cont

Analyst: EL

Repackaging: ______ Date: ______

ISP 6-76 (3/96)

IL 493-0430

(115) ~~114~~

Supplemental Work

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 8 Sep 03

Case No.: C01-33030

Exhibit/Item: 8

Source/Date Received: cont.

digital photomicrographs

Description of Package:

green marks indicate hairs + roots subexhibited as 8D

Description of Markings as Received:

Laboratory Marks:

Laboratory Examination:



C01-33030 Ex 8 Ec 8 Sep 03



Ec C01-33030 Ex 8 Ec 8 Sep 03

Coı

Reı

cont.

Analyst: Ec

IL 493-0430

ISP 6-76 (3/96)

BDA (117) (118)

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

October 20, 2004

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609
SUPPLEMENTAL REPORT

| | |
|---|---|
| OFFENSE: | Murder |
| SUSPECT: | Carl Reed |
| VICTIM: | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 8E | Five (5) hairs which display Mongoloid characteristics from Exhibit 8 (hairs recovered from the victim's right hand) |
| 8F | Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 (hairs recovered from the victim's right hand) |

**RESULTS**

DNA from Exhibits 8E and 8F was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

A human DNA profile was identified in Exhibits 8E and 8F. This human DNA profile was compared to the human DNA profile identified in Exhibit 6A (Blood standard: Kim Van Vo) and to the human DNA profile identified in Exhibit 9 (Buccal standard: Carl Reed). Please see my prior laboratory report dated July 15, 2004.

The human DNA profile identified in Exhibits 8E and 8F matches the DNA profile of Kim Van Vo and does not match the DNA profile of Carl Reed.

See attached table for summary of observed alleles.

**CONCLUSIONS**

The DNA profile identified in Exhibits 8E and 8F is consistent with having originated from Kim Van Vo and could not have originated from Carl Reed.

**REQUESTS**
For results of previous biological examinations, please refer to my prior laboratory report and the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Please note that Exhibits 8E and 8F were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8E and 8F for additional testing.

Respectfully submitted,

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust, Room 12D28-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

## C01-033030

Exhibit Attachment - 1

| | Sub 8E<br>Five (5) hairs which display Mongoloid characteristics from Exhibit 8 (hairs recovered from the victim's right hand) | Sub 8F<br>Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 (hairs recovered from the victim's right hand) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | 15 | | | | | | | |
| vWA | 15,17 | 15,17 | | | | | | | |
| FGA | 20,22 | 20,22 | | | | | | | |
| Amelogenin | X,Y | X,Y | | | | | | | |
| D8S1179 | 14 | 14 | | | | | | | |
| D21S11 | 28,32.2 | 28,32.2 | | | | | | | |
| D18S51 | 12,17 | 12,17 | | | | | | | |
| D5S818 | 9,13 | 9,13 | | | | | | | |
| D13S317 | 9,10 | 9,10 | | | | | | | |
| D7S820 | 7,10 | 7,10 | | | | | | | |
| D16S539 | NT | NT | | | | | | | |
| TH01 | NT | NT | | | | | | | |
| TPOX | NT | NT | | | | | | | |
| CSF1PO | NT | NT | | | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

July 15, 2004

COPY

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 9 | Buccal standard: Carl Reed |

BDA 21

**RESULTS**
DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

**CONCLUSIONS**
Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

**REQUESTS**
Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

BDA 2

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Respectfully submitted,

COPY

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

BDA 23

# Summary of DNA Analytical Results

## C01-033030

Exhibit Attachment - 1

| | Sub 6A<br>Blood standard: Kim Van Vo | Sub 8A<br>Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1<br>One hair root of the (3) hair roots from Exhibit 8D | Exb 9<br>Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested    ND = Not Detected
This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

BSA 24

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 11, 2001

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated.<br>Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by:

Crystal B. Watson
Group Supervisor

Respectfully submitted,

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

October 30, 2001

Sam W. Nolen
*Director*

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van-Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 1 | One (1) knife blade |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 did not reveal any latent impressions suitable for comparison.

**REMARKS:**
The evidence will be returned at the Forensic Science Center at Chicago. Any additional inquiries pertaining to this case should be directed to this laboratory.

Respectfully submitted,

[signature]

Linda Engstrom
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

July 15, 2004

COPY

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | DESCRIPTION |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| EXHIBIT | DESCRIPTION |
|---|---|
| 9 | Buccal standard: Carl Reed |

COPY

**RESULTS**
DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

**CONCLUSIONS**
Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

**REQUESTS**
Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

COPY

Respectfully submitted,

Blake D. Aper

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

## C01-033030

### Exhibit Attachment - 1

| | Sub 6A<br>Blood standard: Kim Van Vo | Sub 8A<br>Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1<br>One hair root sample from Exhibit 8D reported to be of Mongoloid racial origin | Exb 9<br>Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

COPY

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

June 10, 2003

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO#339 Jul 01) |

**EXAMINATION FINDINGS AND RESULTS**
Head hairs of Mongoloid and indeterminate racial origins and hairs which are not suitable for comparison were observed in Exhibit 8.

Further analysis may be performed. At such time as a known pulled head hair standard (50 hairs) from the victim and suspect are submitted, comparison with the questioned hairs may be conducted.

**EVIDENCE DISPOSITION**
Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASAs Groth, Groghan 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 30 May 03
Case No.: C01-33030
Exhibit/Item: 8
Source/Date Received: 15 Apr 03 / ET Thompson / vault
Description of Package: sealed envelope c/g inv. + CSPR copies + sealed envelope
Description of Markings as Received: c/g sealed envelope c/g hairs removed from victims right hand MEO # 337 Jul 2001
Laboratory Marks: 2547960 G-423609 [illegible] 5817 inits/date
Laboratory Examination:

many hairs
short, curled, black/brown lengths to ~1 1/2"
most are full (~26 full hairs)
only: 1 frag + 2 very fine body frans. hairs' obs

most have apparent mature (telogen) roots -
a few pulled (anagen) roots based on stereoscopic exam

rep. sample mounted permount — not paperfold

micro -
roots - tel + cat - have sheaths, + ana.
med. brown to very dark red-brown
patchy, streaky - mod to dense — Some M HH
ana hairs - almost opaque — Some HH
st. wave dia, no twist — racial ind.
cuticle fine to thick, scales can be seen. — suitable
pgmt denser distal - opaque
cut + taper tips — slidemailer

Conclusions:

HH of M and racial ind. origins, hairs. s/s

Repackaging: slidemailer + orig in pl. bag, sealed in orig — Date: 10 Jun 03 — Analyst: [signature]

IL 493-0430 — ISP 6-76 (3/96)

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

FC

Talked with ASA Dan Gross (Name) of 773-869-2744 (Agency)

on 03/13/2003 (Date) 2:31 am (Time) Case No. C01-33030 ~~G-423609~~

Call placed by: [X] Agency [ ] Laboratory [ ] Other

Reason for Call:

Per conversation with ASA; he wants DNA analysis in a clump of hairs found in the victims hand and the blood indicated on the knife blade. He indicated that the victim is Asian and the suspect is ~~Caucasian~~. I explained that he needs to submit hair samples from victim and suspect for hair analysis. He will check with ERPS to determine if victim hair samples were collected. if no samples available, I will speak with Microtrace supervisor to approve hair analysis (race only) If hairs have roots and not consistent with the victim, we will do DNA in house. If no roots, he needs to contact a private lab for mitochondrial DNA analysis. Also, the evidence is not in the laboratory. Please contact CPD Forensic Services. Next court date (status) is April 21, 2003. No rush at this time.

Action or Follow Up:

Signed [signature]

IL 493-0283

ISP 6-125 (9/97)

Xc
C01-33030

Rodney Anderson
03/28/2003 01:22 PM

To: Cynara Edmond/IlStPolice@IlStPolice
cc: Edgardo Jove/IlStPolice@IlStPolice, Michael Kopina/IlStPolice@IlStPolice
Subject: Hair evidence on a homicide case

FYI - Cynara. Hairs on this case have come into the laboratory, and David gave you a biology assignment. However, there have been no standards submitted (as far as I can see) and if there are submitted in the future, this would be a Microscopy assignment, not a biology one. Let me know if you want me to get Davere involved with this case since she has expressed an interest in assisting in hair / DNA cases. It doesn't mean that you can't do the DNA work (which would probably be good experience if you haven't done a hair case yet), but Davere could be a good resource for ensuring that standards are submitted and making sure the case was tracked through the Microscopy phase of analysis.

Rodney E. Anderson
Biology / DNA Group Supervisor
Forensic Science Center at Chicago
(312) 433-8000 ext. 2027

----- Forwarded by Rodney Anderson/IlStPolice on 03/28/2003 01:15 PM -----

Rodney Anderson
02/26/2003 01:47 PM

To: Alan Osoba/IlStPolice@IlStPolice, Edgardo Jove/IlStPolice@IlStPolice
cc: Michael Kopina/IlStPolice@IlStPolice
Subject: Hair evidence on a homicide case

I talked with an ASA earlier in the week regarding some hair evidence to be submitted for :

C01-33030 ✓
Homicide (Area 3)
Victim = Kim Van-Vo
Suspect = Carl Reed

From what I could tell looking through CALMS, neither the hair evidence or any hair standard has ever been submitted, so I've put the ASA in contact with both Lori Lewis and ERPS. Just to give you a heads-up, the evidence hairs are being submitted with the goal of eventually doing DNA.

Edgar: Cynara did the original biology work on this case so she could handle the hair evidence if it comes to that. There was a knife that Cynara tested (blood indicated), but nothing else was ever done with that exhibit in biology. Latents also looked the knife with no suitables found, which makes me think the knife was found at the crime scene.

Rodney E. Anderson
Biology Group Supervisor
Forensic Science Center at Chicago
(312) 433-8000 ext. 2047

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

Talked with Andrea Grohgan (Name) of CCSAO (Agency)

on ______ (Date) ______ (Time) Case No. C01-33030

Call placed by: ☐ Agency ☐ Laboratory ☐ Other

773-869-2743

Reason for Call:

Voicemail 30 May 03
hair, need DNA
where in process are we? Need to tell court

returned call - 9:25 am
court date? I'll put it in priority ~ 2 wks

she called: ~950 am: July 15th court date

victim is asian - suspect is AA - no victims stds

Action or Follow Up:

I will pull it out next week + look at it
discussed nDNA / mDNA - other evidence

Signed [signature]

IL 493-0283

ISP 6-125 (9/97)

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
**TELEPHONE CONVERSATION RECORD**

Talked with Andrea Grogham (Name) of CCSAO (Agency)

on 9 Jun 03 (Date) ~330 (Time) Case No. C01-33030

773-869-2743

Call placed by: [ ] Agency [X] Laboratory me [ ] Other

Reason for Call:

left message 430 30 may 03
rep. sample some obviously mongoloid (asian) racial, other hairs not as clear racial chx.
let's discuss observations.

Left message please call 4 Jun 03 ~245

Called 9 Jun ~3:30 -

Action or Follow Up: explained findings - hairs do not have 'textbook' ~~Negroid~~ "Asian" ~~a~~ chx. I would need to do a comparison (to A) to send hairs to DNA. (margin: egroid)
Why would victim have his own hairs?
She read report - victim was stabbed - poss defensive?
She will communicate w/ Public Defender about submitting stds -
I can write report requesting stds.
10 Jun 03 - 1055
Andrea - room # w/ ASA Groth? yes
Victims name hyphenated? no

Signed E Connolly

IL 493-0283 ISP 6-125 (9/97)

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

FC

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 30, 2001

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van-Vo |

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 1 | One (1) knife blade |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 did not reveal any latent impressions suitable for comparison.

**REMARKS:**
The evidence will be returned at the Forensic Science Center at Chicago. Any additional inquiries pertaining to this case should be directed to this laboratory.

Respectfully submitted,

Linda Engstrom
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

FC

October 11, 2001

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated. Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

XC

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by:

Respectfully submitted,

Crystal B. Watson
Group Supervisor

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

Cw

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

March 21, 2003

Douglas W. Brown
*Acting Director*

Manifest of Inventories Received from CPD in Box ERBX5817

| ISP CASE NUMBER | ISP EXHIBIT NUMBER | RD NUMBER | INVENTORY NUMBER | CPD LINE NUMBER |
|---|---|---|---|---|
| C99-005849 | 1 | D0034942 | 2102446 | 1 |
| C01-033030 | 8 | G0423609 | 2547960 | 1 |

2 Inventories Received

Received by: David Kokley
Name
Signature
3-21-03
Date

Released by: Alan Stephens
Name
Signature
21 Mar 03
Date

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 30, 2001

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van-Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| **EXHIBIT** | **ITEM SUBMITTED** |
| --- | --- |
| 1 | One (1) knife blade |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 did not reveal any latent impressions suitable for comparison.

**REMARKS:**
The evidence will be returned at the Forensic Science Center at Chicago. Any additional inquiries pertaining to this case should be directed to this laboratory.

Respectfully submitted,

Linda Engstrom
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

October 1, 2004

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609
SUPPLEMENTAL REPORT

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO #339 Jul 01) |
| 8E | Five (5) hairs which display Mongoloid characteristics from Exhibit 8 |
| 8F | Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 |

**EXAMINATION FINDINGS AND RESULTS**

The proximal end of six (6) hairs with either Mongoloid or indeterminate racial characteristics were previously recovered for DNA analysis and subexhibited. Please see my previous report (dated June 10, 2003) and DNA analyst Aper's report (dated July 15, 2004) in reference to Exhibits 8, 8A, 8B, 8C, and 8D.

An additional five (5) head hairs which display Mongoloid characteristics and five (5) head hairs which display indeterminate racial characteristics from Exhibit 8 were recovered for DNA analysis and subexhibited.

**EXAMINATION FINDINGS AND RESULTS** (continued)

**EVIDENCE DISPOSITION**

Exhibits 8E and 8F will be submitted to the DNA section and that analysis will be the subject of a separate report.

Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

July 15, 2004

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | DESCRIPTION |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| EXHIBIT | DESCRIPTION |
|---|---|
| 9 | Buccal standard: Carl Reed |

**RESULTS**

DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

**CONCLUSIONS**

Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

**REQUESTS**

Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Respectfully submitted,

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

## C01-033030

## Exhibit Attachment - 1

| | Sub 6A Blood standard: Kim Van Vo | Sub 8A Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1 One hair root sample from Exhibit 8D reported to be of Mongoloid racial origin | Exb 9 Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

# Specimen Detail Report

## Specimen Information

| Laboratory | Specimen ID | Source ID | Case ID | Partial Profile | Specimen Category | Comments | Assigned To | Assigned Date | (L) Submitted By | (L) Submitted Date | (S) Processed By | (S) Processed Date | Recon Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IL016015K | C01-33030-9A | N/A | | No | Suspect, Known | | aperbla | 6/10/2004 | KKOZAK | 6/17/2004 | kuchark | 6/17/2004 | |

## Locus Information

| Locus | Mol Wt or Value | Tech | Ladder/ Import File Name | Front End | Read By/Lab | Rdg Date | (L*) Submitted By/Lab | (L) Processed By/Date | Marked By/Date | (L) Submitted By/Date | (S) Processed By/Lab | (S) Processed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15, 17 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| vWA | 15, 16 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| FGA | 19, 22 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D8S1179 | 14 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D21S11 | 29, 30 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D18S51 | 17, 19 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D5S818 | 10, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D13S317 | 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D7S820 | 11, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| D16S539 | 10, 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| TH01 | 7 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| TPOX | 7, 9 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| CSF1PO | 12 | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |
| Amelogenin | X, Y | PCR | | SDE | aperbla IL016015K | 6/10/2004 | | | aperbla 6/10/2004 | KKOZAK 6/17/2004 | kuchark IL0848800 | 6/17/2004 |

86

# Local Match Detail Report
## Match Date: 07/12/2004 12:02

| Locus | Target<br>IL016015K<br>C01-33030-9A<br>Suspect, Known | Candidate<br>IL016015K<br>C01-33030-9A<br>Suspect, Known | Locus Match Stringency |
|---|---|---|---|
| D3S1358 | 15, 17 | 15, 17 | High |
| vWA | 15, 16 | 15, 16 | High |
| FGA | 19, 22 | 19, 22 | High |
| Amelogenin | X, Y | X, Y | High |
| D8S1179 | 14 | 14 | High |
| D21S11 | 29, 30 | 29, 30 | High |
| D18S51 | 17, 19 | 17, 19 | High |
| D5S818 | 10, 12 | 10, 12 | High |
| D13S317 | 12 | 12 | High |
| D7S820 | 11, 12 | 11, 12 | High |
| D16S539 | 10, 12 | 10, 12 | High |
| TH01 | 7 | 7 | High |
| TPOX | 7, 9 | 7, 9 | High |
| CSF1PO | 12 | 12 | High |

| | | |
|---|---|---|
| Source ID: | N/A | N/A |
| Partial Profile: | No | No |
| Disposition: | Candidate Match | |
| Invest. Aided: | 0 | |

**Match Summary:**

| | |
|---|---|
| 14 Locus Candidates: | 1 |
| Total Candidates: | 1 |

**Match Details:**
14 Loci Match
Match Stringency: High
Search Program: Searcher
Minimum number of loci required to report a match: 4
Include Candidate specimens that match on all but 0 loci.
Maximum number of candidates to return from search: 0

| Index | Total Searched |
|---|---|
| Forensic Mixture STR | 158 |
| Forensic STR | 5,237 |
| Offender STR | 1,482 |
| Other | 124 |
| Suspect | 2,000 |
| Totals | 8,753 |

BDA

87

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 11, 2001

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609

OFFENSE Murder
SUSPECT Carl Reed
VICTIM Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated. Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated. This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

BDA 108 BDA 107

CHICAGO POLICE DEPARTMENT UNIT 630
Laboratory Case #C01-033030

-2- COPY

October 11, 2001

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

BEA

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by:

Respectfully submitted,

COPY

Crystal B. Watson
Group Supervisor

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

109

BDA 105 C 3041

Supplemental Work

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) • 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

June 10, 2003

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | ITEM SUBMITTED |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO#339 Jul 01) |

**EXAMINATION FINDINGS AND RESULTS**

Head hairs of Mongoloid and indeterminate racial origins and hairs which are not suitable for comparison were observed in Exhibit 8.

Further analysis may be performed. At such time as a known pulled head hair standard (50 hairs) from the victim and suspect are submitted, comparison with the questioned hairs may be conducted.

**EVIDENCE DISPOSITION**

Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASAs Groth, Groghan 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

109
110

Supplemental Work

27Aug03

C01-33030

slide of
mounted hairs
photocopied
1:1 (1x)

27Aug03




C01-33030
Ex 8
mounted hairs
Ec
27Aug03

Refl.

photocopied
2x
27Aug03




Trans



C01-33030 Ex 8 slide Ec 27Aug03

Reflected light

(112)

BSA (111) BSA cont

Supplemental Work

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 27 Aug 03

Case No.: C01-33030

Exhibit/Item: 8 cont.

Photomicrographs of Ex 8A

Refl.



C01-33030 Ex 8A EC 27Aug03

Trans.



Trans



C01-33030 Ex 8A EC 27Aug03

Cont

Repackaging: ______________ Date: ______________ Analyst: EC

IL 493-0430

BSDA (112) (113) ISP 6-76 (3/96)

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

## LABORATORY WORKSHEET

Date Examined: 27Aug03

Case No.: C01-33030

Exhibit/Item: 8 cont.

Photomicrographs of Ex 8B

Refl.



C01-33030 Ex 8B (tip) ee 27Aug03

Trans.



C01-33030 Ex 8B ee 27Aug03

Trans.



in. foot. C01-33030 Ex 8B ee 27Aug03

cont.

Repackaging: ______ Date: ______ Analyst: ee

IL 493-0430

114 ISP 6-76 (3/96)

BDA 113

Supplemental Work

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

## LABORATORY WORKSHEET

Case No.: C01-33030

Date Examined: 27Aug03

Exhibit/Item: 8 cont.

Photomicrographs of Ex 8C

Refl.



C01-33030 Ex ~~8A~~ 8C EL 27Aug03

Trans.



Trans.



C01-33030 Ex 8C EL 27Aug03

cont

Repackaging: ________ Date: ________ Analyst: EL

ISP 6-76 (3/96)

IL 493-0430

(115) ~~114~~

Supplemental Work

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

## LABORATORY WORKSHEET

Date Examined: 8 Sep 03

Case No.: C01-33030

Exhibit/Item: 8

Source/Date Received: cont.

digital photomicrographs

Description of Package:

green marks indicate hairs + roots subexhibited as 8D

Description of Markings as Received:

Laboratory Marks:

Laboratory Examination:



C01-33030 EX 8 EC 8 Sep 03

Co[...]



Re[...]

EC C01-33030 EX 8 EC 8 Sep 03

cont.

Analyst: EC

IL 493-0430

ISP 6-76 (3/96)

BDA (117) 118

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

October 20, 2004

Larry G. Trent
*Director*

DET. THOMPSON #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609
SUPPLEMENTAL REPORT

OFFENSE: Murder
SUSPECT: Carl Reed
VICTIM: Kim Van Vo

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| EXHIBIT | DESCRIPTION |
|---|---|
| 8E | Five (5) hairs which display Mongoloid characteristics from Exhibit 8 (hairs recovered from the victim's right hand) |
| 8F | Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 (hairs recovered from the victim's right hand) |

**RESULTS**

DNA from Exhibits 8E and 8F was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

A human DNA profile was identified in Exhibits 8E and 8F. This human DNA profile was compared to the human DNA profile identified in Exhibit 6A (Blood standard: Kim Van Vo) and to the human DNA profile identified in Exhibit 9 (Buccal standard: Carl Reed). Please see my prior laboratory report dated July 15, 2004.

The human DNA profile identified in Exhibits 8E and 8F matches the DNA profile of Kim Van Vo and does not match the DNA profile of Carl Reed.

See attached table for summary of observed alleles.

**CONCLUSIONS**

The DNA profile identified in Exhibits 8E and 8F is consistent with having originated from Kim Van Vo and could not have originated from Carl Reed.

**REQUESTS**
For results of previous biological examinations, please refer to my prior laboratory report and the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Please note that Exhibits 8E and 8F were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8E and 8F for additional testing.

Respectfully submitted,

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust, Room 12D28-COOK COUNTY STATE'S ATTORNEY

# Summary of DNA Analytical Results

**C01-033030**

Exhibit Attachment - 1

| | Sub 8E<br>Five (5) hairs which display Mongoloid characteristics from Exhibit 8 (hairs recovered from the victim's right hand) | Sub 8F<br>Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 (hairs recovered from the victim's right hand) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | 15 | | | | | | | |
| vWA | 15,17 | 15,17 | | | | | | | |
| FGA | 20,22 | 20,22 | | | | | | | |
| Amelogenin | X,Y | X,Y | | | | | | | |
| D8S1179 | 14 | 14 | | | | | | | |
| D21S11 | 28,32.2 | 28,32.2 | | | | | | | |
| D18S51 | 12,17 | 12,17 | | | | | | | |
| D5S818 | 9,13 | 9,13 | | | | | | | |
| D13S317 | 9,10 | 9,10 | | | | | | | |
| D7S820 | 7,10 | 7,10 | | | | | | | |
| D16S539 | NT | NT | | | | | | | |
| TH01 | NT | NT | | | | | | | |
| TPOX | NT | NT | | | | | | | |
| CSF1PO | NT | NT | | | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

July 15, 2004

COPY

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2548085**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1A | Swabs of knife blade: blood indicated |

The following evidence was received by the Forensic Science Center at Chicago on April 22, 2004:
**Inventory# 2547959**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 6A | Blood standard: Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 8 | Envelope containing hair from right hand of Kim Van Vo |
| 8A | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8B | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8C | Hair root from Exhibit 8 reported to be of indeterminate racial origin |
| 8D | Three (3) hair roots from Exhibit 8 reported to be of Mongoloid racial origin |
| 8D1 | One hair root of the (3) hair roots from Exhibit 8D |

The following evidence was received by the Forensic Science Center at Chicago on May 14, 2003:
**Inventory# 10138203**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 9 | Buccal standard: Carl Reed |

BDA 21

**RESULTS**
DNA from Exhibits 8A and 8D1 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820 and Amelogenin.

DNA from Exhibits 6A and 9 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

No DNA profile was identified in Exhibit 8A.

A human DNA profile was identified in Exhibit 8D1 at the D3S1358, vWA, D8S1179, D21S11, D5S818, D7S820, and Amelogenin loci that was interpreted as having been contributed by at least one person. This DNA profile will be used for exclusionary purposes only. It is not suitable to make a positive association to other DNA profiles or standards.

Carl Reed can be excluded as having contributed to the human DNA profile identified in Exhibit 8D1.

A human DNA profile was identified in Exhibit 9. This profile has been searched against the DNA Index. The search did not detect a profile consistent with the profile in this case.

Exhibits 1A, 8B, 8C, and the two remaining hair roots from Exhibit 8D were not examined.

See attached table for summary of observed alleles.

**CONCLUSIONS**
Carl Reed could not have contributed to the DNA profile identified in Exhibit 8D1.

No conclusions can be drawn as to whether Kim Van Vo could have contributed to the DNA profile identified in Exhibit 8D1.

The DNA profile from Exhibit 9 has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

**REQUESTS**
Upon submission of additional standards, further analysis can be conducted to exclude potential donors of the DNA profile identified in Exhibit 8D1.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cynara C. Edmond from the Forensic Science Center at Chicago.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

BDA 2

**REQUESTS** (continued)
If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 8A and 8D1 were consumed in DNA analysis with the approval of ASA Caren Armbrust.

Amplified DNA remains from Exhibits 8A and 8D1 for additional testing.

DNA evidence will be maintained in the laboratory evidence vault until such time as the case has been adjudicated or the evidence is required by the agency.

Exhibits 1A, 6A, 8, and 9 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Respectfully submitted,

COPY

Blake D. Aper
Forensic Scientist

Attachment

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust-COOK COUNTY STATE'S ATTORNEY

BDA 23

# Summary of DNA Analytical Results

## C01-033030

### Exhibit Attachment - 1

| | Sub 6A<br>Blood standard: Kim Van Vo | Sub 8A<br>Hair root from Exhibit 8 reported to be of indeterminate racial origin | Sub 8D1<br>One hair root of the (3) hair roots from Exhibit 8D | Exb 9<br>Buccal standard: Carl Reed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 15 | ND | 15,17 | 15,17 | | | | | |
| vWA | 15,17 | ND | 15,17 | 15,16 | | | | | |
| FGA | 20,22 | ND | ND | 19,22 | | | | | |
| Amelogenin | X,Y | ND | X,Y | X,Y | | | | | |
| D8S1179 | 14 | ND | 11,14 | 14 | | | | | |
| D21S11 | 28,32.2 | ND | 28 | 29,30 | | | | | |
| D18S51 | 12,17 | ND | ND | 17,19 | | | | | |
| D5S818 | 9,13 | ND | 12 | 10,12 | | | | | |
| D13S317 | 9,10 | ND | ND | 12 | | | | | |
| D7S820 | 7,10 | ND | 10 | 11,12 | | | | | |
| D16S539 | 10,11 | NT | NT | 10,12 | | | | | |
| TH01 | 7,9.3 | NT | NT | 7 | | | | | |
| TPOX | 9,11 | NT | NT | 7,9 | | | | | |
| CSF1PO | 9,12 | NT | NT | 12 | | | | | |

NT = Not Tested ND = Not Detected

This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

BDA 24

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

Case # C01-33630
Initials BDA
Date 7/12/04

Revision Date 03/01

## STR SUMMARY WORKSHEET

| Locus | SAMPLE: 8A - One hair from group classified as indeterminate race | 8D+ Observed alleles from one hair of group classified as Mongoloid | 6A - Std. from Kim Van Vo | 9A - Std from Carl Reed | | |
|---|---|---|---|---|---|---|
| D3S1358 | ND | 15,17* | 15,15 | 15,17 | | |
| vWA | ND | 15*,17 | 15,17 | 15,16 | | |
| FGA | ND | ND | 20,22 | 19,22 | | |
| Amelogenin | ND | X,Y | X,Y | X,Y | | |
| D8S1179 | ND | 11,14 | 14,14 | 14,14 | | |
| D21S11 | ND | 28* | 28,32.2 | 29,30 | | |
| D18S51 | ND | ND | 12,17 | 17,19 | | |
| D5S818 | ND | 12* | 9,13 | 10,12 | | |
| D13S317 | ND | ND | 9,10 | 12,12 | | |
| D7S820 | ND | 10 | 7,10 | 11,12 | | |
| D16S539 | NT | NT | 10,11 | 10,12 | | |
| TH01 | NT | NT | 7,9.3 | 7,7 | | |
| TPOX | NT | NT | 9,11 | 7,9 | | |
| CSF1PO | NT | NT | 9,12 | 12,12 | | |

BDA (last two columns struck through with a diagonal line)

All pos+neg. ctrls and MB's OK
ND = not detected
NT = not tested

* = alleles detected w/10 sec. inj.

BDA 29

BDA (85)

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

George H. Ryan
*Governor*

Sam W. Nolen
*Director*

October 11, 2001

COPY

TIMOTHY J. THOMPSON
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

Laboratory Case #C01-033030
RD #G0423609

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on October 11, 2001:
**Inventory# 2548085**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Knife blade | Blood indicated.<br>Blade measures approximately 5.5 inches in length and up to .5 inches in width. |

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2556031**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | One pair of shorts with belt in loops | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 3 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 4 | One pair of shorts | No blood indicated.<br>This item was taped for removal of apparent hairs, fibers, and debris. |
| 5 | One pair of gym shoes | No blood indicated. |

BBA 30

The following evidence was received by the Forensic Science Center at Chicago on August 7, 2001:
**Inventory# 2547959**

COPY

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Manilla envelope reportedly containing blood card from Kim Van Vo | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on August 8, 2001:
**Inventory# 2556032**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Wash cloth | Not examined. |

**REQUESTS:**
At such time as a known blood standard from the suspect is submitted, the possible source of the blood indicated on the evidence may be determined.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

Please note that some items have not been examined at this time. If, at a later date, it is determined that the value of this evidence can significantly aid the case, please advise.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

This case may be suitable for DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 and 6 have been retained in cold storage at the Forensic Science Center at Chicago.

Exhibit 1 has been transferred to the Latent Print Unit for further analysis and will be the subject of a separate report.

BAA 31

**EVIDENCE DISPOSITION:** (continued)
Exhibits 2, 3, 4, 5, 6, and 7 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Reviewed by:

Crystal B. Watson
Group Supervisor

Respectfully submitted,

PY

Cynara C. Edmond
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
Jim Navarre-Room 12D28-COOK COUNTY STATE'S ATTORNEY

BRA 32

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

October 1, 2004

Larry G. Trent
*Director*

Det. Thompson #20950
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO, IL 60618

COPY

Laboratory Case #C01-033030
RD #G0423609
SUPPLEMENTAL REPORT

| | |
|---|---|
| OFFENSE | Murder |
| SUSPECT | Carl Reed |
| VICTIM | Kim Van Vo |

The following evidence was received by the Forensic Science Center at Chicago on March 21, 2003:
**Inventory# 2547960**

| **EXHIBIT** | **ITEM SUBMITTED** |
|---|---|
| 8 | Hairs recovered from the victim's right hand (MEO #339 Jul 01) |
| 8E | Five (5) hairs which display Mongoloid characteristics from Exhibit 8 |
| 8F | Five (5) hairs which display indeterminate racial characteristics from Exhibit 8 |

**EXAMINATION FINDINGS AND RESULTS**

The proximal end of six (6) hairs with either Mongoloid or indeterminate racial characteristics were previously recovered for DNA analysis and subexhibited. Please see my previous report (dated June 10, 2003) and DNA analyst Aper's report (dated July 15, 2004) in reference to Exhibits 8, 8A, 8B, 8C, and 8D.

An additional five (5) head hairs which display Mongoloid characteristics and five (5) head hairs which display indeterminate racial characteristics from Exhibit 8 were recovered for DNA analysis and subexhibited.

BAA 33

**EXAMINATION FINDINGS AND RESULTS** (continued)

**EVIDENCE DISPOSITION**
Exhibits 8E and 8F will be submitted to the DNA section and that analysis will be the subject of a separate report.

Exhibit 8 will be forwarded to the Chicago Police Evidence and Recovered Property Section.

Respectfully submitted,

Ellen Connolly
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA Caren Armbrust 12D28-COOK COUNTY STATE'S ATTORNEY CRIM COURT

BM 34

ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

November 9 2004

Larry G. Trent
*Director*

The Honorable Judge Laws
Circuit Court of Cook County
2600 South California Avenue, Room 301
Chicago, Illinois 60608

Dear Judge Laws

Reference: People vs. Carl Reed
Trial # 01CR-20237
Lab # C01-33030

Forensic Scientist Blake Aper has taken and passed the below listed internal and external proficiency tests provided by the Illinois State Police (ISP) Quality Assurance Program and Collaborative Testing Services (CTS), Sterling, Virginia.

| | |
|---|---|
| ISP Proficiency - Biology | 8/17/2004 |
| CTS04-574 - DNA | 7/15/2004 |
| CTS04-571 - DNA | 1/29/2004 |
| ISP Proficiency - DNA | 10/23/2003 |
| CTS03-574 - DNA | 7/14/2003 |
| ISP Proficiency - Biology | 7/1/2003 |

If there are any questions, please feel free to contact me. I can be reached at 312-433-8000, extension 2075, during normal business hours.

Sincerely,

Jack Nowicki
Quality Manager